**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS, INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS OF**
**DEBTOR IMPEL PHARMACEUTICALS, INC. (CASE NO. 23-80016)**

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, are:  Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A).  The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS, INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On December 19, 2023 (the "Petition Date"), Impel Pharmaceuticals, Inc. and its affiliated debtor in the above-captioned chapter 11 cases (each a "Debtor" and, collectively, the "Debtors") commenced voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11, United States Code, §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 23-80016 (SGJ).

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with unaudited information available as of the Petition Date.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The Debtors, and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, are: Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  For the avoidance of doubt, the Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.  In no event shall the Debtors, or their agents, attorneys, and advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, or advisors are advised of the possibility of such damages.

Given, among other things, the uncertainty surrounding the valuation and nature of certain assets and liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that such Debtor was solvent on the Petition Date (as defined below) or at any time prior to the Petition Date.  Likewise, to the extent that a Debtor shows more liabilities than assets, it is not an admission that such Debtor was insolvent on the Petition Date or any time prior to the Petition Date.

Brandon Smith has signed each set of the Schedules and Statements.  Mr. Smith serves as the Chief Restructuring Officer ("CRO") of the Debtors, and he is an authorized signatory for each of the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Smith has necessarily relied upon the efforts, statements, advice, and representations of the Debtors and their advisors.  Mr. Smith has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.    **Impel NeuroPharma Australia Pty Ltd.**  Impel NeuroPharma Australia Pty Ltd ("Impel Australia") is a wholly-owned subsidiary of Impel Pharmaceuticals Inc. ("Impel").  Impel Australia had no operations other than tax filings and bookkeeping related to its two bank accounts in the year prior to the Petition Date.  Impel Australia has no sales receipts.  All vendors supporting its bookkeeping and tax filings are paid by Impel.  Accordingly, the Debtors have reported the only assets owned by Impel Australia, which include one IOLTA deposit and two bank accounts.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

2.    **Reservations and Limitations.**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors

2

against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)    **No Admission.**  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)    **Recharacterization.**  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.  Disclosure of information in one or more Schedules, Statements, or one or more exhibits or attachments thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

(c)    **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract or to setoff such claim.

(d)    **Claims Description.**  Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability, or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, or priority of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)    **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to

3

the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(f)     **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)     **Intellectual Property Rights.**  Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h)     **Executory Contracts and Unexpired Leases.**  Although the Debtors made diligent efforts to identify contracts and unexpired leases as executory within the scope of section 365 of the Bankruptcy Code and to attribute an executory contract to its rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, as well as the named parties to any and all executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these chapter 11 cases.

(i)     **Insiders.**  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control

4

of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

3. **Description of Cases and "As Of" Information Date.**  On December 19, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Court.  The Debtors continue to operate their business.  The information provided herein, except as otherwise noted, is reported as of the Petition Date of each respective Debtor, as appropriate.

4. **Methodology.**

   (a) **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

   (b) **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

   (c) **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the Petition Date.  Market values may vary, in some instances, materially, from net book values.  The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

   (d) **Undetermined Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(e)    **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(f)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(g)    **Paid Claims.**  The Debtors have authority to pay certain outstanding prepetition payables pursuant to various orders entered by the Court.  The Debtors scheduled such amounts as of the Petition Date and noted such amounts contingent.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(h)    **Liens.**  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(i)    **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Some bank accounts in Impel NeuroPharma Australia Pty Ltd may be held in Australian Dollar ("AUD") but converted to the U.S. Dollar equivalent as of the Petition Date.

(j)    **Liabilities.**  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this and all other regards.

(k)    **Excluded Assets and Liabilities.**  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, right-of-use asset and related liabilities, reserves recorded only for purposes of complying with the requirements of GAAP, and deferred tax assets, deferred tax liabilities, and intangible assets.  In addition, certain accrued tax benefits from net operating losses that could offset future earnings have been recorded as undetermined.  The Debtors have also excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.  Other immaterial assets and liabilities may also have been excluded.

(l)    **Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the

Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

(m)  **Setoffs.**  The Debtors may periodically incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes.  Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.  **Global Notes Control.**  These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

6.  **Specific Schedules Disclosures.**

(a)  **Schedules Summary**.  Except as otherwise noted, the asset totals represent amounts as of the Petition Date and liability information provided herein represents the Debtors' liabilities as of the Petition Date.

(b)  **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

(c)  **Schedule A/B, Part 5 – Inventory.**  The Debtors' product has a 12-month shelf life.  As such the Debtors' customers, specialty pharmacies among others, monitor the production dates of all inventory to be sold to patients.  All inventory is held and managed by third parties. The work in progress inventory, listed as SPEC, DHE Mesylate Form, has a net book value of $0.00. The cost of this inventory was approximately $765,000 but it has expired and has been fully reserved for booking keeping purposes. As such, the Debtors will need to find a way to dispose of it.

(d)  **Schedule A/B, Part 7 – Office furniture, fixtures, and equipment; and collectibles.**  The Debtors have used book values as of November 30, 2023 for reporting office furniture, fixtures, and equipment. There have been no valuations

on any of such assets. These amounts may include leasehold improvements. The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

(e)    **Schedule A/B, Part 8 – Machinery, equipment, and vehicles.** The Debtors lease certain vehicles for their sales team from a third party. The leases have various expiration dates and monthly payment amounts, and are not owned by the Debtors. Under the lease agreement, the Debtors may return vehicles prior to the expiration date, which could result in a gain/loss depending on the final terms of the agreement. The Debtors have not completed an analysis regarding the gain/loss on the current vehicle fleet.

(f)    **Schedule A/B, Part 9 – Real Property.** The Debtors lease all of their real properties and, as such, the properties' value have been marked as undetermined. Furthermore, certain of the property leases reflected on Schedule A/B 55 may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B 55. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B 55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B 55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument, including any intercompany agreement.

(g)    **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** The Company may have certain social media accounts that they own but currently do not have access due to reduction in their workforce. The social media accounts have not been listed.

(h)    **Schedule A/B, Part 11 – All Other Assets.** The Debtors have incurred significant net operating losses ("NOLs" and R&D Credits (together, the "Tax Attributes") since their inception. As of December 31, 2022, the Debtors have generated federal NOLs of $271.3 million. The Debtors also has $153.4 million of state NOLs and $8.4 million of R&D Credits. Further, the Debtors estimate that they may generate additional Tax Attributes in the 2023 tax year. Such Tax Attributes have not been valued as of the Petition Date and may be restricted in their use.

(i)    **Schedule D – Creditors Who Have Claims Secured by Property.** The Debtors have made reasonable efforts to report all secured claims against the Debtors on Schedule D based on the Debtors' books and records as of the Petition Date. However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any secured creditor's allowed claims or the correct amount of all secured claims. Similarly, parties in interest

8

should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financial information and data the Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D. The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim (except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final). The Debtors have not included on Schedule D the claims of any parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

(j)     **Schedule E/F – Creditors Who Have Unsecured Claims.**

The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date. However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Certain claims on E/F may have been satisfied post-petition by the Debtors (including employee wages in the ordinary course) or third parties. Furthermore, accrued interest for some claims may not have been possible to determine. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financial information and data the Debtors believe to

be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Furthermore, payments to vendors and lienholders made subsequent to the filing of these Schedules will not be reflected in these Schedules. The Debtors reserve the right, but are not required, to amend Schedules E/F if they receive such invoices and/or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect all credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

***Part 1 - Creditors with Priority Unsecured Claims.*** The Debtors included certain claims owing to various taxing authorities to which the Debtors may be liable. Certain of the claims may be subject to ongoing audits and the Debtors may otherwise be unable to determine with certainty the amount of such claims. Therefore, for certain claims, the Debtors have listed such claims as disputed, contingent, and unliquidated, pending final resolution of ongoing audits and other outstanding issues. Moreover, the inclusion of any amounts owed to taxing authorities does not constitute an admission by the Debtors of such liability. The Debtors reserve the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors in Schedule E/F, Part 2, based upon the Debtors' books and records as of the Petition Date. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Prepetition amounts that may be paid in

10

accordance with court orders, are marked as contingent. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

(k) **Schedule G – Executory Contracts and Unexpired Leases.** The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

The names of employees have been redacted for privacy purposes.

Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have reserved all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly,

the Debtors reserve all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

7. **Specific Statements Disclosures.**

(a) **Statements, Part 1, Question 1 – Gross Revenue from business.** The Debtors recognize GAAP revenue in accordance with ASC Topic 606, Revenue from Contracts with Customers ("ASC 606"). Under ASC 606, an entity recognizes revenue when its customer obtains control of promised goods or services in an amount that reflects the consideration which the entity expects to receive in exchange for those goods or services. The product is distributed through an exclusive third-party logistics, or 3PL, distribution agent that does not take title to the product. The 3PL distributes Trudhesa to the customers, specialty pharmacies and specialty distributors (collectively referred to as "customers"), who then distribute the product to healthcare providers and patients. Revenue from product sales is recognized when the customer obtains control of the product, which occurs upon transfer of title to the customer. Taxes collected from the customer relating to product sales and remitted to governmental authorities are excluded from revenue.

Revenues from product sales are recorded at the net sales price, or the transaction price, which includes estimates of variable consideration for which reserves are established and which result from discounts, returns, co-pay assistance, chargebacks, rebates, and other allowances that are offered within contracts between us and customers, healthcare providers and other indirect customers relating to the sale of Trudhesa. These reserves are based on the amounts earned or to be claimed on the related sales and are classified as reductions of accounts receivable or a current liability. Where appropriate, these estimates take into consideration a range of possible outcomes that are probability-weighted for relevant factors such as historical experience, current contractual and statutory requirements, specific known market events and trends, industry data and forecasted customer buying and payment patterns. Overall, these reserves reflect best estimates of the amount of consideration to which the Debtors are entitled based on the terms of the contract.

The components of variable consideration related to product revenue were detailed in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Continue Certain Customer Programs and Customer Obligations in the Ordinary Course of Business, (II) Authorizing*

*Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 10] and are customary in the pharmaceutical industry.

(b)  **Statements, Part 2, Question 4 – Payments and Transfers to Certain Insiders within 1 year before the filing.** The Debtors reported payments to non-officer insiders within the year prior to the Petition Date. Please see response to Question 30 for officer payments and distributions within the year prior to the Petition Date. The Debtors reserve all rights with respect to the determination or status of a person as an "insider" as defined in section 101(13) of the Bankruptcy Code.

(c)  **Statements, Part 5, Question 10 – Losses from fire, theft, or other casualty.** In normal course, the Debtors' sales team uses leased vehicles for their travel requirements. On occasion, the vehicles may incur an accident. The Debtors believe they have sufficient insurance to cover any obligation that may arise. Furthermore, the Debtors are not aware of any material disagreements or demands outstanding related to such claims.

(d)  **Statements, Part 6, Question 13 – Transfers not already listed.** A former employee was given an asset that was fully depreciated and deemed to be non-operational for the Debtors. No value was associated with the transfer. The Debtors believe that the asset disposal was worthwhile as to not incur costs to sell and remove the asset from the property.

The Debtors have settled certain claims put forth by former employees. Settlements were covered by insurance. None of these payments were made within the 90 days prior to the Petition Date. None of these payments were made to insiders. The names of employees have been redacted for privacy purposes.

(e)  **Statements, Part 9, Question 16 – Collect and Retain personally identifiable information of customers.** The Debtors do not collect or retain personally identifiable information of their customers or their customers' patients. Any collection of data containing personally identifiable information is done by third party vendors which remove any personally identifiable information before the data is shared with the Debtors. The Debtors to not receive any personally identifiable information.

(f)  **Statements, Part 9, Question 17– ERISA Plan as an Employee Benefit.** The Debtors sponsor a 401(k) plan for their employees.

(g)  **Statements, Part 10, Question 20 – Off-premises storage.** The Debtors' sales force uses certain third parties for storage of product samples. In addition, there are four sales team members that have samples at their houses. The Debtors' track all inventory including these samples to ensure accurate inventory records.

(h)  **Statements, Part 13, Question 25 – Businesses in Which the Debtors Have an Interest.** Impel Pharmaceuticals, Inc. has a 100% interest in Impel NeuroPharma Australia Pty Ltd.

(i)      **Statements, Part 13, Question 26 – Books, records, and financial statements.**
The Debtors' common stock was publicly traded on the Nasdaq stock exchange.
As of December 18, 2023, the Debtor's common stock was suspended from trading.
Prior to the suspension of trading on the Nasdaq, the Debtors reported their
financial results directly to the U.S. Securities and Exchange Commission for
compliance with regulations.  Additionally, a copy of financial results have been
provided to Oaktree, the senior secured creditor of the Debtors.

(j)      **Statements, Part 13, Question 27 – Inventories – Supervisor and Dates of Last
Two Inventories.**  The Debtors perform inventory counts of raw materials and
finished goods inventories on an annual basis or as needed for operational reasons.
The information included in response to Question 27 reflects the last two inventory
dates.

(k)      **Statements, Part 13, Question 28 and 29 – Current and Former Officer and
Directors.**  While the Debtors have made reasonable best efforts to list all
applicable officers and directors for each Debtor in response to Statement Questions
28 and 29, some may have been omitted.  Disclosures relate specifically to
terminated job titles or positions and are not indicative of the individuals' current
employment status with the Debtors.

(l)      **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals
to Insiders.**  Refer to Statement Question 4 for this item.

