SIDLEY AUSTIN LLP  
Samuel A. Newman (admitted *pro hac vice*)  
555 West Fifth Street  
Los Angeles, California 90013  
Telephone:   (213) 896-6000  
Facsimile:   (213) 896-6600  
Email:   sam.newman@sidley.com  

SIDLEY AUSTIN LLP  
Jackson T. Garvey (admitted *pro hac vice*)  
One South Dearborn  
Chicago, IL 60603  
Telephone:   (312) 853-7000  
Facsimile:   (312) 853-7036  
Email:   jgarvey@sidley.com  

SIDLEY AUSTIN LLP  
Rakhee V. Patel (TX Bar No. 00797213)  
Nathan C. Elner (admitted *pro hac vice*)  
Parker G. Embry (TX Bar No. 24126826)  
Chelsea M. McManus (TX Bar No. 24131499)  
2021 McKinney Avenue, Suite 2000  
Dallas, Texas 75201  
Telephone:   (214) 981-3300  
Facsimile:   (214) 981-3400  
Email:   rpatel@sidley.com  
     nelner@sidley.com  
     parker.embry@sidley.com  
     cmcmanus@sidley.com  

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE NORTHERN DISTRICT OF TEXAS**  
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS, INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CANCELLATION OF AUCTION**

**PLEASE TAKE NOTICE** that on December 20, 2023, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed the *Debtors' Motion for Entry of an Order (I)(A) Approving the Bid Procedures; (B) Authorizing the Debtors to Select JN Bidco LLC as the Stalking Horse Purchase Substantially Along the Terms Defined in the Stalking Horse APA and Approving Bid Protections; (C) Establishing Bid Deadlines, an Auction, and a Sale Hearing; (D) Approving the Form and Manner of Sale Notice; (E) Approving Assignment*

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtors' federal tax identification number, are:  Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A).  The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

*and Assumption Procedures; (F) Approving the Form and Manner of Potential Assumption and Assignment Notice; (II)(A) Authorizing the Sale of the Assets Free and Clear; and (B) Approving the Assumption and Assignment of Designated Contracts; and (III) Granting Related Relief* [Docket No. 18] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on January 11, 2024, the Court entered an order granting, in part, the Motion and approving the bid procedures (the "Bid Procedures") annexed as Exhibit 1 to the order [Docket No. 137] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, an Auction for the Debtors' assets was scheduled to take place at 9:00 a.m. (CT) on January 29, 2024.

**PLEASE TAKE FURTHER NOTICE** that, as of January 23, 2024 at 4:00 p.m. (CT), which is the Bid Deadline, the Debtors had not received Qualified Bids other than the Stalking Horse Bid.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, and after consultation with the Consultation Parties, the Debtors have **cancelled** the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will file a Notice of Winning Bid setting forth the Designated Contracts and applicable Cure Amounts as soon as reasonably practicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale of the Assets to the Stalking Horse Bidder at a hearing scheduled to commence on or before **February 1, 2024, at 9:30 a.m. (CT)** (the "Sale Hearing") before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge for the Bankruptcy Court for the Northern District of Texas, Courtroom

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

1, floor 14, 1100 Commerce Street, Dallas, TX 75242-1496.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the Bid Procedures Order, as well as all related exhibits, including the Stalking Horse APA, are available by: (i) visiting the website of the Debtors' claims, noticing, and solicitation agent, Omni Agent Solutions LLC ("Omni") at: https://omniagentsolutions.com/Impel (the "Case Website"), (ii) (888) 202-6183 (Toll-Free) or (747) 288-6396 (International), and/or (iii) emailing ImpelInquiries@OmniAgnt.com; or (iv) for a fee via PACER by visiting http://ecf.txnb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning these Chapter 11 Cases on the Case Website.

*[Remainder of page intentionally left blank]*

3

Dated: January 27, 2024
Dallas, Texas

**SIDLEY AUSTIN LLP**

/s/ *Rakhee V. Patel*
Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:   (213) 896-6000
Facsimile:   (213) 896-6600
Email:       sam.newman@sidley.com

Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:       rpatel@sidley.com
             nelner@sidley.com
             parker.embry@sidley.com
             cmcmanus@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036
Email:       jgarvey@sidley.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on January 27, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Rakhee V. Patel*
Rakhee V. Patel