\*         \*         \*         \*         \*

14

| Debtor Name | **Impel Pharmaceuticals Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of Texas** | |
| Case number (if known): | **23-80016** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

### 1. Gross Revenue from business

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of Revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| 1.1 | From  01/01/23 | To | 12/19/23 | ☑ Operating a business<br>☐ Other | $20,080,353.73 |
| 1.2 | From  01/01/22 | To | 12/31/22 | ☑ Operating a business<br>☐ Other | $12,652,179.08 |
| 1.3 | From  01/01/21 | To | 12/31/21 | ☑ Operating a business<br>☐ Other | $668,279.57 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable.  Non-business income may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross Revenue from (before deductions and exclusions) |
|---|---|---|---|---|---|
| 2.1 | From  01/01/23 | To | 11/30/23 | Interest Income | $395,683.65 |
| 2.2 | From  01/01/22 | To | 12/31/22 | Interest Income | $442,707.09 |
| 2.3 | From  01/01/21 | To | 12/31/21 | Interest Income | $7,292.73 |

**Part 2:**       **List Certain Transfers Made Before Filing for Bankruptcy**

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments of transfers - including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1 | See attached Exhibit SOFA3 | | $18,302,574.95 | ☐ Secured Debt |
| | | | | ☐ Unsecured Loan Payments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing  this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | See attached Exhibit SOFA4 | | $510,858.13 | |

**Relationship to debtor**

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

In re  Impel Pharmaceuticals Inc.                                                    Case No.   23-80016

---

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

[X] None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|------------|----------------|------------------------------------|----------------|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

[X] None

| Custodian's name and address | Description of the property | Value |
|------------------------------|-----------------------------|-------|

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of gifts to that recipient is less than $1,000**

[X] None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

---

| Part 5: | Certain Losses |
|---------|----------------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

[ ] None

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  Impel Pharmaceuticals Inc.                                              Case No.  23-80016

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106 A/B (Schedule A/B: Assets - Real and Personal Property). | | |
| 10.1   See attached Exhibit SOFA10<br>See Global Notes | | | |

---

**Part 6:**   **Certain Payments of Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1   Teneo Capital LLC | | 08/09/23 - 12/19/23 | $736,319.17 |
| **Email or website address**<br>teneofunds.com<br>**Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2   Sidley Austin LLP | | 07/19/23 - 12/19/23 | $1,356,114.13 |
| **Email or website address**<br>sidley.com<br>**Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.3   Moelis & Company, LLC | | 10/20/23 - 12/19/23 | $521,226.87 |
| **Email or website address**<br>moelis.com<br>**Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4   Omni Agent Solutions, Inc. | | 12/01/23 | $50,000.00 |
| **Email or website address**<br>omniagentsolutions.com<br>**Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.5   Fenwick & West | | 12/19/22 - 12/18/23 | $800,977.63 |
| **Email or website address**<br>fenwick.com | | | |

**Who made the payment, if not debtor?**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.6  Sullivan & Cromwell LLP | | 12/18/23 | $997,657.18 |
| **Email or website address**<br>sullcrom.com | | | |

**Who made the payment, if not debtor?**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.7  Paul Weiss Rifkind Wharton & Garrison LLP | | 09/05/23 - 12/7/23 | $200,000.00 |
| **Email or website address**<br>paulweiss.com | | | |

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

**X** None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? Address. | Description of property transferred or payments received or debts paid in exchange. | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1  Name and address redacted | Settled employee discrimination lawsuits | | |
| **Relationship to debtor** | | | |

---

**Part 7:**      **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1  101 Elliott Ave W<br>Seattle, WA 98119 | 10/6/21 - 10/31/22 |

**Part 8:**      **Health Care Bankruptcies**

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  Impel Pharmaceuticals Inc.                                                              Case No.   23-80016

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No   Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |
| | Location where patient records are maintained | How are records kept? |
| | | ☐ Electronically |
| | | ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No
☐ Yes. State the nature of the information collected and retained.  _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No   Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of plan |
|---|---|
| Impel Pharmaceuticals Inc. | EIN: 26-3058238 |

Has the plan been terminated?

☑ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  JP Morgan Chase; 1301 2nd Ave Floor #24; Seattle WA 98101 | *7396 | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☐ Brokerage<br>☐ Other | 08/24/23 | $198.58 |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2  Silicon Valley Bank; 3003 Tasman Drive; Santa Clara CA 95054 | *2337 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | 05/30/23 | $0.00 |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.3  Silicon Valley Bank; 3003 Tasman Drive; Santa Clara CA 95054 | *4014 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | 05/30/23 | $0.00 |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.4  Silicon Valley Bank; 3003 Tasman Drive; Santa Clara CA 95054 | *5935 | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☑ Brokerage<br>☐ Other | 04/03/23 | $0.00 |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |

In re   Impel Pharmaceuticals Inc.                                                    Case No.   23-80016

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 See attached Exhibit SOFA20 | | | ☐ No |
| | | | ☐ Yes |

---

**Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust.
Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |

---

**Part 12:     Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:
 - Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
 - Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
 - Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | | | ☐ On appeal |
| Case number | | | ☐ Concluded |

---

In re  Impel Pharmaceuticals Inc.                                                    Case No.   23-80016

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer identification number. Dates business existed |
|---|---|---|---|
| 25.1 | Impel NeuroPharma Australia Pty Ltd. | Initially established to conduct clinical trials. For last several years has had no activity, and only minimal holdings of cash. | ABN:  31 611 195 567<br>08/03/16 - Present |

**26. Books, records, and financial statements**
**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1 | John Leaman<br>201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | 06/24/19 - 03/10/23 |
| 26a.2 | Rajiv Amin | 07/31/21 - 09/08/23 |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  Impel Pharmaceuticals Inc.                                                    Case No.  23-80016

201 Elliott Ave W
Ste 260
Seattle, WA 98119

| 26a.3 | Michael Kalb<br>201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | 05/10/23 - 12/31/23 |
|---|---|---|

**26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.**

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1 | Ernst & Young LLP<br>920 Fifth Ave<br>Seattle, WA 98104 | 2017 - 2023 |

**26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

☒ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

**26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

☐ None

| | Name and address |
|---|---|
| 26d.1 | U.S. Securities and Exchange Commission |
| 26d.2 | Oaktree |
| 26d.3 | NASDAQ |
| 26d.4 | This is a public company where financial statement access is not limited. See Gobal Notes |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes.  Give the details about the two most recent inventories

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Freudenberg Medical<br>5050 Rivergrade Rd<br>Baldwin Park, CA 91706 | 12/22/22 | $1,962,611.00<br>Standard Cost |

Name and address of the person who has possession of inventory records

Scott Youmans

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  Impel Pharmaceuticals Inc.                                                           Case No.  23-80016

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.2  PCI Pharma Services, Inc.<br>4545 Assembly Dr<br>Rockford, IL 61109 | 12/16/22 | $4,615,377.54<br>Standard Cost |

**Name and address of the person who has possession of inventory records**

Scott Youmans

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.3  15 Ingram Blvd, St 100<br>La Vergne, TN 37086 | 12/21/22 | $1,783,422.24<br>Standard Cost |

**Name and address of the person who has possession of inventory records**

Scott Youmans

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.1  Paolillo, Leonard | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | CCO, Interim CEO | |
| 28.2  Kalb, Michael | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | CFO | |
| 28.3  Hoekman, John | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | CTO, CDO | |
| 28.4  Cline, Darren | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | Director | |
| 28.5  Wilfong, Diane | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | Director | |
| 28.6  Nelson, Timothy | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | Director | |
| 28.7  Allison, David | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | Director | |
| 28.8  KKR | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | Shareholder | Over 10% |
| 28.9  Brandon Smith | 201 Elliott Ave W<br>Ste 260<br>Seattle, WA 98119 | CRO | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- [ ] No
- [x] Yes.  Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Adams, Adrian | 201 Elliott Ave W Ste 260 Seattle, WA 98119 | Chairman & CEO | 05/04/20 - 11/04/23 |
| 29.2 | Leaman, John | 201 Elliott Ave W Ste 260 Seattle, WA 98119 | CFO | 06/24/19 - 03/10/23 |
| 29.3 | Shrewsbury, Stephen | 201 Elliott Ave W Ste 260 Seattle, WA 98119 | CMO | 02/14/17 - 03/31/23 |
| 29.4 | Parker, Stewart | 201 Elliott Ave W Ste 260 Seattle, WA 98119 | Director | Departure 04/10/23 |
| 29.5 | Shah, Mahendra | 201 Elliott Ave W Ste 260 Seattle, WA 98119 | Director | Departure 09/06/23 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- [ ] No
- [x] Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing this value |
|---|---|---|---|---|
| 30.1 | See attached Exhibit SOFA30 | $3,780,746.45 | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- [ ] No
- [x] Yes.  Identify below.

| | Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|---|
| 31.1 | Impel Pharmaceuticals, Inc. | 26-3058238 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- [x] No
- [ ] Yes.  Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|

In re  Impel Pharmaceuticals Inc.                                                  Case No.  23-80016

| Part 14: | Signature and Declaration |
|---|---|

**WARNING**    Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on.      1/18/2024
              MM / DD / YYYY

_____      Printed name    Brandon D. Smith
Signature of individual signing on behalf of the debtor

Position or relationship to the debtor      Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy*  (Official Form 207) attached?**

☐ No
☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT
PART 2, QUESTION 3

CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS
WITHIN 90 DAYS BEFORE FILING THIS CASE

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| ADP | 9/29/2023 | $ 2,692.34 | Suppliers or vendors |
| ADP | 9/29/2023 | $ 754.19 | Suppliers or vendors |
| ADP | 10/10/2023 | $ 4,494.00 | Suppliers or vendors |
| ADP | 10/15/2023 | $ 68,085.56 | Other (401k contributions) |
| ADP | 10/27/2023 | $ 2,686.29 | Suppliers or vendors |
| ADP | 10/30/2023 | $ 727.66 | Suppliers or vendors |
| ADP | 11/10/2023 | $ 4,146.30 | Suppliers or vendors |
| ADP | 11/15/2023 | $ 58,092.14 | Other (401k contributions) |
| ADP | 11/24/2023 | $ 600.87 | Suppliers or vendors |
| ADP | 11/28/2023 | $ 2,119.60 | Other (401k contributions) |
| ADP | 12/1/2023 | $ 2,851.51 | Suppliers or vendors |
| ADP | 12/11/2023 | $ 3,753.75 | Suppliers or vendors |
| ADP | 12/14/2023 | $ 180,000.00 | Other (Wages) |
| ADP | 12/15/2023 | $ 25,599.43 | Other (401k contributions) |
| ADP | 12/15/2023 | $ 23,991.15 | Other (401k contributions) |
| ADP | 12/15/2023 | $ 17,594.57 | Other (401k contributions) |
| **ADP Total** | | **$ 398,189.36** | |
| Aetna | 10/3/2023 | $ 125,658.13 | Suppliers or vendors |
| Aetna | 11/2/2023 | $ 120,014.41 | Suppliers or vendors |
| Aetna | 11/30/2023 | $ 101,577.23 | Suppliers or vendors |
| **Aetna Total** | | **$ 347,249.77** | |
| Amex | 9/22/2023 | $ 93,135.76 | Suppliers or vendors |
| AMEX | 9/28/2023 | $ 29,260.67 | Suppliers or vendors |
| AMEX | 9/28/2023 | $ 22,189.28 | Suppliers or vendors |
| AMEX | 9/28/2023 | $ 18,911.33 | Suppliers or vendors |
| AMEX | 9/28/2023 | $ 17,910.86 | Suppliers or vendors |
| AMEX | 9/28/2023 | $ 17,111.77 | Suppliers or vendors |
| AMEX | 9/28/2023 | $ 15,999.83 | Suppliers or vendors |
| AMEX | 9/28/2023 | $ 8,172.39 | Suppliers or vendors |
| AMEX | 9/28/2023 | $ 5,004.51 | Suppliers or vendors |
| AMEX | 10/26/2023 | $ 64,212.55 | Suppliers or vendors |
| AMEX | 10/26/2023 | $ 59,587.77 | Suppliers or vendors |
| AMEX | 10/26/2023 | $ 6,891.73 | Suppliers or vendors |
| AMEX | 10/26/2023 | $ 4,095.75 | Suppliers or vendors |
| AMEX | 11/9/2023 | $ 72,604.08 | Suppliers or vendors |
| AMEX | 11/9/2023 | $ 72,338.16 | Suppliers or vendors |
| AMEX | 11/9/2023 | $ 1,250.34 | Suppliers or vendors |
| AMEX | 11/30/2023 | $ 20,301.12 | Suppliers or vendors |
| AMEX | 12/6/2023 | $ 26,145.32 | Suppliers or vendors |
| AMEX | 12/6/2023 | $ 848.60 | Suppliers or vendors |
| AMEX | 12/15/2023 | $ 45,595.21 | Suppliers or vendors |
| AMEX | 12/15/2023 | $ 27,922.60 | Suppliers or vendors |
| **Amex Total** | | **$ 629,489.63** | |
| Ascent Health Services LLC | 9/28/2023 | $ 240,663.61 | Suppliers or vendors |
| Ascent Health Services LLC | 10/31/2023 | $ 286,863.67 | Suppliers or vendors |
| Ascent Health Services LLC | 11/30/2023 | $ 300,223.37 | Suppliers or vendors |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Ascent Health Services LLC | 12/18/2023 | $ 199,597.44 | Suppliers or vendors |
| Ascent Health Services LLC | 12/18/2023 | $ 199,497.44 | Suppliers or vendors |
| Ascent Health Services LLC | 12/18/2023 | $ (199,497.44) | Suppliers or vendors |
| **Ascent Health Services LLC Total** | | **$ 1,027,348.09** | |
| ASPN Pharmacies, LLC | 10/4/2023 | $ 56,800.10 | Suppliers or vendors |
| ASPN Pharmacies, LLC | 10/11/2023 | $ 158,204.97 | Suppliers or vendors |
| ASPN Pharmacies, LLC | 10/25/2023 | $ 171,384.79 | Suppliers or vendors |
| ASPN Pharmacies, LLC | 11/8/2023 | $ 291,257.43 | Suppliers or vendors |
| ASPN Pharmacies, LLC | 11/8/2023 | $ 65,861.50 | Suppliers or vendors |
| ASPN Pharmacies, LLC | 11/21/2023 | $ 146,989.41 | Suppliers or vendors |
| ASPN Pharmacies, LLC | 11/21/2023 | $ 65,642.90 | Suppliers or vendors |
| ASPN Pharmacies, LLC | 12/18/2023 | $ 148,655.15 | Suppliers or vendors |
| ASPN Pharmacies, LLC | 12/19/2023 | $ 60,393.50 | Suppliers or vendors |
| **ASPN Pharmacies, LLC Total** | | **$ 1,165,189.75** | |
| Aviva Kamm Law PLLC | 10/11/2023 | $ 6,660.00 | Suppliers or vendors |
| Aviva Kamm Law PLLC | 11/15/2023 | $ 2,820.00 | Suppliers or vendors |
| Aviva Kamm Law PLLC | 12/4/2023 | $ 120.00 | Suppliers or vendors |
| **Aviva Kamm Law PLLC Total** | | **$ 9,600.00** | |
| Axtria, Inc. | 10/4/2023 | $ 23,000.00 | Suppliers or vendors |
| Axtria, Inc. | 10/4/2023 | $ 20,625.00 | Suppliers or vendors |
| Axtria, Inc. | 10/4/2023 | $ 15,250.00 | Suppliers or vendors |
| Axtria, Inc. | 10/4/2023 | $ 15,250.00 | Suppliers or vendors |
| Axtria, Inc. | 10/4/2023 | $ 12,500.00 | Suppliers or vendors |
| Axtria, Inc. | 10/4/2023 | $ 12,000.00 | Suppliers or vendors |
| **Axtria, Inc. Total** | | **$ 98,625.00** | |
| Baker Tilly US, LLP | 10/4/2023 | $ 191.98 | Suppliers or vendors |
| Baker Tilly US, LLP | 10/11/2023 | $ 1,772.63 | Suppliers or vendors |
| Baker Tilly US, LLP | 11/15/2023 | $ 30,888.88 | Suppliers or vendors |
| Baker Tilly US, LLP | 11/15/2023 | $ 1,772.63 | Suppliers or vendors |
| Baker Tilly US, LLP | 11/30/2023 | $ 10,423.60 | Suppliers or vendors |
| Baker Tilly US, LLP | 11/30/2023 | $ 9,079.45 | Suppliers or vendors |
| Baker Tilly US, LLP | 11/30/2023 | $ 6,213.24 | Suppliers or vendors |
| Baker Tilly US, LLP | 12/14/2023 | $ 21,468.48 | Suppliers or vendors |
| Baker Tilly US, LLP | 12/14/2023 | $ 7,701.00 | Suppliers or vendors |
| Baker Tilly US, LLP | 12/14/2023 | $ 6,213.24 | Suppliers or vendors |
| Baker Tilly US, LLP | 12/14/2023 | $ 5,358.50 | Suppliers or vendors |
| Baker Tilly US, LLP | 12/14/2023 | $ 1,772.63 | Suppliers or vendors |
| Baker Tilly US, LLP | 12/14/2023 | $ 1,772.63 | Suppliers or vendors |
| Baker Tilly US, LLP | 12/14/2023 | $ 1,554.27 | Suppliers or vendors |
| **Baker Tilly US, LLP Total** | | **$ 106,183.16** | |
| BioMed Realty | 10/4/2023 | $ 87,672.46 | Other (rent) |
| BioMed Realty | 10/4/2023 | $ 255.00 | Other (rent) |
| BioMed Realty | 11/8/2023 | $ 86,572.46 | Other (rent) |
| BioMed Realty | 11/8/2023 | $ 255.00 | Other (rent) |
| BioMed Realty | 12/11/2023 | $ 87,122.46 | Other (rent) |
| BioMed Realty | 12/11/2023 | $ 255.00 | Other (rent) |

**Impel Pharmaceuticals, Inc.**

**Case No. 23-80016**

**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **BioMed Realty Total** | | $ 262,132.38 | |
| Bridge Commercial Real Estate | 10/3/2023 | $ 50,000.00 | Other (construction) |
| Bridge Commercial Real Estate | 10/4/2023 | $ 19,106.88 | Other (rent) |
| Bridge Commercial Real Estate | 10/17/2023 | $ 95,824.24 | Other (construction) |
| Bridge Commercial Real Estate | 10/18/2023 | $ 0.60 | Other (construction) |
| Bridge Commercial Real Estate | 12/14/2023 | $ 19,106.88 | Other (rent) |
| **Bridge Commercial Real Estate Total** | | $ 184,038.60 | |
| C.H. Robinson Worldwide | 10/4/2023 | $ 977.66 | Suppliers or vendors |
| C.H. Robinson Worldwide | 10/4/2023 | $ 805.71 | Suppliers or vendors |
| C.H. Robinson Worldwide | 10/4/2023 | $ 400.00 | Suppliers or vendors |
| C.H. Robinson Worldwide | 10/4/2023 | $ 400.00 | Suppliers or vendors |
| C.H. Robinson Worldwide | 10/4/2023 | $ 400.00 | Suppliers or vendors |
| C.H. Robinson Worldwide | 10/4/2023 | $ 400.00 | Suppliers or vendors |
| C.H. Robinson Worldwide | 10/4/2023 | $ 400.00 | Suppliers or vendors |
| C.H. Robinson Worldwide | 11/8/2023 | $ 18,041.95 | Suppliers or vendors |
| C.H. Robinson Worldwide | 12/4/2023 | $ 2,119.54 | Suppliers or vendors |
| C.H. Robinson Worldwide | 12/14/2023 | $ 1,875.09 | Suppliers or vendors |
| C.H. Robinson Worldwide | 12/14/2023 | $ 1,875.09 | Suppliers or vendors |
| C.H. Robinson Worldwide | 12/14/2023 | $ 500.00 | Suppliers or vendors |
| **C.H. Robinson Worldwide Total** | | $ 28,195.04 | |
| Cardinal Health | 10/4/2023 | $ 33,251.59 | Suppliers or vendors |
| Cardinal Health | 10/11/2023 | $ 26,840.40 | Suppliers or vendors |
| Cardinal Health | 11/8/2023 | $ 41,349.54 | Suppliers or vendors |
| Cardinal Health | 11/15/2023 | $ 23,720.62 | Suppliers or vendors |
| Cardinal Health | 12/14/2023 | $ 30,306.72 | Suppliers or vendors |
| **Cardinal Health Total** | | $ 155,468.87 | |
| Caremark LLC | 10/10/2023 | $ 4,235.85 | Other (rebates) |
| Caremark LLC | 10/10/2023 | $ 1,311.98 | Other (rebates) |
| Caremark LLC | 11/8/2023 | $ 3,448.65 | Other (rebates) |
| Caremark LLC | 11/8/2023 | $ 1,967.97 | Other (rebates) |
| Caremark LLC | 12/4/2023 | $ 4,685.71 | Other (rebates) |
| Caremark LLC | 12/4/2023 | $ 1,311.98 | Other (rebates) |
| Caremark LLC | 12/18/2023 | $ 5,660.31 | Other (rebates) |
| **Caremark LLC Total** | | $ 22,622.45 | |
| Carepoint Healthcare | 9/28/2023 | $ 140,365.92 | Suppliers or vendors |
| Carepoint Healthcare | 10/11/2023 | $ 118,202.88 | Suppliers or vendors |
| Carepoint Healthcare | 10/11/2023 | $ 25,040.40 | Suppliers or vendors |
| Carepoint Healthcare | 10/25/2023 | $ 113,585.58 | Suppliers or vendors |
| Carepoint Healthcare | 11/8/2023 | $ 107,121.36 | Suppliers or vendors |
| Carepoint Healthcare | 11/8/2023 | $ 26,135.39 | Suppliers or vendors |
| Carepoint Healthcare | 11/21/2023 | $ 137,595.54 | Suppliers or vendors |
| Carepoint Healthcare | 12/4/2023 | $ 127,437.48 | Suppliers or vendors |
| Carepoint Healthcare | 12/4/2023 | $ 23,390.32 | Suppliers or vendors |
| Carepoint Healthcare | 12/18/2023 | $ 127,437.48 | Suppliers or vendors |
| Carepoint Healthcare | 12/18/2023 | $ 127,437.48 | Suppliers or vendors |
| Carepoint Healthcare | 12/18/2023 | $ 111,738.66 | Suppliers or vendors |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Carepoint Healthcare | 12/18/2023 | $ (111,738.66) | Suppliers or vendors |
| Carepoint Healthcare | 12/18/2023 | $ (127,437.48) | Suppliers or vendors |
| **Carepoint Healthcare Total** | | **$ 946,312.35** | |
| CCG Corporate Mailings, Inc. | 10/4/2023 | $ 27,298.53 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 10/4/2023 | $ 26,224.96 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 10/4/2023 | $ 11,139.00 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 10/4/2023 | $ 7,297.42 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 10/4/2023 | $ 2,180.09 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 10/4/2023 | $ 1,328.55 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 11/8/2023 | $ 16,272.04 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 11/8/2023 | $ 11,263.01 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 11/8/2023 | $ 9,027.49 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 11/8/2023 | $ 1,264.37 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 12/14/2023 | $ 5,284.20 | Suppliers or vendors |
| CCG Corporate Mailings, Inc. | 12/14/2023 | $ 1,264.37 | Suppliers or vendors |
| **CCG Corporate Mailings, Inc. Total** | | **$ 119,844.03** | |
| CDW | 11/8/2023 | $ 319.17 | Suppliers or vendors |
| CDW | 11/8/2023 | $ 82.69 | Suppliers or vendors |
| CDW | 11/8/2023 | $ 52.29 | Suppliers or vendors |
| CDW | 12/4/2023 | $ 8,358.42 | Suppliers or vendors |
| **CDW Total** | | **$ 8,812.57** | |
| Clark Nuber | 12/1/2023 | $ 15,000.00 | Suppliers or vendors |
| Clark Nuber | 12/18/2023 | $ 6,500.00 | Suppliers or vendors |
| **Clark Nuber Total** | | **$ 21,500.00** | |
| Cline, Darren | 12/14/2023 | $ 12,500.00 | Other (Board Fees) |
| **Cline, Darren Total** | | **$ 12,500.00** | |
| Clinigen CSM, Inc | 10/4/2023 | $ 3,273.39 | Suppliers or vendors |
| Clinigen CSM, Inc | 10/4/2023 | $ 2,368.28 | Suppliers or vendors |
| Clinigen CSM, Inc | 10/4/2023 | $ 633.98 | Suppliers or vendors |
| Clinigen CSM, Inc | 11/8/2023 | $ 3,273.39 | Suppliers or vendors |
| Clinigen CSM, Inc | 11/8/2023 | $ 2,563.24 | Suppliers or vendors |
| Clinigen CSM, Inc | 11/8/2023 | $ 633.98 | Suppliers or vendors |
| **Clinigen CSM, Inc Total** | | **$ 12,746.26** | |
| CMTJ & Associates (McGoldrick, Claudia) | 10/4/2023 | $ 6,000.00 | Suppliers or vendors |
| CMTJ & Associates (McGoldrick, Claudia) | 10/4/2023 | $ 6,000.00 | Suppliers or vendors |
| CMTJ & Associates (McGoldrick, Claudia) | 11/8/2023 | $ 6,000.00 | Suppliers or vendors |
| CMTJ & Associates (McGoldrick, Claudia) | 12/14/2023 | $ 6,000.00 | Suppliers or vendors |
| **CMTJ & Associates (McGoldrick, Claudia) Total** | | **$ 24,000.00** | |
| Concur | 10/4/2023 | $ 6,414.16 | Suppliers or vendors |
| Concur | 11/8/2023 | $ 6,414.16 | Suppliers or vendors |
| Concur | 12/4/2023 | $ 6,414.16 | Suppliers or vendors |
| Concur | 12/14/2023 | $ 6,414.16 | Suppliers or vendors |
| **Concur Total** | | **$ 25,656.64** | |
| Connor Group | 11/15/2023 | $ 10,361.75 | Suppliers or vendors |
| Connor Group | 11/30/2023 | $ 30,877.00 | Suppliers or vendors |
| **Connor Group Total** | | **$ 41,238.75** | |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Crisp Thinking LTD | 10/4/2023 | $ 5,000.00 | Suppliers or vendors |
| Crisp Thinking LTD | 11/8/2023 | $ 5,000.00 | Suppliers or vendors |
| Crisp Thinking LTD | 12/1/2023 | $ 5,000.00 | Suppliers or vendors |
| Crisp Thinking LTD | 12/14/2023 | $ 3,870.97 | Suppliers or vendors |
| **Crisp Thinking LTD Total** | | **$ 18,870.97** | |
| Cubework | 11/2/2023 | $ 5,732.30 | Suppliers or vendors |
| Cubework | 11/2/2023 | $ 286.62 | Suppliers or vendors |
| Cubework | 11/2/2023 | $ 0.20 | Suppliers or vendors |
| Cubework | 11/9/2023 | $ 5,159.07 | Suppliers or vendors |
| Cubework | 12/4/2023 | $ 5,732.30 | Suppliers or vendors |
| Cubework | 12/4/2023 | $ 573.23 | Suppliers or vendors |
| Cubework | 12/4/2023 | $ 286.41 | Suppliers or vendors |
| **Cubework Total** | | **$ 17,770.13** | |
| D2 Branding LLC | 10/13/2023 | $ 14,043.28 | Suppliers or vendors |
| D2 Branding LLC | 10/13/2023 | $ 1,687.50 | Suppliers or vendors |
| **D2 Branding LLC Total** | | **$ 15,730.78** | |
| David Allison | 12/14/2023 | $ 20,625.00 | Other (Board Fees) |
| **David Allison Total** | | **$ 20,625.00** | |
| Deerfield Agency, LLC | 10/4/2023 | $ 19,000.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 8,786.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 7,811.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 6,594.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 5,500.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 4,500.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 2,500.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 2,500.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 837.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 500.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 500.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 10/4/2023 | $ 409.00 | Suppliers or vendors |
| Deerfield Agency, LLC | 11/30/2023 | $ 5,000.00 | Suppliers or vendors |
| **Deerfield Agency, LLC Total** | | **$ 64,437.00** | |
| Delaware Secretary of State | 9/25/2023 | $ 40,600.00 | Other (Taxes) |
| Delaware Secretary of State | 12/14/2023 | $ 40,000.00 | Other (Taxes) |
| Delaware Secretary of State | 12/14/2023 | $ 600.00 | Other (Taxes) |
| **Delaware Secretary of State Total** | | **$ 81,200.00** | |
| Delta Dental | 10/4/2023 | $ 10,461.30 | Suppliers or vendors |
| Delta Dental | 11/2/2023 | $ 10,304.20 | Suppliers or vendors |
| Delta Dental | 11/2/2023 | $ 346.10 | Suppliers or vendors |
| Delta Dental | 12/1/2023 | $ 8,609.10 | Suppliers or vendors |
| **Delta Dental Total** | | **$ 29,720.70** | |
| Dividend Group LLC | 11/21/2023 | $ 4,000.00 | Suppliers or vendors |
| Dividend Group LLC | 12/18/2023 | $ 4,000.00 | Suppliers or vendors |
| **Dividend Group LLC Total** | | **$ 8,000.00** | |
| Elixir Health Public Relations | 10/11/2023 | $ 19,101.25 | Suppliers or vendors |
| Elixir Health Public Relations | 12/14/2023 | $ 2,180.00 | Suppliers or vendors |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **Elixir Health Public Relations Total** | | **$ 21,281.25** | |
| Emerald Search Partners | 10/4/2023 | $ 1,902.94 | Suppliers or vendors |
| Emerald Search Partners | 10/4/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 10/4/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 10/11/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 10/18/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 10/25/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 11/8/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 11/8/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 11/8/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 11/21/2023 | $ 1,463.80 | Suppliers or vendors |
| Emerald Search Partners | 11/30/2023 | $ 1,829.75 | Suppliers or vendors |
| Emerald Search Partners | 12/4/2023 | $ 1,097.85 | Suppliers or vendors |
| Emerald Search Partners | 12/14/2023 | $ 1,829.75 | Suppliers or vendors |
| **Emerald Search Partners Total** | | **$ 22,762.09** | |
| Emkay, Inc. | 9/29/2023 | $ 98,834.95 | Suppliers or vendors |
| Emkay, Inc. | 10/13/2023 | $ 55,190.43 | Suppliers or vendors |
| Emkay, Inc. | 10/27/2023 | $ 19,916.53 | Suppliers or vendors |
| Emkay, Inc. | 11/1/2023 | $ 78,420.61 | Suppliers or vendors |
| Emkay, Inc. | 11/3/2023 | $ 5,884.09 | Suppliers or vendors |
| Emkay, Inc. | 11/10/2023 | $ 61,580.34 | Suppliers or vendors |
| Emkay, Inc. | 11/10/2023 | $ 7,138.08 | Suppliers or vendors |
| Emkay, Inc. | 11/17/2023 | $ 3,708.41 | Suppliers or vendors |
| Emkay, Inc. | 11/24/2023 | $ 3,778.62 | Suppliers or vendors |
| Emkay, Inc. | 12/1/2023 | $ 29,050.62 | Suppliers or vendors |
| Emkay, Inc. | 12/1/2023 | $ 4,693.48 | Suppliers or vendors |
| Emkay, Inc. | 12/8/2023 | $ 2,947.44 | Suppliers or vendors |
| Emkay, Inc. | 12/12/2023 | $ 21,519.13 | Suppliers or vendors |
| Emkay, Inc. | 12/15/2023 | $ 5,061.40 | Suppliers or vendors |
| Emkay, Inc. | 12/18/2023 | $ 67,300.00 | Suppliers or vendors |
| **Emkay, Inc.  Total** | | **$ 465,024.13** | |
| Ernst & Young | 9/22/2023 | $ 250,000.00 | Suppliers or vendors |
| Ernst & Young | 11/6/2023 | $ 40,000.00 | Suppliers or vendors |
| Ernst & Young | 12/14/2023 | $ 8,755.00 | Suppliers or vendors |
| **Ernst & Young Total** | | **$ 298,755.00** | |
| Express Scripts Inc | 9/28/2023 | $ 1,020.98 | Other (rebates) |
| Express Scripts Inc | 10/31/2023 | $ 2,382.29 | Other (rebates) |
| Express Scripts Inc | 10/31/2023 | $ 1,592.70 | Other (rebates) |
| Express Scripts Inc | 11/30/2023 | $ 12,326.76 | Other (rebates) |
| Express Scripts Inc | 11/30/2023 | $ 2,769.47 | Other (rebates) |
| Express Scripts Inc | 12/18/2023 | $ 11,971.71 | Other (rebates) |
| Express Scripts Inc | 12/18/2023 | $ 2,034.92 | Other (rebates) |
| **Express Scripts Inc Total** | | **$ 34,098.83** | |
| Fenwick & West | 10/4/2023 | $ 150,000.00 | Suppliers or vendors |
| Fenwick & West | 10/4/2023 | $ 5,900.00 | Suppliers or vendors |
| Fenwick & West | 10/11/2023 | $ 150,000.00 | Suppliers or vendors |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Fenwick & West | 10/11/2023 | $ 5,900.00 | Suppliers or vendors |
| Fenwick & West | 11/8/2023 | $ 150,000.00 | Suppliers or vendors |
| Fenwick & West | 11/8/2023 | $ 5,900.00 | Suppliers or vendors |
| Fenwick & West | 11/8/2023 | $ 5,900.00 | Suppliers or vendors |
| Fenwick & West | 11/21/2023 | $ 150,000.00 | Suppliers or vendors |
| Fenwick & West | 11/21/2023 | $ 5,506.67 | Suppliers or vendors |
| Fenwick & West | 12/18/2023 | $ 150,000.00 | Suppliers or vendors |
| **Fenwick & West Total** | | **$ 779,106.67** | |
| Food and Drug Administration | 10/4/2023 | $ 416,734.00 | Other (Regulatory Fee) |
| **Food and Drug Administration Total** | | **$ 416,734.00** | |
| Freudenberg Medical | 9/28/2023 | $ 86,072.20 | Suppliers or vendors |
| Freudenberg Medical | 9/28/2023 | $ 2,887.95 | Suppliers or vendors |
| **Freudenberg Medical Total** | | **$ 88,960.15** | |
| Good Apple | 10/4/2023 | $ 131,602.47 | Suppliers or vendors |
| Good Apple | 10/11/2023 | $ 200,000.00 | Suppliers or vendors |
| **Good Apple Total** | | **$ 331,602.47** | |
| ███████████ | 9/22/2023 | $ 1,457.40 | Other (EE reimbursement) |
| ███████████ | 10/18/2023 | $ 2,722.11 | Other (EE reimbursement) |
| ███████████ | 11/15/2023 | $ 864.26 | Other (EE reimbursement) |
| ███████████ | 12/14/2023 | $ 1,843.91 | Other (EE reimbursement) |
| ███████████ | 12/15/2023 | $ 1,937.74 | Other (EE reimbursement) |
| **███████ Total** | | **$ 8,825.42** | |
| Imprint Science | 10/4/2023 | $ 12,420.00 | Suppliers or vendors |
| Imprint Science | 10/4/2023 | $ 6,838.16 | Suppliers or vendors |
| Imprint Science | 10/4/2023 | $ 2,880.00 | Suppliers or vendors |
| Imprint Science | 10/4/2023 | $ 2,455.00 | Suppliers or vendors |
| **Imprint Science Total** | | **$ 24,593.16** | |
| Integrichain | 9/26/2023 | $ 100,000.00 | Other (rebates) |
| Integrichain | 9/28/2023 | $ 52,020.80 | Suppliers or vendors |
| Integrichain | 10/4/2023 | $ 16,800.00 | Suppliers or vendors |
| Integrichain | 10/4/2023 | $ 15,750.00 | Suppliers or vendors |
| Integrichain | 10/4/2023 | $ 250.00 | Suppliers or vendors |
| Integrichain | 10/11/2023 | $ 28,425.00 | Suppliers or vendors |
| Integrichain | 12/1/2023 | $ 35,642.68 | Suppliers or vendors |
| Integrichain | 12/4/2023 | $ 25,000.00 | Suppliers or vendors |
| Integrichain | 12/14/2023 | $ 50,000.00 | Suppliers or vendors |
| Integrichain | 12/14/2023 | $ 31,525.00 | Suppliers or vendors |
| Integrichain | 12/14/2023 | $ 27,011.25 | Suppliers or vendors |
| Integrichain | 12/14/2023 | $ 17,640.00 | Suppliers or vendors |
| Integrichain | 12/14/2023 | $ 16,537.50 | Suppliers or vendors |
| Integrichain | 12/14/2023 | $ 7,717.50 | Suppliers or vendors |
| Integrichain | 12/14/2023 | $ 250.00 | Suppliers or vendors |
| Integrichain | 12/18/2023 | $ 130,000.00 | Suppliers or vendors |
| **Integrichain Total** | | **$ 554,569.73** | |
| IPFS | 12/18/2023 | $ 39,675.99 | Suppliers or vendors |
| **IPFS Total** | | **$ 39,675.99** | |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Jennason LLC | 10/4/2023 | $ 6,470.00 | Suppliers or vendors |
| Jennason LLC | 10/4/2023 | $ 4,875.00 | Suppliers or vendors |
| Jennason LLC | 10/4/2023 | $ 3,325.00 | Suppliers or vendors |
| Jennason LLC | 11/15/2023 | $ 8,955.00 | Suppliers or vendors |
| Jennason LLC | 12/4/2023 | $ 7,225.00 | Suppliers or vendors |
| **Jennason LLC Total** | | **$ 30,850.00** | |
| Juice Pharma Worldwide | 10/4/2023 | $ 50,181.03 | Suppliers or vendors |
| **Juice Pharma Worldwide Total** | | **$ 50,181.03** | |
| KKR Iris Investors, LLC (Ali Satvat) | 12/14/2023 | $ 13,750.00 | Other (Board Fees) |
| **KKR Iris Investors, LLC (Ali Satvat) Total** | | **$ 13,750.00** | |
| Life Storage/Warehouse Anywhere | 10/4/2023 | $ 9,720.91 | Suppliers or vendors |
| Life Storage/Warehouse Anywhere | 10/11/2023 | $ 8,496.85 | Suppliers or vendors |
| Life Storage/Warehouse Anywhere | 10/11/2023 | $ 1,000.00 | Suppliers or vendors |
| Life Storage/Warehouse Anywhere | 11/8/2023 | $ 8,075.12 | Suppliers or vendors |
| Life Storage/Warehouse Anywhere | 11/30/2023 | $ 8,167.78 | Suppliers or vendors |
| Life Storage/Warehouse Anywhere | 12/14/2023 | $ 6,970.85 | Suppliers or vendors |
| **Life Storage/Warehouse Anywhere Total** | | **$ 42,431.51** | |
| MAHEC | 12/1/2023 | $ 15,000.00 | Suppliers or vendors |
| **MAHEC Total** | | **$ 15,000.00** | |
| Med Communications, Inc. | 10/4/2023 | $ 28,942.00 | Suppliers or vendors |
| Med Communications, Inc. | 10/4/2023 | $ 800.00 | Suppliers or vendors |
| Med Communications, Inc. | 10/11/2023 | $ 15,400.00 | Suppliers or vendors |
| Med Communications, Inc. | 11/8/2023 | $ 25,350.00 | Suppliers or vendors |
| Med Communications, Inc. | 11/8/2023 | $ 800.00 | Suppliers or vendors |
| Med Communications, Inc. | 11/8/2023 | $ 800.00 | Suppliers or vendors |
| Med Communications, Inc. | 11/15/2023 | $ 29,450.00 | Suppliers or vendors |
| Med Communications, Inc. | 11/15/2023 | $ 15,605.00 | Suppliers or vendors |
| Med Communications, Inc. | 12/14/2023 | $ 13,195.00 | Suppliers or vendors |
| Med Communications, Inc. | 12/14/2023 | $ 12,015.00 | Suppliers or vendors |
| **Med Communications, Inc. Total** | | **$ 142,357.00** | |
| MiPharm (EUR) | 9/28/2023 | $ 110,429.83 | Suppliers or vendors |
| MiPharm (EUR) | 9/28/2023 | $ 108,378.95 | Suppliers or vendors |
| MiPharm (EUR) | 12/1/2023 | $ 9,824.26 | Suppliers or vendors |
| MiPharm (EUR) | 12/1/2023 | $ 1,091.58 | Suppliers or vendors |
| MiPharm (EUR) | 12/18/2023 | $ 442,738.44 | Suppliers or vendors |
| MiPharm (EUR) | 12/18/2023 | $ 44,276.03 | Suppliers or vendors |
| **MiPharm (EUR) Total** | | **$ 716,739.09** | |
| Mix Talent | 10/4/2023 | $ 15,000.00 | Suppliers or vendors |
| Mix Talent | 10/4/2023 | $ 726.80 | Suppliers or vendors |
| Mix Talent | 10/11/2023 | $ 4,000.00 | Suppliers or vendors |
| **Mix Talent Total** | | **$ 19,726.80** | |
| Moelis & Company LLC | 11/8/2023 | $ 9,842.59 | Suppliers or vendors |
| Moelis & Company LLC | 12/18/2023 | $ 511,384.28 | Suppliers or vendors |
| **Moelis & Company LLC Total** | | **$ 521,226.87** | |
| MTD Micromolding | 12/18/2023 | $ 50,765.70 | Suppliers or vendors |
| MTD Micromolding | 12/18/2023 | $ 4,905.00 | Suppliers or vendors |

Impel Pharmaceuticals, Inc.
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **MTD Micromolding Total** | | $    55,670.70 | |
| Nasdaq Inc | 10/13/2023 | $    20,000.00 | Suppliers or vendors |
| **Nasdaq Inc Total** | | $    20,000.00 | |
| Navia Benefit Solutions | 9/21/2023 | $    6,181.52 | Suppliers or vendors |
| Navia Benefit Solutions | 9/22/2023 | $    3,651.89 | Suppliers or vendors |
| Navia Benefit Solutions | 10/4/2023 | $    1,569.71 | Suppliers or vendors |
| Navia Benefit Solutions | 10/10/2023 | $    5,939.85 | Other (HSA withdrawal) |
| Navia Benefit Solutions | 10/10/2023 | $    3,318.56 | Other (FSA withdrawal) |
| Navia Benefit Solutions | 10/10/2023 | $    339.20 | Suppliers or vendors |
| Navia Benefit Solutions | 10/10/2023 | $    109.00 | Suppliers or vendors |
| Navia Benefit Solutions | 10/10/2023 | $    100.00 | Suppliers or vendors |
| Navia Benefit Solutions | 10/10/2023 | $    0.20 | Suppliers or vendors |
| Navia Benefit Solutions | 10/20/2023 | $    5,773.18 | Other (HSA withdrawal) |
| Navia Benefit Solutions | 10/24/2023 | $    3,256.06 | Other (FSA withdrawal) |
| Navia Benefit Solutions | 11/2/2023 | $    10,492.88 | Suppliers or vendors |
| Navia Benefit Solutions | 11/2/2023 | $    1,965.32 | Suppliers or vendors |
| Navia Benefit Solutions | 11/2/2023 | $    1,965.32 | Suppliers or vendors |
| Navia Benefit Solutions | 11/2/2023 | $    73.22 | Suppliers or vendors |
| Navia Benefit Solutions | 11/6/2023 | $    5,773.18 | Other (HSA withdrawal) |
| Navia Benefit Solutions | 11/7/2023 | $    3,256.06 | Other (FSA withdrawal) |
| Navia Benefit Solutions | 11/8/2023 | $    333.90 | Suppliers or vendors |
| Navia Benefit Solutions | 11/8/2023 | $    109.20 | Suppliers or vendors |
| Navia Benefit Solutions | 11/8/2023 | $    100.00 | Suppliers or vendors |
| Navia Benefit Solutions | 11/21/2023 | $    5,273.18 | Other (HSA withdrawal) |
| Navia Benefit Solutions | 11/22/2023 | $    2,138.76 | Other (FSA withdrawal) |
| Navia Benefit Solutions | 11/22/2023 | $    1,569.71 | Other (Cobra withdrawal) |
| Navia Benefit Solutions | 12/5/2023 | $    3,533.60 | Other (HSA withdrawal) |
| Navia Benefit Solutions | 12/7/2023 | $    2,388.86 | Other (FSA withdrawal) |
| Navia Benefit Solutions | 12/8/2023 | $    333.90 | Suppliers or vendors |
| Navia Benefit Solutions | 12/8/2023 | $    109.20 | Suppliers or vendors |
| Navia Benefit Solutions | 12/8/2023 | $    100.00 | Suppliers or vendors |
| Navia Benefit Solutions | 12/18/2023 | $    1,189.57 | Other (HSA withdrawal) |
| Navia Benefit Solutions | 12/19/2023 | $    2,343.95 | Other (HSA withdrawal) |
| **Navia Benefit Solutions Total** | | $    73,288.98 | |
| Nelson, Tim | 12/14/2023 | $    17,500.00 | Other (Board Fees) |
| **Nelson, Tim Total** | | $    17,500.00 | |
| Omni Agent Solutions | 12/14/2023 | $    50,000.00 | Suppliers or vendors |
| **Omni Agent Solutions Total** | | $    50,000.00 | |
| Paul Weiss Rifkind Wharton & Garrison LLP | 10/4/2023 | $    20,000.00 | Suppliers or vendors |
| Paul Weiss Rifkind Wharton & Garrison LLP | 11/8/2023 | $    30,303.50 | Suppliers or vendors |
| Paul Weiss Rifkind Wharton & Garrison LLP | 12/14/2023 | $    26,696.50 | Suppliers or vendors |
| **Paul Weiss Rifkind Wharton & Garrison LLP Total** | | $    77,000.00 | |
| PCI Pharma Services | 11/2/2023 | $    246,106.62 | Suppliers or vendors |
| PCI Pharma Services | 11/2/2023 | $    80,836.00 | Suppliers or vendors |
| PCI Pharma Services | 12/4/2023 | $    66,245.52 | Suppliers or vendors |
| PCI Pharma Services | 12/14/2023 | $    246,730.86 | Suppliers or vendors |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| PCI Pharma Services | 12/14/2023 | $ 200,224.98 | Suppliers or vendors |
| **PCI Pharma Services Total** | | **$ 840,143.98** | |
| Pharmaceutical Data Services (PDS) | 10/4/2023 | $ 116,500.00 | Suppliers or vendors |
| Pharmaceutical Data Services (PDS) | 10/11/2023 | $ 116,500.00 | Suppliers or vendors |
| Pharmaceutical Data Services (PDS) | 11/15/2023 | $ 116,500.00 | Suppliers or vendors |
| Pharmaceutical Data Services (PDS) | 12/14/2023 | $ 116,500.00 | Suppliers or vendors |
| **Pharmaceutical Data Services (PDS) Total** | | **$ 466,000.00** | |
| Phil, Inc | 9/22/2023 | $ 49,407.89 | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ 72,180.16 | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ 72,180.16 | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ 54,800.67 | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ 54,800.67 | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ 10,149.18 | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ 10,149.18 | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ (10,149.18) | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ (54,800.67) | Suppliers or vendors |
| Phil, Inc | 9/28/2023 | $ (72,180.16) | Suppliers or vendors |
| Phil, Inc | 10/4/2023 | $ 63,534.84 | Suppliers or vendors |
| Phil, Inc | 10/4/2023 | $ 270.00 | Suppliers or vendors |
| Phil, Inc | 10/11/2023 | $ 9,351.30 | Suppliers or vendors |
| Phil, Inc | 10/18/2023 | $ 28,013.90 | Suppliers or vendors |
| Phil, Inc | 10/25/2023 | $ 45,699.37 | Suppliers or vendors |
| Phil, Inc | 11/1/2023 | $ 54,133.54 | Suppliers or vendors |
| Phil, Inc | 11/1/2023 | $ 42,917.98 | Suppliers or vendors |
| Phil, Inc | 11/1/2023 | $ 7,371.52 | Suppliers or vendors |
| Phil, Inc | 11/8/2023 | $ 65,271.00 | Suppliers or vendors |
| Phil, Inc | 11/8/2023 | $ 37,325.20 | Suppliers or vendors |
| Phil, Inc | 11/8/2023 | $ 1,864.26 | Suppliers or vendors |
| Phil, Inc | 11/15/2023 | $ 47,573.63 | Suppliers or vendors |
| Phil, Inc | 11/21/2023 | $ 46,676.50 | Suppliers or vendors |
| Phil, Inc | 11/30/2023 | $ 62,286.25 | Suppliers or vendors |
| Phil, Inc | 11/30/2023 | $ 35,520.94 | Suppliers or vendors |
| Phil, Inc | 11/30/2023 | $ 12,446.12 | Suppliers or vendors |
| Phil, Inc | 12/14/2023 | $ 39,109.46 | Suppliers or vendors |
| Phil, Inc | 12/14/2023 | $ 25,192.51 | Suppliers or vendors |
| Phil, Inc | 12/18/2023 | $ 8,706.94 | Suppliers or vendors |
| Phil, Inc | 12/19/2023 | $ 68,120.49 | Suppliers or vendors |
| Phil, Inc | 12/19/2023 | $ 59,135.15 | Suppliers or vendors |
| **Phil, Inc Total** | | **$ 947,058.80** | |
| PPD Development | 11/8/2023 | $ 9,157.50 | Suppliers or vendors |
| PPD Development | 11/8/2023 | $ 1,610.00 | Suppliers or vendors |
| PPD Development | 11/15/2023 | $ 17,750.00 | Suppliers or vendors |
| PPD Development | 11/30/2023 | $ 10,956.00 | Suppliers or vendors |
| PPD Development | 11/30/2023 | $ 9,157.50 | Suppliers or vendors |
| **PPD Development Total** | | **$ 48,631.00** | |
| Premier Consulting (Camargo) | 10/4/2023 | $ 5,850.00 | Suppliers or vendors |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Premier Consulting (Camargo) | 10/4/2023 | $ 3,507.50 | Suppliers or vendors |
| Premier Consulting (Camargo) | 10/4/2023 | $ 600.00 | Suppliers or vendors |
| **Premier Consulting (Camargo) Total** | | **$ 9,957.50** | |
| Premier Research Consulting | 11/8/2023 | $ 2,625.00 | Suppliers or vendors |
| Premier Research Consulting | 11/8/2023 | $ 1,350.00 | Suppliers or vendors |
| Premier Research Consulting | 11/8/2023 | $ 600.00 | Suppliers or vendors |
| Premier Research Consulting | 12/18/2023 | $ 3,240.00 | Suppliers or vendors |
| Premier Research Consulting | 12/18/2023 | $ 2,230.00 | Suppliers or vendors |
| Premier Research Consulting | 12/18/2023 | $ 1,855.00 | Suppliers or vendors |
| Premier Research Consulting | 12/18/2023 | $ 787.50 | Suppliers or vendors |
| Premier Research Consulting | 12/18/2023 | $ 300.00 | Suppliers or vendors |
| **Premier Research Consulting Total** | | **$ 12,987.50** | |
| PSKW, LLC (ConnectiveRx) | 9/22/2023 | $ 196,385.71 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 10/4/2023 | $ 8,150.00 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 10/4/2023 | $ 1,877.50 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 11/1/2023 | $ 163,917.72 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 11/1/2023 | $ 158,427.04 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 11/1/2023 | $ 8,150.00 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 11/1/2023 | $ 1,758.75 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 11/21/2023 | $ 169,920.04 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 11/21/2023 | $ 128,142.63 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 11/30/2023 | $ 8,150.00 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 11/30/2023 | $ 1,668.75 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 12/4/2023 | $ 154,544.74 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 12/14/2023 | $ 97,729.48 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 12/14/2023 | $ 8,150.00 | Suppliers or vendors |
| PSKW, LLC (ConnectiveRx) | 12/14/2023 | $ 1,511.25 | Suppliers or vendors |
| **PSKW, LLC (ConnectiveRx) Total** | | **$ 1,108,483.61** | |
| QPharma | 10/4/2023 | $ 6,816.25 | Suppliers or vendors |
| QPharma | 10/4/2023 | $ 6,490.00 | Suppliers or vendors |
| QPharma | 10/4/2023 | $ 2,410.95 | Suppliers or vendors |
| QPharma | 10/4/2023 | $ 2,388.59 | Suppliers or vendors |
| QPharma | 10/4/2023 | $ 1,505.00 | Suppliers or vendors |
| QPharma | 10/4/2023 | $ 1,118.84 | Suppliers or vendors |
| QPharma | 11/8/2023 | $ 6,560.00 | Suppliers or vendors |
| QPharma | 11/30/2023 | $ 5,101.75 | Suppliers or vendors |
| QPharma | 11/30/2023 | $ 1,142.50 | Suppliers or vendors |
| QPharma | 12/4/2023 | $ 6,000.00 | Suppliers or vendors |
| QPharma | 12/4/2023 | $ 5,351.33 | Suppliers or vendors |
| QPharma | 12/4/2023 | $ 1,205.00 | Suppliers or vendors |
| **QPharma Total** | | **$ 46,090.21** | |
| Resources Global Professionals | 10/11/2023 | $ 2,250.00 | Suppliers or vendors |
| Resources Global Professionals | 10/11/2023 | $ 1,450.00 | Suppliers or vendors |
| Resources Global Professionals | 10/11/2023 | $ 650.00 | Suppliers or vendors |
| Resources Global Professionals | 11/30/2023 | $ 2,650.00 | Suppliers or vendors |
| Resources Global Professionals | 12/4/2023 | $ 3,050.00 | Suppliers or vendors |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **Resources Global Professionals Total** | | $ 10,050.00 | |
| Robert Half | 9/22/2023 | $ 2,156.25 | Suppliers or vendors |
| Robert Half | 10/4/2023 | $ 2,001.00 | Suppliers or vendors |
| Robert Half | 10/4/2023 | $ 1,828.50 | Suppliers or vendors |
| Robert Half | 10/11/2023 | $ 2,070.00 | Suppliers or vendors |
| Robert Half | 10/18/2023 | $ 2,070.00 | Suppliers or vendors |
| Robert Half | 10/25/2023 | $ 2,052.75 | Suppliers or vendors |
| Robert Half | 11/8/2023 | $ 2,001.00 | Suppliers or vendors |
| Robert Half | 11/8/2023 | $ 2,001.00 | Suppliers or vendors |
| Robert Half | 11/15/2023 | $ 2,070.00 | Suppliers or vendors |
| Robert Half | 11/21/2023 | $ 2,070.00 | Suppliers or vendors |
| Robert Half | 12/1/2023 | $ 1,811.25 | Suppliers or vendors |
| Robert Half | 12/14/2023 | $ 2,070.00 | Suppliers or vendors |
| Robert Half | 12/14/2023 | $ 2,001.00 | Suppliers or vendors |
| **Robert Half Total** | | $ 26,202.75 | |
| SciLucent | 10/4/2023 | $ 6,793.75 | Suppliers or vendors |
| SciLucent | 10/11/2023 | $ 6,428.75 | Suppliers or vendors |
| SciLucent | 11/8/2023 | $ 180.00 | Suppliers or vendors |
| **SciLucent Total** | | $ 13,402.50 | |
| Sedulo Group | 10/4/2023 | $ 13,875.00 | Suppliers or vendors |
| Sedulo Group | 10/4/2023 | $ 13,875.00 | Suppliers or vendors |
| **Sedulo Group Total** | | $ 27,750.00 | |
| SHOP-PR LLC_TWELVENOTE | 10/4/2023 | $ 150,000.00 | Suppliers or vendors |
| SHOP-PR LLC_TWELVENOTE | 10/11/2023 | $ 32,813.26 | Suppliers or vendors |
| **SHOP-PR LLC_TWELVENOTE Total** | | $ 182,813.26 | |
| Sidley Austin LLP | 9/22/2023 | $ (179,966.36) | Suppliers or vendors |
| Sidley Austin LLP | 11/8/2023 | $ 25,000.00 | Suppliers or vendors |
| Sidley Austin LLP | 11/15/2023 | $ 25,000.00 | Suppliers or vendors |
| Sidley Austin LLP | 11/21/2023 | $ 275,000.00 | Suppliers or vendors |
| Sidley Austin LLP | 12/4/2023 | $ 400,000.00 | Suppliers or vendors |
| Sidley Austin LLP | 12/18/2023 | $ 100,000.00 | Suppliers or vendors |
| **Sidley Austin LLP Total** | | $ 645,033.64 | |
| Stern IR | 10/4/2023 | $ 19,483.68 | Suppliers or vendors |
| Stern IR | 10/11/2023 | $ 37,993.18 | Suppliers or vendors |
| **Stern IR Total** | | $ 57,476.86 | |
| Sullivan & Cromwell | 12/18/2023 | $ 517,657.18 | Suppliers or vendors |
| **Sullivan & Cromwell Total** | | $ 517,657.18 | |
| Symphony Health | 10/11/2023 | $ 217,568.00 | Suppliers or vendors |
| Symphony Health | 10/11/2023 | $ 47,224.75 | Suppliers or vendors |
| **Symphony Health Total** | | $ 264,792.75 | |
| Teneo Capital LLC | 10/11/2023 | $ 71,115.00 | Suppliers or vendors |
| Teneo Capital LLC | 11/9/2023 | $ 78,660.00 | Suppliers or vendors |
| Teneo Capital LLC | 11/21/2023 | $ 257,500.00 | Suppliers or vendors |
| Teneo Capital LLC | 12/4/2023 | $ 100,000.00 | Suppliers or vendors |
| Teneo Capital LLC | 12/18/2023 | $ 40,000.00 | Suppliers or vendors |
| **Teneo Capital LLC Total** | | $ 547,275.00 | |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| TrnDigital, LLC | 10/4/2023 | $ 39,828.92 | Suppliers or vendors |
| TrnDigital, LLC | 10/4/2023 | $ 13,230.00 | Suppliers or vendors |
| TrnDigital, LLC | 10/4/2023 | $ 2,424.40 | Suppliers or vendors |
| TrnDigital, LLC | 10/11/2023 | $ 14,039.35 | Suppliers or vendors |
| TrnDigital, LLC | 11/8/2023 | $ 13,230.00 | Suppliers or vendors |
| TrnDigital, LLC | 11/8/2023 | $ 2,424.40 | Suppliers or vendors |
| TrnDigital, LLC | 11/15/2023 | $ 32,637.86 | Suppliers or vendors |
| TrnDigital, LLC | 11/15/2023 | $ 14,051.14 | Suppliers or vendors |
| TrnDigital, LLC | 11/30/2023 | $ 13,230.00 | Suppliers or vendors |
| TrnDigital, LLC | 11/30/2023 | $ 2,424.40 | Suppliers or vendors |
| TrnDigital, LLC | 12/4/2023 | $ 19,673.56 | Suppliers or vendors |
| TrnDigital, LLC | 12/14/2023 | $ 14,099.89 | Suppliers or vendors |
| TrnDigital, LLC | 12/14/2023 | $ 13,230.00 | Suppliers or vendors |
| **TrnDigital, LLC Total** | | **$ 194,523.92** | |
| Trust.Med | 12/4/2023 | $ 22,500.00 | Suppliers or vendors |
| **Trust.Med Total** | | **$ 22,500.00** | |
| Two Labs Holdings LLC | 10/4/2023 | $ 9,000.00 | Suppliers or vendors |
| Two Labs Holdings LLC | 10/4/2023 | $ 8,000.00 | Suppliers or vendors |
| Two Labs Holdings LLC | 10/11/2023 | $ 9,000.00 | Suppliers or vendors |
| Two Labs Holdings LLC | 11/30/2023 | $ 9,000.00 | Suppliers or vendors |
| **Two Labs Holdings LLC Total** | | **$ 35,000.00** | |
| Uppsala Monitoring Centre (SEK) | 10/4/2023 | $ 10,554.88 | Suppliers or vendors |
| **Uppsala Monitoring Centre (SEK) Total** | | **$ 10,554.88** | |
| Veeva | 10/4/2023 | $ 4,950.00 | Suppliers or vendors |
| Veeva | 11/8/2023 | $ 4,950.00 | Suppliers or vendors |
| Veeva | 12/4/2023 | $ 4,950.00 | Suppliers or vendors |
| **Veeva Total** | | **$ 14,850.00** | |
| Verizon Wireless | 11/3/2023 | $ 2,919.94 | Suppliers or vendors |
| Verizon Wireless | 11/15/2023 | $ 2,931.38 | Suppliers or vendors |
| Verizon Wireless | 12/14/2023 | $ 2,938.90 | Suppliers or vendors |
| **Verizon Wireless Total** | | **$ 8,790.22** | |
| Wilfong, Diane | 12/14/2023 | $ 16,250.00 | Other (Board Fees) |
| **Wilfong, Diane Total** | | **$ 16,250.00** | |
| Withum | 11/6/2023 | $ 10,500.00 | Suppliers or vendors |
| **Withum Total** | | **$ 10,500.00** | |
| Woodruff-Sawyer & Co | 9/25/2023 | $ 688.00 | Suppliers or vendors |
| Woodruff-Sawyer & Co | 9/25/2023 | $ (688.00) | Suppliers or vendors |
| Woodruff-Sawyer & Co | 10/4/2023 | $ 1,000.00 | Suppliers or vendors |
| Woodruff-Sawyer & Co | 10/4/2023 | $ 655.00 | Suppliers or vendors |
| Woodruff-Sawyer & Co | 10/4/2023 | $ (1,000.00) | Suppliers or vendors |
| Woodruff-Sawyer & Co | 11/15/2023 | $ 616.00 | Suppliers or vendors |
| Woodruff-Sawyer & Co | 12/4/2023 | $ 103,026.99 | Suppliers or vendors |
| Woodruff-Sawyer & Co | 12/4/2023 | $ 31,000.00 | Suppliers or vendors |
| Woodruff-Sawyer & Co | 12/4/2023 | $ 3,430.00 | Suppliers or vendors |
| Woodruff-Sawyer & Co | 12/4/2023 | $ 1,000.00 | Suppliers or vendors |
| **Woodruff-Sawyer & Co Total** | | **$ 139,727.99** | |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Zinc Health Services | 10/10/2023 | $ 307,345.82 | Other (rebates) |
| Zinc Health Services | 10/10/2023 | $ 59,867.81 | Other (rebates) |
| Zinc Health Services | 11/8/2023 | $ 292,611.70 | Other (rebates) |
| Zinc Health Services | 11/8/2023 | $ 57,572.09 | Other (rebates) |
| Zinc Health Services | 12/4/2023 | $ 244,932.97 | Other (rebates) |
| Zinc Health Services | 12/4/2023 | $ 47,353.92 | Other (rebates) |
| Zinc Health Services | 12/18/2023 | $ 195,524.37 | Other (rebates) |
| Zinc Health Services | 12/18/2023 | $ 37,854.57 | Other (rebates) |
| **Zinc Health Services Total** | | **$ 1,243,063.25** | |
| **Grand Total** | | **$ 18,302,574.95** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 4

## PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE WITHIN 1 YEAR BEFORE FILING THIS CASE THAT BENEFITTED ANY INSIDER

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| 5AM Ventures (David Allison) | 12/30/2022 | $20,625.00 | Board Fees | Director |
| 5AM Ventures (David Allison) | 3/30/2023 | $13,750.00 | Board Fees | Director |
| **5AM Ventures (David Allison) Total** | | **$34,375.00** | | |
| Allison, David | 3/30/2023 | $6,875.00 | Board Fees | Director |
| Allison, David | 6/30/2023 | $20,625.00 | Board Fees | Director |
| Allison, David | 7/19/2023 | $20,625.00 | Board Fees | Director |
| Allison, David | 12/14/2023 | $20,625.00 | Board Fees | Director |
| **Allison, David Total** | | **$68,750.00** | | |
| Cline, Darren | 6/30/2023 | $10,833.00 | Board Fees | Director |
| Cline, Darren | 7/19/2023 | $12,500.00 | Board Fees | Director |
| Cline, Darren | 12/14/2023 | $12,500.00 | Board Fees | Director |
| **Cline, Darren Total** | | **$35,833.00** | | |
| KKR Iris Investors, LLC (Ali Satvat) | 12/30/2022 | $13,750.00 | Board Fees | Director |
| KKR Iris Investors, LLC (Ali Satvat) | 3/30/2023 | $13,750.00 | Board Fees | Director |
| KKR Iris Investors, LLC (Ali Satvat) | 6/30/2023 | $13,750.00 | Board Fees | Director |
| KKR Iris Investors, LLC (Ali Satvat) | 7/19/2023 | $13,750.00 | Board Fees | Director |
| KKR Iris Investors, LLC (Ali Satvat) | 12/14/2023 | $13,750.00 | Board Fees | Director |
| **KKR Iris Investors, LLC (Ali Satvat)** | | **$68,750.00** | | |
| Nelson, Tim | 12/28/2022 | $34,500.00 | Board Fees | Director |
| Nelson, Tim | 3/30/2023 | $15,000.00 | Board Fees | Director |
| Nelson, Tim | 4/28/2023 | $655.28 | Expense Reimbursement | Director |
| Nelson, Tim | 6/30/2023 | $17,222.00 | Board Fees | Director |
| Nelson, Tim | 7/19/2023 | $17,500.00 | Board Fees | Director |
| Nelson, Tim | 12/14/2023 | $17,500.00 | Board Fees | Director |
| **Nelson, Tim Total** | | **$102,377.28** | | |
| Parker, Stewart | 12/30/2022 | $15,000.00 | Board Fees | Director |
| Parker, Stewart | 2/16/2023 | $1,191.86 | Expense Reimbursement | Director |
| Parker, Stewart | 3/30/2023 | $15,000.00 | Board Fees | Director |
| Parker, Stewart | 5/25/2023 | $645.30 | Expense Reimbursement | Director |
| Parker, Stewart | 6/30/2023 | $1,667.00 | Expense Reimbursement | Director |
| **Parker, Stewart Total** | | **$33,504.16** | | |
| Shrewsbury, Stephen | 12/20/2022 | $159.37 | Expense Reimbursement | Officer |
| Shrewsbury, Stephen | 1/24/2023 | $300.43 | Expense Reimbursement | Officer |
| Shrewsbury, Stephen | 2/21/2023 | $118.17 | Expense Reimbursement | Officer |
| Shrewsbury, Stephen | 4/19/2023 | $462.44 | Expense Reimbursement | Officer |
| Shrewsbury, Stephen | 5/3/2023 | $12,000.00 | Consulting Fees | Former Officer |
| Shrewsbury, Stephen | 6/21/2023 | $2,309.44 | Consulting Fees | Former Officer |
| Shrewsbury, Stephen | 8/2/2023 | $3,690.00 | Consulting Fees | Former Officer |
| **Shrewsbury, Stephen Total** | | **$19,039.85** | | |
| VIVO Capital, LLC (Mahendra Shah) | 12/28/2022 | $15,625.00 | Board Fees | Director |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| VIVO Capital, LLC (Mahendra Shah) | 3/30/2023 | $15,625.00 | Board Fees | Director |
| VIVO Capital, LLC (Mahendra Shah) | 6/21/2023 | $1,734.32 | Expense Reimbursement | Director |
| VIVO Capital, LLC (Mahendra Shah) | 6/21/2023 | $387.54 | Expense Reimbursement | Director |
| VIVO Capital, LLC (Mahendra Shah) | 6/30/2023 | $15,625.00 | Board Fees | Director |
| VIVO Capital, LLC (Mahendra Shah) | 7/19/2023 | $15,625.00 | Board Fees | Director |
| **VIVO Capital, LLC (Mahendra Shah)** | | **$64,621.86** | | |
| Wilfong, Diane | 12/30/2022 | $16,250.00 | Board Fees | Director |
| Wilfong, Diane | 3/30/2023 | $16,250.00 | Board Fees | Director |
| Wilfong, Diane | 5/3/2023 | $1,353.57 | Expense Reimbursement | Director |
| Wilfong, Diane | 6/30/2023 | $16,250.00 | Board Fees | Director |
| Wilfong, Diane | 7/19/2023 | $16,250.00 | Board Fees | Director |
| Wilfong, Diane | 12/14/2023 | $16,250.00 | Board Fees | Director |
| Wilfong, Diane | 12/9/2022 | $1,003.41 | Expense Reimbursement | Director |
| **Wilfong, Diane Total** | | **$83,606.98** | | |
| **Grand Total** | | **$510,858.13** | | |

# STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT
PART 5, QUESTION 10

ALL LOSSES FROM FIRE, THEFT, OR OTHER CASUALTY
WITHIN 1 YEAR BEFORE FILING THIS CASE

**IMPEL PHARMACEUTICALS INC. IMP**
Policy Number(s): 9T026567



| Detail Loss Report | | | | | | | | Losses From: 01/16/2021 To 01/16/2024 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | Total | Claim | Medical | Expense |

**Policy Year: 2022**

**Line of Insurance: AL - AUTOMOBILE**

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| /EMKAY INCORPORATED | 133 | AD | FJY3505 | 12/29/2022 | 12/29/2022 | 03/22/2023 | C | | | | | |
| LEFT SIDE AND RIGHT FRONT DOOR | | | | | | | | Inc: | $2,002.00 | $2,002.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $2,002.13 | $2,002.13 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| /IMPEL PHARMACEUTICALS IN | 042 | AD | FWY6043 | 05/21/2023 | 06/08/2023 | 07/20/2023 | C | | | | | |
| DRIVER BELIEVES ROCK STRUCK SUNROOF CAUSING CRACK TO FORM | | | | | | | | Inc: | $56.00 | $56.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $56.04 | $56.04 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| /IMPEL PHARMACEUTICALS IN | 007 | AD | FXH6786 | 05/31/2023 | 05/31/2023 | 08/01/2023 | C | | | | | |
| DRIVER WAS BACKING OUT OF A PARKING SPACE AND SHE COULDN'T SEE AND STRUCK  THE WOODEN POLE. | | | | | | | | Inc: | $1,628.00 | $1,628.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $1,628.34 | $1,628.34 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| /IMPEL PHARMACEUTICALS IN | 028 | AD | FYC4679 | 05/29/2023 | 05/30/2023 | 06/15/2023 | C | | | | | |
| MY VOLVO WAS BROKEN INTO THIS MORNING IN CHICAGO AND MY WALLET WAS STOLEN. I PARKED BY THE LAKE TO EXERCISE AND WHEN I RETURNED MY FRONT PASSENGER | | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| /IMPEL PHARMACEUTICALS IN | 026 | AD | FZJ9887 | 10/17/2023 | 11/17/2023 | 01/11/2024 | C | | | | | |
| VEHICLE #1 WAS PARALLEL PARKING AND STRUCK A PARKING METER WHICH CAUSED    DAMAGE TO THE RIGHT REAR OF VEHICLE #1. | | | | | | | | Inc: | $3,452.00 | $3,452.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $3,452.35 | $3,452.35 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| /IMPEL PHARMACEUTICALS IN | 028 | AD | F0F1199 | 08/31/2023 | 09/01/2023 | 09/12/2023 | C | | | | | |
| VEH 1 WAS PARKED / UNOCCUPIED. WHEN THE DRIVER WENT TO HIS VEHICLE, IT WAS NOTICED THAT THE DRIVER-SIDE REAR WINDOW WAS SHATTERED. A COMPUTER BAG WAS STOLEN FROM THE BACK SEAT | | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| /IMPEL PHARMACEUTICALS IN | 039 | AD | F0L6156 | 06/13/2023 | 06/13/2023 | 08/17/2023 | C | | | | | |
| HAIL | | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| ▋ | 026 | AD | FZJ0594 | 07/16/2023 | 07/17/2023 | 09/14/2023 | C | | | | | |
| DRIVER'S WIFE JILL WAS DRIVING IN THE PARKING LOT AT CHURCH AND PULLED INTO A PARKING SPACE; STRIKING A PARKED VEHICLE | | | | | | | | Inc: | $8,651.00 | $8,651.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $8,651.06 | $8,651.06 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| ▋ | 028 | AD | FWT7992 | 02/13/2023 | 02/13/2023 | 03/10/2023 | C | | | | | |
| VEH1 AND VEH2 BACKING OUT OF PARKING SPOTS AT SAME TIME AND REAR-ENDED EACH OTHER | | | | | | | | Inc: | $364.00 | $364.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $364.41 | $364.41 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

**IMPEL PHARMACEUTICALS INC. IMP**
Policy Number(s): 9T026567



| Detail Loss Report | | | | | | | | Losses From: 01/16/2021 To 01/16/2024 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |

**Policy Year: 2022**

**Line of Insurance: AL - AUTOMOBILE**

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | 039 | AD | F0J5582 | 05/11/2023 | 05/11/2023 | 09/10/2023 | C | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

VEH1 WAS IN THE FAR LEFT TURNING LANE WHEN VEH2 CAME DARTING OUT OF A GAS STATION PARKING LOT. VEH2 CROSSED 3 LANES OF TRAFFIC STRIKING VEH1 IN THE FRONT PASSENGER SIDE WHEEL

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | 007 | PP | FZD1908 | 09/06/2023 | 09/06/2023 | 12/27/2023 | C | Inc: | $34.00 | $34.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $34.45 | $34.45 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

VEH 2 REAR ENDED VEH 1 AT A HIGH SPEED.

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | 028 | PP | FWY4915 | 05/15/2023 | 05/15/2023 | 06/02/2023 | C | Inc: | $2,953.00 | $2,953.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $2,952.73 | $2,952.73 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

VEH1 WAS IN BUMPER TO BUMPER WHEN VEH2 REAR-ENDED VEH1

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | 003 | AD | FQG9360 | 07/06/2023 | 07/07/2023 | 07/25/2023 | C | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

VEH1 WAS EXITING PARKING LOT AND VEH2 WAS BACKING UP FROM A PARKING SPACE AND BACKED INTO VEH1

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | 028 | AD | F0F2148 | 09/16/2023 | 09/18/2023 | | O | Inc: | $6,443.00 | $6,443.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $5,442.23 | $5,442.23 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $1,000.77 | $1,000.77 | $0.00 | $0.00 |

STOP INSURED WAS REAR ENDED BY 3RD PARTY WHO WAS LOOKING DOWN AT HIS PHONE.

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | 133 | AD | FJY4771 | 06/04/2023 | 06/05/2023 | 10/25/2023 | O | Inc: | $5,392.00 | $5,392.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $5,391.20 | $5,391.20 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

VEHICLES #1 AND #2 WERE BACKING OUT OF PARKING SPACES ACROSS FROM EACH OTHER AT 2002 WASHINGTON ST AND BACKED INTO EACH OTHER.

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNK UNK | 007 | AD | FXH5958 | 05/15/2023 | 05/16/2023 | 06/20/2023 | C | Inc: | $522.00 | $522.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $522.16 | $522.16 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

VEH2 STRUCK ROAD A TIRE TREAD WHICH THEN PUSHED IT INTO THE FRONT OF VEH1. VEH1 RAN OVER THE TIRE TREAD CAUSING DAMAGE TO THE FRONT BUMPER

**Subtotals for Line of Insurance : AL**

**Total Claim Count: 16**

| | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|
| | Inc: | $31,497.00 | $31,497.00 | $0.00 | $0.00 |
| | Pd: | $30,497.10 | $30,497.10 | $0.00 | $0.00 |
| | O/S: | $999.90 | $999.90 | $0.00 | $0.00 |

**IMPEL PHARMACEUTICALS INC. IMP**
Policy Number(s): 9T026567

**TRAVELERS**

| Detail Loss Report | | | | | | | | | Losses From: 01/16/2021 To 01/16/2024 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | Total | Claim | Medical | Expense |

**Policy Year: 2022**

**Subtotals for Policy Year : 2022**

| | | | | | | | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Claim Count: 16** | | | | | | | Inc: | $31,497.00 | $31,497.00 | $0.00 | $0.00 |
| | | | | | | | Pd: | $30,497.10 | $30,497.10 | $0.00 | $0.00 |
| | | | | | | | O/S: | $999.90 | $999.90 | $0.00 | $0.00 |

**Policy Year: 2023**

**Line of Insurance: AL - AUTOMOBILE**

| Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▬▬▬▬ | 028 | AD | F0F8922 | 01/04/2024 | 01/05/2024 | | O | | | | |
| VEHICLE 1 WAS BEHIND VEHICLE 2. WHEN THE LIGHT TURNED GREEN, TRAFFIC MOVED FORWARD THEN ABRUPTLY STOPPED AS TRAFFIC WAS HEAVY. VEHICLE 1 THEN REAR ENDED VEHICLE 2. | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| ▬▬▬▬ | 028 | AD | F0F8934 | 01/04/2024 | 01/05/2024 | | O | | | | |
| CLAIMANT ON A ROAD THAT HAS LOTS OF RED LIGHTS AND TRAFFIC WAS STOPPING AND THE CLAIMANT STOPPED AND WAS REAR ENDED BY THE INSURED | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| | 186 | AD | FEM9486 | 11/10/2023 | 11/13/2023 | 01/09/2024 | C | | | | |
| A GENTLEMAN (DRIVER OF VEH 2) CAME INSIDE AND ASKED IF THE WHITE VOLVO PARKED OUT FRONT WAS OURS, ASHE HAD JUST BACKED INTO IT. HE SAID HE BACKING OUT OF HIS SPOT, AND WHEN HE WAS BACKING UP, HE HIT THE REAR DRIVER SIDE DOOR | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |
| ▬▬▬▬ | 028 | AD | F0F8441 | 12/17/2023 | 12/26/2023 | | O | | | | |
| VEH 1 WAS BACKING OUT OF THE DRIVEWAY AND VEH 2 HAD PARKED HIS TRUCK DIRECTLY LINED UP WITH MY DRIVEWAY ON THE OTHER SIDE OF THE STREET. VEH 1 BACKED INTO IT BECAUSE THERE WERE MINIMAL STREET LIGHTS AND IT COULD NOT BE SEEN. | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

**Subtotals for Line of Insurance : AL**

| | | | | | | | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Claim Count: 4** | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

**Subtotals for Policy Year : 2023**

| | | | | | | | | Total | Claim | Medical | Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Claim Count: 4** | | | | | | | Inc: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | Pd: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | O/S: | $0.00 | $0.00 | $0.00 | $0.00 |

**IMPEL PHARMACEUTICALS INC. IMP**
Policy Number(s): 9T026567

**TRAVELERS**

| Detail Loss Report | | | | | | | | | Losses From: 01/16/2021 To 01/16/2024 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claimant | Adj Off | FP | Claim Number | Accident Date | Notice Date | Close Date | O/C | Total | Claim | Medical | Expense |
| Report Grand Totals | | | | | | | | | | | | |
| Total Claim Count: 20 | | | | | | | | Inc: | $31,497.00 | $31,497.00 | $0.00 | $0.00 |
| | | | | | | | | Pd: | $30,497.10 | $30,497.10 | $0.00 | $0.00 |
| | | | | | | | | O/S: | $999.90 | $999.90 | $0.00 | $0.00 |

**IMPEL PHARMACEUTICALS INC. IMP**
Policy Number(s): 9T026567

**TRAVELERS**

| Detail Loss Report | Losses From: 01/16/2021 To 01/16/2024 |
|---|---|

| Report Parameters |
|---|

Report Name: Detail Loss
Losses From: 01/16/2021 To 01/16/2024                                          Policy Number(s): 9T026567

| Sorts |
|---|

| Sort Name | Sort Label | Subtotal | Page Break |
|---|---|---|---|
| 1. Policy Year | Policy Year | Y | N |
| 2. Line of Insurance | Line of Insurance | Y | N |

| Limiting Statements |
|---|

| Large Loss Limiting |
|---|

| Drill Down Limiting Criteria |
|---|

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 10, QUESTION 20

## OFF-PREMISES STORAGE

Impel Pharmaceuticals, Inc.
Case No. 23-80016
SOFA 20: Off-premises Storage

| Facility Name and Address | Names of Anyone with Access to It | Description of the Contents | Does Debtor Still Have It? |
|---|---|---|---|
| A-1 Self Storage , 2245 Hotel Circle South San Diego, CA 92108 | | Trudhesa Product Samples | Yes |
| Affordable Storage Guys Springfield , 3715 S Grand Slam Ave Sioux Falls, SD 57110 | | Trudhesa Product Samples | Yes |
| All Around Storage , 1350 SSE Loop 7 Athens, TX 76501 | | Trudhesa Product Samples | Yes |
| Chenal Highway Mini Storage , 24300 Chenal Parkway Little Rock, AR 72223 | | Trudhesa Product Samples | Yes |
| Citadel Self Storage , 133 N Locust Hill Dr Lexington, KY 40509 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 1101 North St Anoka, MN 55303 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 11820 W Olympic Blvd Los Angeles, CA 90064 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 3195 S Congress Ave Delray Beach, FL 33445 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 4 Lotus Blvd Hackettstown, NJ 07840 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 4 Research Pl Rockville, MD 20850 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 5361 Nottingham Rd White Marsh, MD 21236 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 6801 Engle Rd Middleburg Heights, OH 44130 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 7949 Broad River Rd Irmo, SC 29063 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 12330 US 15 501 N Chapel Hill, NC 27517 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 2855 N Houston Levee Rd Cordova, TN 38016 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 430 Bishop St NW Atlanta, GA 30318 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 4690 Industrial St Simi Valley, CA 93063 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 7770 Folsom-Auburn Rd Folsom, CA 95630 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 8627 Middlebrook Pike Knoxville, TN 37923 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 871 Willow St Redwood City, CA 94063 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 8890 SW 72nd St Miami, FL 33173 | | Trudhesa Product Samples | Yes |
| Guardian Self Storage , 367 High Pointe Drive Seven Fields, PA 16046 | | Trudhesa Product Samples | Yes |
| Hawthorn Storage , 100 W. Terra Cotta Crystal Lake, IL 60014 | | Trudhesa Product Samples | Yes |
| iStorage / Hanover Holdings Ltd , 20772 Hall Road Clinton Township, MI 48038 | | Trudhesa Product Samples | Yes |
| Life Storage, 104 Bennett Road Camillus, NY 13031 | | Trudhesa Product Samples | Yes |
| Life Storage, 10760 N 116th St Scottsdale, AZ 85259 | | Trudhesa Product Samples | Yes |
| Life Storage, 1844 N Belcher Rd Clearwater, FL 33765 | | Trudhesa Product Samples | Yes |
| Life Storage, 24 Sterling Place Amityville, NY 11701 | | Trudhesa Product Samples | Yes |
| Life Storage, 2661 Veterans Memorial Pkwy Saint Charles, MO 63303 | | Trudhesa Product Samples | Yes |
| Life Storage, 3626 N Broadway St Chicago, IL 60613 | | Trudhesa Product Samples | Yes |
| Life Storage, 400 Kenmore Ave Kenmore, NY 14223 | | Trudhesa Product Samples | Yes |
| Life Storage, 4959 Manchester Ave Saint Louis, MO 63110 | | Trudhesa Product Samples | Yes |
| Life Storage, 6350 Nolensville Pike Nashville, TN 37211 | | Trudhesa Product Samples | Yes |
| Life Storage, 8625 Spring Cypress Spring, TX 77379 | | Trudhesa Product Samples | Yes |
| McDowell Mountain Community Storage , 10101 E. McDowell Mountain Ranch Rd Scottsdale, AZ 85255 | | Trudhesa Product Samples | Yes |
| Metro Self Storage , 3952 N. Providence Rd. Newtown Square, PA 19073 | | Trudhesa Product Samples | Yes |
| Prime Storage Group , 701 Bleachery Blvd Asheville, NC 28801 | | Trudhesa Product Samples | Yes |
| Public Storage , 7533 Woodcutter Dr. Powell, OH 43065 | | Trudhesa Product Samples | Yes |
| Scottsdale Storage Solutions , 6900 E. Thomas Rd Scottsdale, AZ 85251 | | Trudhesa Product Samples | Yes |
| SecurCare Self Storage , 6978 Central Blvd Zionsville, IN 46077 | | Trudhesa Product Samples | Yes |
| StorageMart , 1720 Grand Blvd Kansas City, MO 64108 | | Trudhesa Product Samples | Yes |
| Uncle Bill's Self Storage , 906 Apple St Normal, IL 61761 | | Trudhesa Product Samples | Yes |
| Wildcat Self Storage , 5828 Harrison Blvd Ogden, UT 84403 | | Trudhesa Product Samples | Yes |
| CubeSmart Self Storage, 1201 N Highway 377 Roanoke, TX 76262 | | Trudhesa Product Samples | Yes |
| Extra Space Storage, 1730 S 8th St Colorado Springs, CO 80905 | | Trudhesa Product Samples | Yes |
| Cardinal Health 105, LLC -  501 Mason Road, Suite 200, La Vergne, Tennessee, 37086 | | Finished Good inventory of Trudhesa | Yes |
| Cubework - 218 Machlin Court, Walnut CA  91789 - Unit B07. | | Raw Material inventory | Yes |
| Freudenberg Medical - 5050 Rivergrade Rd, Baldwin Park, CA 91706 | | Raw Material inventory | Yes |
| PCI Pharma Services, 4545 Assembly Drive Rockford, IL 61109 USA | | Sub Assembly inventory | Yes |
| MiPharm S.p.A - Via B Quaranta 12, I-20141 Milan, Italy | | Bulk API inventory | Yes |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 30

## PAYMENTS, DISTRIBUTIONS OR WITHDRAWALS
## CREDITED OR GIVEN TO INSIDERS

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 30.  Payments, distributions, or withdrawals credited or given to insiders**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| Adams, Adrian | 12/20/2022 | $26,041.75 | Wages | CEO, Chairman |
| Adams, Adrian | 1/5/2023 | $26,041.75 | Wages | CEO, Chairman |
| Adams, Adrian | 1/20/2023 | $26,041.75 | Wages | CEO, Chairman |
| Adams, Adrian | 2/3/2023 | $26,041.75 | Wages | CEO, Chairman |
| Adams, Adrian | 2/14/2023 | $33,333.00 | ISO Options Granted, Amount Vested at Termination | CEO, Chairman |
| Adams, Adrian | 2/17/2023 | $26,041.75 | Wages | CEO, Chairman |
| Adams, Adrian | 2/17/2023 | $206,250.66 | Bonus | CEO, Chairman |
| Adams, Adrian | 3/3/2023 | $30,208.43 | Wages | CEO, Chairman |
| Adams, Adrian | 3/20/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 4/5/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 4/20/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 5/5/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 5/19/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 6/5/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 6/20/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 7/5/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 7/20/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 8/4/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 8/18/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 9/5/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 9/20/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 10/5/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 10/20/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 11/3/2023 | $27,083.42 | Wages | CEO, Chairman |
| Adams, Adrian | 11/20/2023 | $20,000.00 | Wages | CEO, Chairman |
| **Adams, Adrian Total** | | **$853,335.56** | | |
| Hoekman, John D | 12/20/2022 | $17,681.25 | Wages | CTO, CDO |
| Hoekman, John D | 1/5/2023 | $17,681.25 | Wages | CTO, CDO |
| Hoekman, John D | 1/20/2023 | $17,681.25 | Wages | CTO, CDO |
| Hoekman, John D | 2/3/2023 | $17,681.25 | Wages | CTO, CDO |
| Hoekman, John D | 2/14/2023 | $8,854.00 | ISO Options Granted, Amount Vested as of 1/8/24 | CTO, CDO |
| Hoekman, John D | 2/17/2023 | $17,681.25 | Wages | CTO, CDO |
| Hoekman, John D | 2/17/2023 | $107,148.38 | Bonus | CTO, CDO |
| Hoekman, John D | 3/3/2023 | $20,510.25 | Wages | CTO, CDO |
| Hoekman, John D | 3/20/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 4/5/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 4/20/2023 | $18,388.50 | Wages | CTO, CDO |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 30.  Payments, distributions, or withdrawals credited or given to insiders**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| Hoekman, John D | 5/5/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 5/19/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 6/5/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 6/20/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 7/5/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 7/20/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 8/4/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 8/18/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 9/5/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 9/20/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 9/20/2023 | $88,265.00 | Advanced Severance | CTO, CDO |
| Hoekman, John D | 10/5/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 10/20/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 11/3/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 11/20/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 12/5/2023 | $18,388.50 | Wages | CTO, CDO |
| Hoekman, John D | 12/15/2023 | $111,735.00 | Bonus | CTO, CDO |
| **Hoekman, John D Total** | | **$755,911.88** | | |
| Kalb, Michael W | 5/19/2023 | $7,692.16 | Wages | CFO |
| Kalb, Michael W | 6/5/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 6/20/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 7/5/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 7/20/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 7/20/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 8/4/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 8/4/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 8/18/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 8/18/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 9/5/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 9/5/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 9/20/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 9/20/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 10/5/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 10/5/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 10/20/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 10/20/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 11/3/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 11/3/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 11/20/2023 | $833.33 | 401k match | CFO |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 30.  Payments, distributions, or withdrawals credited or given to insiders**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| Kalb, Michael W | 11/20/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 12/5/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 12/5/2023 | $20,833.33 | Wages | CFO |
| Kalb, Michael W | 12/15/2023 | $1,200.00 | 401k match | CFO |
| Kalb, Michael W | 12/15/2023 | $30,000.00 | Bonus | CFO |
| Kalb, Michael W | 12/20/2023 | $833.33 | 401k match | CFO |
| Kalb, Michael W | 12/20/2023 | $20,833.33 | Wages | CFO |
| **Kalb, Michael W Total** | | **$339,725.41** | | |
| Leaman, John H. | 12/20/2022 | $18,975.00 | Wages | CFO |
| Leaman, John H. | 12/30/2022 | $39,645.00 | Taxable RSU | CFO |
| Leaman, John H. | 1/5/2023 | $18,975.00 | Wages | CFO |
| Leaman, John H. | 1/20/2023 | $18,975.00 | Wages | CFO |
| Leaman, John H. | 2/3/2023 | $18,975.00 | Wages | CFO |
| Leaman, John H. | 2/17/2023 | $18,975.00 | Wages | CFO |
| Leaman, John H. | 2/17/2023 | $100,188.00 | Bonus | CFO |
| Leaman, John H. | 3/3/2023 | $22,011.00 | Wages | CFO |
| Leaman, John H. | 3/20/2023 | $23,680.80 | Wages | CFO |
| **Leaman, John H. Total** | | **$280,399.80** | | |
| Paolillo, Leonard S | 12/20/2022 | $175.95 | 401k match | CCO |
| Paolillo, Leonard S | 12/20/2022 | $17,595.26 | Wages | CCO |
| Paolillo, Leonard S | 1/5/2023 | $175.95 | 401k match | CCO |
| Paolillo, Leonard S | 1/5/2023 | $17,595.26 | Wages | CCO |
| Paolillo, Leonard S | 1/20/2023 | $175.95 | 401k match | CCO |
| Paolillo, Leonard S | 1/20/2023 | $17,595.26 | Wages | CCO |
| Paolillo, Leonard S | 2/3/2023 | $175.95 | 401k match | CCO |
| Paolillo, Leonard S | 2/3/2023 | $17,595.26 | Wages | CCO |
| Paolillo, Leonard S | 2/14/2023 | $10,416.00 | ISO Options Granted, Amount Vested as of 1/8/24 | CCO, Interim CEO |
| Paolillo, Leonard S | 2/17/2023 | $175.95 | 401k match | CCO |
| Paolillo, Leonard S | 2/17/2023 | $1,021.93 | 401k match | CCO |
| Paolillo, Leonard S | 2/17/2023 | $17,595.26 | Wages | CCO |
| Paolillo, Leonard S | 2/17/2023 | $102,193.29 | Bonus | CCO |
| Paolillo, Leonard S | 3/3/2023 | $204.10 | 401k match | CCO |
| Paolillo, Leonard S | 3/3/2023 | $20,410.50 | Wages | CCO |
| Paolillo, Leonard S | 3/20/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 3/20/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 4/5/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 4/5/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 4/20/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 4/20/2023 | $18,299.07 | Wages | CCO |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 30.  Payments, distributions, or withdrawals credited or given to insiders**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| Paolillo, Leonard S | 5/5/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 5/5/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 5/19/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 5/19/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 6/5/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 6/5/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 6/20/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 6/20/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 7/5/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 7/5/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 7/20/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 7/20/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 8/4/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 8/4/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 8/18/2023 | $182.99 | 401k match | CCO |
| Paolillo, Leonard S | 8/18/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 9/5/2023 | $731.96 | 401k match | CCO |
| Paolillo, Leonard S | 9/5/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 9/20/2023 | $731.96 | 401k match | CCO |
| Paolillo, Leonard S | 9/20/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 9/20/2023 | $65,877.00 | Advanced Severance | CCO |
| Paolillo, Leonard S | 10/5/2023 | $731.96 | 401k match | CCO |
| Paolillo, Leonard S | 10/5/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 10/20/2023 | $731.96 | 401k match | CCO |
| Paolillo, Leonard S | 10/20/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 11/3/2023 | $731.96 | 401k match | CCO |
| Paolillo, Leonard S | 11/3/2023 | $18,299.07 | Wages | CCO |
| Paolillo, Leonard S | 11/20/2023 | $941.16 | 401k match | CCO, Interim |
| Paolillo, Leonard S | 11/20/2023 | $23,528.97 | Wages | CCO, Interim |
| Paolillo, Leonard S | 12/5/2023 | $1,000.00 | 401k match | CCO, Interim |
| Paolillo, Leonard S | 12/5/2023 | $25,000.00 | Wages | CCO, Interim |
| Paolillo, Leonard S | 12/15/2023 | $335,000.00 | Bonus | CCO, Interim |
| **Paolillo, Leonard S Total** | | **$972,906.81** | | |
| Shrewsbury, Stephen | 12/20/2022 | $17,681.25 | Wages | CMO |
| Shrewsbury, Stephen | 1/5/2023 | $707.25 | 401k match | CMO |
| Shrewsbury, Stephen | 1/5/2023 | $17,681.25 | Wages | CMO |
| Shrewsbury, Stephen | 1/20/2023 | $707.25 | 401k match | CMO |
| Shrewsbury, Stephen | 1/20/2023 | $17,681.25 | Wages | CMO |
| Shrewsbury, Stephen | 2/3/2023 | $707.25 | 401k match | CMO |

**Impel Pharmaceuticals, Inc.**
**Case No. 23-80016**
**SOFA 30.  Payments, distributions, or withdrawals credited or given to insiders**

| Creditor's name | Dates | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| Shrewsbury, Stephen | 2/3/2023 | $17,681.25 | Wages | CMO |
| Shrewsbury, Stephen | 2/17/2023 | $707.25 | 401k match | CMO |
| Shrewsbury, Stephen | 2/17/2023 | $4,201.07 | 401k match | CMO |
| Shrewsbury, Stephen | 2/17/2023 | $17,681.25 | Wages | CMO |
| Shrewsbury, Stephen | 2/17/2023 | $105,026.63 | Bonus | CMO |
| Shrewsbury, Stephen | 3/3/2023 | $707.25 | 401k match | CMO |
| Shrewsbury, Stephen | 3/3/2023 | $17,681.25 | Wages | CMO |
| Shrewsbury, Stephen | 3/20/2023 | $707.25 | 401k match | CMO |
| Shrewsbury, Stephen | 3/20/2023 | $17,681.25 | Wages | CMO |
| Shrewsbury, Stephen | 3/31/2023 | $44,341.28 | Wages/Severance | CMO |
| Shrewsbury, Stephen | 4/20/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 5/5/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 5/19/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 6/5/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 6/20/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 7/5/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 7/20/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 8/4/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 8/18/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 9/5/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 9/20/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 10/5/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 10/20/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 11/3/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 11/20/2023 | $18,555.36 | Severance | CMO |
| Shrewsbury, Stephen | 12/5/2023 | $18,555.36 | Severance | CMO |
| **Shrewsbury, Stephen Total** | | **$578,466.99** | | |
| **Grand Total** | | **$3,780,746.45** | | |
| | | | | |