SIDLEY AUSTIN LLP
Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:    (213) 896-6000
Facsimile:    (213) 896-6600
Email:    sam.newman@sidley.com

SIDLEY AUSTIN LLP
Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:    jgarvey@sidley.com

SIDLEY AUSTIN LLP
Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    rpatel@sidley.com
    nelner@sidley.com
    parker.embry@sidley.com
    cmcmanus@sidley.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS, INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SELECTION OF WINNING BID**

**PLEASE TAKE NOTICE** that on December 20, 2023, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed the *Debtors' Motion for Entry of an Order (I)(A) Approving the Bid Procedures; (B) Authorizing the Debtors to Select JN Bidco LLC as the Stalking Horse Purchaser Substantially Along the Terms Defined in the Stalking Horse APA and Approving Bid Protections; (C) Establishing Bid Deadlines, an Auction, and a Sale Hearing; (D) Approving the Form and Manner of Sale Notice; (E) Approving Assignment*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are: Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

*and Assumption Procedures; (F) Approving the Form and Manner of Potential Assumption and Assignment Notice; (II)(A) Authorizing the Sale of the Assets Free and Clear; and (B) Approving the Assumption and Assignment of Designated Contracts; and (III) Granting Related Relief* [Docket No. 18] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on January 11, 2024, the Court entered an order granting, in part, the Motion and approving the bid procedures (the "Bid Procedures") annexed as Exhibit 1 to the order [Docket No. 137] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, an Auction for the Debtors' assets was scheduled to take place at 9:00 a.m. (CT) on January 29, 2024.

**PLEASE TAKE FURTHER NOTICE** that, as of January 23, 2024 at 4:00 p.m. (CT), which is the Bid Deadline, the Debtors had not received Qualified Bids other than the Stalking Horse Bid.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, and after consultation with the Consultation Parties, the Debtors have **cancelled** the Auction [Docket No. 183].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, JN Bidco LLC (the "Stalking Horse Purchaser") hereby has been designated the Winning Bidder.

**PLEASE TAKE FURTHER NOTICE** that the Stalking Horse Purchaser seeks to purchase the Assets free and clear of liens, claims, encumbrances, and other interests (the "Sale") on the terms set forth in the Stalking Horse APA.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale of

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

the Assets to the Stalking Horse Purchaser at a hearing scheduled for **February 1, 2024, at 9:30 a.m. (CT)** (the "Sale Hearing") before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge for the Bankruptcy Court for the Northern District of Texas, Courtroom 1, floor 14, 1100 Commerce Street, Dallas, TX 75242-1496.

**PLEASE TAKE FURTHER NOTICE** that attached as **Exhibit A** is a list of the Designated Contracts and applicable Cure Amounts for each respective Designated Contract that the Stalking Horse Purchaser has indicated will be cured by, and assigned to, the Stalking Horse Purchaser pursuant to the Sale. As more fully described in the Stalking Horse Purchase Agreement, the Stalking Horse Purchaser retains the right to modify the list of Designated Contracts prior to closing. The Debtors hereby certify that the Debtors will provide, in coordination with the proposed assignee, the Stalking Horse Purchaser's Adequate Assurance Information to each affected Counterparty on a confidential basis.

**PLEASE TAKE FURTHER NOTICE** that parties with requisite standing may object to particular terms of the proposed Sale to the Stalking Horse Purchaser, including the ability of the Stalking Horse Purchaser to provide adequate assurance of future performance with respect to any Designated Contract (each such objection, a "Post-Auction Objection"). Such Post-Auction Objections to the relief requested in the Motion must: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (iii) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (iv) be filed with the Court and served so as to be actually received on or before **January 30, 2024, at 4:00 p.m. (CT)** (the "Post-Auction Objection Deadline").

**CONSEQUENCES OF FAILURE TO TIMELY FILE AN OBJECTION**

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AN OBJECTION TO THE SALE ON OR BEFORE THE POST-AUCTION OBJECTION DEADLINE IN**

3

**ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE STALKING HORSE APA AND THE ORDER APPROVING THE SALE.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the Bid Procedures Order, as well as all related exhibits, including the Stalking Horse APA, are available by: ((i) visiting the website of the Debtors' claims, noticing, and solicitation agent, Omni Agent Solutions LLC ("Omni") at: https://omniagentsolutions.com/Impel (the "Case Website"), (ii) (888) 202-6183 (Toll-Free) or (747) 288-6396 (International), and/or (iii) emailing ImpelInquiries@OmniAgnt.com; or (iv) for a fee via PACER by visiting http://ecf.txnb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning these Chapter 11 Cases on the Case Website.

*[Remainder of page intentionally left blank]*

Dated: January 29, 2024
Dallas, Texas

**SIDLEY AUSTIN LLP**

/s/ *Rakhee V. Patel*
Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email:  sam.newman@sidley.com

Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  rpatel@sidley.com
        nelner@sidley.com
        parker.embry@sidley.com
        cmcmanus@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  jgarvey@sidley.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on January 29, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

      /s/ *Rakhee V. Patel*
      Rakhee V. Patel

**Exhibit A**

**Designated Contracts and
Cure Amounts**

| Debtor | Contractual Counterparty | Contract Title per Company | Address | Cure Total |
|---|---|---|---|---|
| Impel Pharmaceuticals, Inc. | Accumold | Quality Assurance Agreement | 18 Powells Valley Rd Halifax, PA 17032 | $ - |
| Impel Pharmaceuticals, Inc. | Almac Clinical Services Ltd | Global Technical Agreement | 2661 Audubon Rd Audubon, PA 19403 | $ 2,024.55 |
| Impel Pharmaceuticals, Inc. | Alturas Analytics, Inc. | Master Research Services Agreement | 1324 Alturas Dr, Moscow, ID 83843 | $ - |
| Impel Pharmaceuticals, Inc. | Alturas Analytics, Inc. | SOW #1 | 1324 Alturas Dr, Moscow, ID 83843 | $ - |
| Impel Pharmaceuticals, Inc. | Alturas Analytics, Inc. | SOW #2 | 1324 Alturas Dr, Moscow, ID 83843 | $ - |
| Impel Pharmaceuticals, Inc. | Alturas Analytics, Inc. | CHANGE ORDER #1 TO SOW #1 | 1324 Alturas Dr, Moscow, ID 83843 | $ - |
| Impel Pharmaceuticals, Inc. | AndersonBrecon Inc. (PCI Pharma's Rockford, IL site) | Statement of Work #2 | 4545 Assembly Drive, Rockford, Illinois 61109 | $ - |
| Impel Pharmaceuticals, Inc. | AndersonBrecond, Inc. | Contract Services Quality Agreement | 4545 Assembly Drive Rockford, IL 61109 | $ - |
| Impel Pharmaceuticals, Inc. | AndersonBrecond, Inc. | Commercial Packaging Agreement | 4545 Assembly Drive Rockford, IL 61109 | $ - |
| Impel Pharmaceuticals, Inc. | ASP Cares Houston | Product Purchase Agreement | 2429 Bissonnet St Ste 612, Houston, TX, 77005 | $ - |
| Impel Pharmaceuticals, Inc. | ASPN Pharmacies, LLC | Master Service Agreement | 200 Park Ave, Ste 300 Florham Park, NJ 07932 | $ - |
| Impel Pharmaceuticals, Inc. | Bioridge Pharma, LLC | Pharmaceutical Distribution Services Agreement | 325 Columbia Turnpike Suite #111, Florham Park, NJ 07932 | $ - |
| Impel Pharmaceuticals, Inc. | C.H. Robinson Worldwide, Inc. | Customs Certifications, Indemnity Agreement and Collateral Policy | 14701 Charlson Rd. Eden Prairie, MN  55347 | $ - |
| Impel Pharmaceuticals, Inc. | C.H. Robinson Worldwide, Inc. | Mutual Non-Disclosure Agreement | 14701 Charlson Rd. Eden Prairie, MN  55347 | $ - |
| Impel Pharmaceuticals, Inc. | Capsugel US, LLC | Capsule Continuing Guarantee | 412 Mt Kemble AveMorristown, NJ 07960 | $ - |
| Impel Pharmaceuticals, Inc. | Carepoint Healthcare LLC | Pharmacy Distribution Agreement | 9 Commerce Dr Schaumburg, IL 60173 | $ - |
| Impel Pharmaceuticals, Inc. | Carepoint Healthcare LLC | Returns Good Policy | 9 Commerce Dr Schaumburg, IL 60173 | $ - |
| Impel Pharmaceuticals, Inc. | Carepoint Healthcare LLC | Statement of Work #1 | 9 Commerce Dr Schaumburg, IL 60173 | $ - |
| Impel Pharmaceuticals, Inc. | Carepoint Healthcare LLC | Purchase Agreement | 9 Commerce Dr Schaumburg, IL 60173 | $ - |
| Impel Pharmaceuticals, Inc. | CCG Corporate Mailings, Inc. | Intercompany Quality Assurance Agreement | 14 Henderson Dr, West Caldwell, NJ 07006 | $ 29,956.62 |
| Impel Pharmaceuticals, Inc. | CCG Corporate Mailings, Inc. | Statement of Work #9 | 14 Henderson Dr, West Caldwell, NJ 07006 | $ - |
| Impel Pharmaceuticals, Inc. | CCG Corporate Mailings, Inc. | Statement of Work #10 Trade show support and fulfillment | 14 Henderson Dr, West Caldwell, NJ 07006 | $ - |
| Impel Pharmaceuticals, Inc. | CCG Corporate Mailings, Inc. | Master Services Agreement | 14 Henderson Dr, West Caldwell, NJ 07006 | $ - |
| Impel Pharmaceuticals, Inc. | CCG Corporate Mailings, Inc. | Statement of Work #7 | 14 Henderson Dr, West Caldwell, NJ 07006 | $ - |
| Impel Pharmaceuticals, Inc. | CCG Corporate Mailings, Inc. | Statement of Work #11- CCG Demo Repack | 14 Henderson Dr, West Caldwell, NJ 07006 | $ - |
| Impel Pharmaceuticals, Inc. | CCG Marketing Solutions | Quality Agreement | 14 Henderson Dr W Caldwell, NJ 07006 | $ - |
| Impel Pharmaceuticals, Inc. | Certara USA, Inc. | Certara USA, Inc. Master Services Agreement | 100 Overlook Center STE 101, Princeton, NJ 08540 | $ - |
| Impel Pharmaceuticals, Inc. | Certara USA, Inc. | Services Agreement | 100 Overlook Center STE 101, Princeton, NJ 08540 | $ - |
| Impel Pharmaceuticals, Inc. | Certara USA, Inc. | Work Order No. 1 | 100 Overlook Center STE 101, Princeton, NJ 08540 | $ - |
| Impel Pharmaceuticals, Inc. | Certara USA, Inc. | Work Order No. 2 | 100 Overlook Center STE 101, Princeton, NJ 08540 | $ - |
| Impel Pharmaceuticals, Inc. | Charles River Laboratories, Inc. | Master Services Agreement | 251 Ballardvale Street Wilmington, MA 01887 | $ - |
| Impel Pharmaceuticals, Inc. | Charles River Laboratories, Inc. | Statement of Work #1 | 251 Ballardvale Street Wilmington, MA 01887 | $ - |
| Impel Pharmaceuticals, Inc. | Clinigen CSM, Inc | Statement of Work | 300 Technology Dr Malvern, PA 19355 | $ 25,156.66 |
| Impel Pharmaceuticals, Inc. | CMTJ & Associates LLC | Mutual Non-Disclosure Agreement | 117 Spur Lane  West Chester  PA 19382 | $ - |
| Impel Pharmaceuticals, Inc. | Cook Spring Company | Quality Agreement | 233 Sarasota Center Blvd, Sarasota, FL 34240 | $ - |
| Impel Pharmaceuticals, Inc. | Copyright Clearance Center, Inc. | Annual Copyright License Agreement | 222 Rosewood Drive Danvers, MA 01923 | $ - |
| Impel Pharmaceuticals, Inc. | CPA Global Limited | Renewal Services Agreement | 2318 Mill Rd, 12th Fl Alexandria, VA 22314 | $ 33,378.32 |
| Impel Pharmaceuticals, Inc. | Crisp Thinking (UK) LImited | Master Services Agreement | Suite 1 Central Square 29 Wellington Street, Leeds, West Yorkshire, LS1 4DL, United Kingdom | $ - |
| Impel Pharmaceuticals, Inc. | Crisp Thinking (UK) LImited | Change Order Request Form | Suite 1 Central Square 29 Wellington Street, Leeds, West Yorkshire, LS1 4DL, United Kingdom | $ - |
| Impel Pharmaceuticals, Inc. | Cubeworks | Occupancy License Agreement | 900 Turnbull Canyon Rd.  City of Industry  CA  91745 | $ - |
| Impel Pharmaceuticals, Inc. | Curia Italy S.r.l. | Commercial Agreement | Via Volturno, 41/43, 20089, Rozzano, Italy | $ - |
| Impel Pharmaceuticals, Inc. | Donnelley Financial Solutions | Subscription Order Form | 35 W Wacker Dr Chicago, IL 60601 | $ 31,060.88 |
| Impel Pharmaceuticals, Inc. | EPL Pathology Archives, LLC | Master Services Agreement | 435 Tolbert Ln SE Leesburg, VA 20175 | $ 1,250.00 |
| Impel Pharmaceuticals, Inc. | EQUINITI TRUST COMPANY, LLC | Invoice | 6201 15th Ave.  Brooklyn  NY  11219 | $ 1,024.50 |
| Impel Pharmaceuticals, Inc. | Eurofins Panlabs, Inc. | Master Services Agreement | 6 Research Park Dr, St Charles, MO 63304 | $ - |
| Impel Pharmaceuticals, Inc. | Experic, LLC | Master Services Agreement | 2 Clarke Drive, Cranbury, NJ 08512 | $ - |
| Impel Pharmaceuticals, Inc. | Experic, LLC | Statement of Work #1 | 2 Clarke Drive, Cranbury, NJ 08512 | $ - |
| Impel Pharmaceuticals, Inc. | FarmaCiencia SA | Quality Agreement | 40 Lake Dr, East Windsor, NJ 08520 | $ - |
| Impel Pharmaceuticals, Inc. | Freudenberg Medical LLC | Manufacturing Services Agreement | 40 Sam Fonzo Dr, Beverly, MA 01915 | $ - |
| Impel Pharmaceuticals, Inc. | Freudenberg Medical LLC | Contract Molding Agreement | 40 Sam Fonzo Dr, Beverly, MA 01915 | $ - |
| Impel Pharmaceuticals, Inc. | Freudenberg Medical LLC | Supply Agreement | 40 Sam Fonzo Dr, Beverly, MA 01915 | $ - |
| Impel Pharmaceuticals, Inc. | Freudenberg Medical LLC | Quality Agreement | 40 Sam Fonzo Dr, Beverly, MA 01915 | $ - |
| Impel Pharmaceuticals, Inc. | Freudenberg Medical LLC | Tooling Agreement | 40 Sam Fonzo Dr, Beverly, MA 01915 | $ - |
| Impel Pharmaceuticals, Inc. | Freudenberg Medical LLC | Master Tooling Sales Agreement | 40 Sam Fonzo Dr, Beverly, MA 01915 | $ - |
| Impel Pharmaceuticals, Inc. | GS1 US | License Agreement | 300 Charles Ewing Blvd, Ewing Township, NJ 08628 | $ - |
| Impel Pharmaceuticals, Inc. | Hovione Limited | Work Order #13 | 40 Lake Dr, East Windsor, NJ 08520 | $ - |
| Impel Pharmaceuticals, Inc. | Hovione Limited | Work Order #14 Impel INP105/PO12 GMP Manufacture of SDD Filled Vials for Clinical Studies | 40 Lake Dr, East Windsor, NJ 08520 | $ - |
| Impel Pharmaceuticals, Inc. | Hovione Limited | Work Order #17 | 40 Lake Dr, East Windsor, NJ 08520 | $ - |
| Impel Pharmaceuticals, Inc. | Hovione Limited | Master Services Agreement | 40 Lake Dr, East Windsor, NJ 08520 | $ - |
| Impel Pharmaceuticals, Inc. | Integrichain, Inc. | Master Services Agreement | 8 Penn Center 1628 JFK Blvd, Ste 300 | $ - |
| Impel Pharmaceuticals, Inc. | Integrichain, Inc. | Mutual Non-Disclosure Agreement | 8 Penn Center 1628 JFK Blvd.  Suite 300  Philadelphia, PA 19103 | $ - |
| Impel Pharmaceuticals, Inc. | Integrichain, Inc. | Master Subscription Agreement | 8 Penn Center 1628 JFK Blvd.  Suite 300  Philadelphia, PA 19103 | $ - |
| Impel Pharmaceuticals, Inc. | Interface Analysis Associates | Project Proposal INP105 DPI Drug Delivery Device Olanzapine - POD for Acute Agitation Human Factors Program | 1821 Saratoga Ave Suite #200, Saratoga, CA 95070 | $ - |
| Impel Pharmaceuticals, Inc. | Interface Analysis Associates | Statment of Work INP105 DPI Drug Delivery Device | 1821 Saratoga Ave Suite #200, Saratoga, CA 95070 | $ - |
| Impel Pharmaceuticals, Inc. | Jennason LLC | Statement of Work | 18450 Rutledge Rd Wayzata, MN 55391 | $ 780.00 |
| Impel Pharmaceuticals, Inc. | Kaiser Permanente | Service Agreement | 1 Kaiser Plaza Oakland, CA 94612 | $ - |
| Impel Pharmaceuticals, Inc. | Lachman Institute for Pharmaceutical Analysis at Long Island University | Analytical Research Agreement | 1 University Plz, Brooklyn, NY 11201 | $ - |
| Impel Pharmaceuticals, Inc. | Life Storage LP | Core Plus Master Rental Agreement | 6467 Main St Williamsville, NY 14221 | $ 5,350.00 |
| Impel Pharmaceuticals, Inc. | Life Storage LP | Statement of Work | 6467 Main Street Williamsville, NY 14221 | $ - |
| Impel Pharmaceuticals, Inc. | Mainehealth | Research Service Agreement | 1 Dana Ct Westbrook, ME 04092 | $ 14,357.00 |
| Impel Pharmaceuticals, Inc. | Mainehealth | Clinical Trial Agreement | 1 Dana Ct Westbrook, ME 04092 | $ - |
| Impel Pharmaceuticals, Inc. | Med Communications, Inc. | Master Services Agreement | 5100 Poplar Ave, Suite 450, Memphis, TN 38137 | $ 53,276.00 |
| Impel Pharmaceuticals, Inc. | Medistry, LLC | Services Agreement | 3029 Prospect Ave Cleveland, OH 44115 | $ - |
| Impel Pharmaceuticals, Inc. | Minivalve Internation B.V. | Quality Agreement | 21 Lucbeckstraat, Oldenzaal, 7575EE, The Netherlands | $ - |
| Impel Pharmaceuticals, Inc. | Mipharm S.p.A. | Quality Agreement for Manufacturing and Control of Medicinal Products | Via B. Quaranta, 12 - 20141 Milano Italy | $ - |

| | | | | |
|---|---|---|---|---|
| Impel Pharmaceuticals, Inc. | Mipharm S.p.A. | Commercial Agreement | Via B. Quaranta, 12 - 20141 Milano Italy | $ - |
| Impel Pharmaceuticals, Inc. | Mipharm S.p.A. | Development Services Agreement | Via B. Quaranta, 12 - 20141 Milano Italy | $ - |
| Impel Pharmaceuticals, Inc. | Mipharm S.p.A. | #5 days support to trial activities + #3 tech batches Dec 20199 Offer n. 1830 Rev. 1 | Via Bernardo Quaranta, 12, 20139 Milano MI, Italy | $ - |
| Impel Pharmaceuticals, Inc. | Mipharm S.p.A. | Equipment Loan Agreement | Via Bernardo Quaranta, 12, 20139 Milano MI, Italy | $ - |
| Impel Pharmaceuticals, Inc. | Montrium Hosted Solutions, Inc. | Service Agreement SA-IPL-2017-01 | 507 Pl D'armes Ste 1500, Montreal, Quebec, H2Y 2W8, Canada | $ - |
| Impel Pharmaceuticals, Inc. | MTD Micro Molding | Quality Agreement | 15 Trolley Crossing Rd, Charlton, MA 01507 | $ - |
| Impel Pharmaceuticals, Inc. | MTD Micro Molding | Supply Agreement | 15 Trolley Crossing Rd, Charlton, MA 01507 | $ - |
| Impel Pharmaceuticals, Inc. | Nelson Labs Inc | Test Procedure Release Agreement | 6280 S Redwood Rd Salt Lake City, UT 84123 | $ 1,509.00 |
| Impel Pharmaceuticals, Inc. | Nemera Corporation | Quality Agreement | 20 Av. de la Gare, 38290 La Verpillière, France | $ - |
| Impel Pharmaceuticals, Inc. | Nemera Corporation | Manufacturing & Supply Agreement | 20 Av. de la Gare, 38290 La Verpillière, France | $ - |
| Impel Pharmaceuticals, Inc. | Nemera La Verpilliere SAS | Services Agreement | 20 Av. de la Gare, 38290 La Verpillière, France | $ - |
| Impel Pharmaceuticals, Inc. | Noveayr Respiratory | Letter Agreement | 9 Arkwright Rd, Runcorn WA7 1NU, United Kingdom | $ - |
| Impel Pharmaceuticals, Inc. | Optel Group USA, Inc. | Master Software | 55, Madison Avenue, Suite 400, Morristown, NJ 07960; | $ - |
| Impel Pharmaceuticals, Inc. | Pacific Northwest Statistical Consulting, Inc. | Consulting Agreement | 18133 154th Ave NE Woodinville, WA 98072 | $ 6,381.25 |
| Impel Pharmaceuticals, Inc. | Pharmaserve North West Ltd | Contract Manufacturing Agreement - Marketing Authorisation Held By Customer | Ayrton House, Parliament Business Park, Commerce Way, Liverpool, LS 7BA | $ - |
| Impel Pharmaceuticals, Inc. | Pharmaserve North West, LTD | Quality Agreement for Propellant Canister HFA 134a | Ayrton House, Parliament Business Park, Commerce Way, Liverpool, LS 7BA | $ - |
| Impel Pharmaceuticals, Inc. | Pharmaserve North West, LTD | Contract Manufacturing Agreement | Ayrton House, Parliament Business Park, Commerce Way, Liverpool, LS 7BA | $ - |
| Impel Pharmaceuticals, Inc. | Phil, Inc | Pharmacy Distribution Agreement | 2443 Fillmore St, Ste 380-1423 San Francisco, CA 94115 | $ - |
| Impel Pharmaceuticals, Inc. | Phil, Inc | Returns Good Policy | 2443 Fillmore St, Ste 380-1423 San Francisco, CA 94115 | $ - |
| Impel Pharmaceuticals, Inc. | Phil, Inc | Pharmacy Services Agreement | 2443 Fillmore St, Ste 380-1423 San Francisco, CA 94115 | $ - |
| Impel Pharmaceuticals, Inc. | Phil, Inc | Statement of Work | 2443 Fillmore St, Ste 380-1423 San Francisco, CA 94115 | $ - |
| Impel Pharmaceuticals, Inc. | Phil, Inc | First Amendment to Statement of Work | 2443 Fillmore St, Ste 380-1423 San Francisco, CA 94115 | $ - |
| Impel Pharmaceuticals, Inc. | Phil, Inc | First Amendment to Statement of Work No. 2 | 2443 Fillmore St, Ste 380-1423 San Francisco, CA 94115 | $ - |
| Impel Pharmaceuticals, Inc. | Porex Corporation | Porex Fairburn Standard Quality Agreement | 500 Bohannon Rd, Fairburn, GA 30213 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Master Consignment Agreement | 8551 Research Way, Ste 90 Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Quality Agreement | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Master Services Agreement | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Retain Storage of Commercial INP104 Devices | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Statement of Work #121399 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Statistical Analysis Applications Limited Software Code License Agreement | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form #81 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form #48 for BC #78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 16 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 14 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 12 For BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 11 For BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 13 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 10 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 9 For BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 8 For BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 7 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 6 For BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 5 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form # 3 For BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form #2 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Change Notification Form #1 for BC# 78990-01 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Letter of Agreement - PPD | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Proposal - Comparator Product Assay and Impurities Analysis Study | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Leachable Testing with Aged Devices | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Amendment to Stability Storage and Analysis of Three Validation Lots of INP104 Combination Drug Product | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Osmolality Analysis of One Lot of DHE Drug Product for the INP-104 Nasal Spray Agreement | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Stability Storage and Analysis of Three Validation Lots of INP104 Combination Drug Product | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Stability Storage and Analysis of One Lot of INP-104 Nasal Spray Combination Drug Product | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Release Testing and Stability Storage and Analysis for Clinical Study INP105-201, a Proof-of-Concept Study in Adolescent Patients with Autism | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Storage of Lot 011705 for up to 3 months with optional assay & related substances analysis | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Intermediate Stability Analysis in Support of INP105-201 Clinical Study | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | I123 POD Device Extended Shelf Life Testing | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Supplemental Validation of INP-104 Nasal Spray Methods to Support a New Fixture | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Open Agreement for 2022 Release Testing of Trudhesa | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Aerodynamic Particle Size Distribution of INP105-201 (Olanzapine) R&D Formulations | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |

| Debtor | Counterparty | Contract Description | Address | Cure Amount |
|---|---|---|---|---|
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Release Testing and Stability Storage and Analysis of One Lot of INP105-201 Clinical Drug Product | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Statement of Work #1-117017 for Stability Storage and Analysis of One Lot of INP104 Combpination Drug Product | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | SOW-119462r1 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | SOW-119750_PE | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | PPD-Impel_Statement of Work 120878 - | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Statement of Work #116079r1 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Statement of Work #11843 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Statement of Work #118842 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Service Agreement #120877r1 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Development, L.P. | Statement of Work 127064 | 8551 Research Way, Suite 90, Middleton, WI 53562 | $ - |
| Impel Pharmaceuticals, Inc. | PPD Investigator Services, LLC | Letter of Authorization | 929 North Front Street 6th Floor Wilmington, NC 28401 | $ - |
| Impel Pharmaceuticals, Inc. | PRECISIONheor, LLC | Master Services Agreement | 11100 Santa Monica Blvd Suite 500 Los Angeles, CA 90025 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Master Service Agreement | 111 Founders Plz, 6th Fl E Hartford, CT 06108 | $ 850.00 |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Work Order #234104 | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Work Order #237497 | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Work Order #237496 | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Work Order #19: Preparation and Compilation of Clinical Study Report in ICH Format | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #18: Submissions for INP105 | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #14: Preparation and Comilation of Clinical Study Report in ICH Format | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Addendum to Work Order #11 (Camargo Ref. #2018- 0188): Provision of Second eCTD Viewer and Support | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #12: End of Phase 2 Meeting Request, Briefing Package and Meeting Attendence | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #13: Revison and Submission of Updated iPSP for INP104 | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Work Order #10 Camargo Ref# 2018-0267 | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #11: Provision of eCTD Viewer and User Support | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #6: Strategic Review and Submission of Type C Meeting Request Letter and Meeting Package, and Review of Written Responses only Related to Safety Study Protocol: POD-DHE for Treatment of Migraines via Nasal Delivery | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #7: Preparation and Submission of Initial Pediatric Study Plan for POD- DHE for Treatment of Migraines via Nasal Delivery | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #5: Regulatory Development Program for Dihydroergotamine mesylate and POD device for Treatment of Migraine Headaches | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #4: Type C Meeting Request, Meeting Package, and FDA Attendance to Discuss BA/BE Synopsis and Safety Study Outline: POD-Dihydroergotamine Mesylate (DHE) for Treatment of Migraines via Nasal Delivery | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #3: Hourly Regulatory Consulting Services: Review Statistical Analysis Plan for INP-104 (POD-DHE) for Treatment of Migraines | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #2: Section 513(g) Device Request for Information: DHE and POD device for Treatment of Migraine Headaches | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Work Order #1, Hourly Regulatory Consulting Services: INP-102 (POD-Insulin) for Treatment of Alzheimer''s Disease | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Proposal for Regulatory Development for INP-102 (POD-Insulin) for Treatment of Alzheimer's Disease | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Work Order #30 | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Work Order #31 | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | Premier Research Consulting, LLC | Master Service Agreement | 111 Founders Plaza floor 6, East Hartford, CT 06108 | $ - |
| Impel Pharmaceuticals, Inc. | PSKW, LLC | Master Services Agreement | 200 Jefferson Park, Whippany, NJ 07981 | $ - |
| Impel Pharmaceuticals, Inc. | PSKW, LLC | Statement of Work | 200 Jefferson Park, Whippany, NJ 07981 | $ - |
| Impel Pharmaceuticals, Inc. | Pyxant Labs Inc. | Master Service Agreement | 4720 Forge Road Suite 108 Colorado Spring, CO 80907 | $ - |
| Impel Pharmaceuticals, Inc. | QPharma, Inc. | Master Services Agreement | 22 South St Morristown, NJ 07960 | $ 33,069.64 |
| Impel Pharmaceuticals, Inc. | QPharma, Inc. | Statement of Work PDMA Suite of Services | 22 South St, Morristown, NJ 07960 | $ - |
| Impel Pharmaceuticals, Inc. | QPharma, Inc. | Statement of Work Veeva Validation QPharma Project #5917 | 22 South St, Morristown, NJ 07960 | $ - |
| Impel Pharmaceuticals, Inc. | SecureDocs, Inc. | SecureDocs Order Form and Terms and Conditions | 6500 Hollister Ave. Suite 110 Goleta, CA 93117 | $ - |
| Impel Pharmaceuticals, Inc. | Statistics & Data Corporation (SDC) | SDC Change Order #2_ 22-5284 | 63 S Rockford Dr #240, Tempe, AZ 85288 | $ - |
| Impel Pharmaceuticals, Inc. | Statistics & Data Corporation (SDC) | Master Service Agreement | 63 S Rockford Dr #240, Tempe, AZ 85288 | $ - |
| Impel Pharmaceuticals, Inc. | Statistics & Data Corporation (SDC) | Statement of Work | 63 S Rockford Dr #240, Tempe, AZ 85288 | $ - |
| Impel Pharmaceuticals, Inc. | Statistics & Data Corporation (SDC) | Work Order Amendment #22-5221 | 63 S Rockford Dr #240, Tempe, AZ 85288 | $ - |
| Impel Pharmaceuticals, Inc. | Stericycle Enviornmental Solutions, Inc. | Service Agreement for Washington State Customers Only | 2355 Waukegan Road Bannockburn, IL 60015 | $ - |
| Impel Pharmaceuticals, Inc. | Stericycle Enviornmental Solutions, Inc. | Proposal - Impel/Light Weight Debris INC16, 30- Gallon Container Minimum Disposal Rates | 2355 Waukegan Road Bannockburn, IL 60015 | $ - |
| Impel Pharmaceuticals, Inc. | Stericycle Enviornmental Solutions, Inc. | Packaging and Relocation of Hazardous Materials | 2355 Waukegan Road Bannockburn, IL 60015 | $ - |
| Impel Pharmaceuticals, Inc. | SYFT Inc. | Master Services Agreement 2023 & SOW #1 | 5701 E Hillsborough Ave Ste 2327, Tampa, Florida, 33610 | $ - |
| Impel Pharmaceuticals, Inc. | Thies Lombard Pharmacy, Inc. | Product Purchase Agreement | 805 S Main St Ste C Lombard, IL, 60148-3300 | $ - |
| Impel Pharmaceuticals, Inc. | TraceLink, Inc. | Enterprise Agreement | 200 Ballardvale Street Building 1, Suite 100 Wilmington, MA 01887 | $ - |
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | Master Services Agreement | 200 Portland St, 5th Fl Boston, MA 02114 | $ 82,113.90 |
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | IT Support & Advisory Managed Services Agreement | 200 Portland St, 5th Fl Boston, MA 02114 | $ - |
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | Statement of Work #2 | 200 Portland St  Floor 5  Boston,  MA  02114 | $ - |

| | | | | |
|---|---|---|---|---|
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | Statement of Work #5 - IT Support & Advisory Managed Services | 200 Portland St Floor 5 Boston, MA 02114 | $ - |
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | Microsoft Cloud Statement of Work 2023 | 200 Portland St Floor 5 Boston, MA 02114 | $ - |
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | TRN Digital (V2) 2023 Managed services veeva support | 200 Portland St Floor 5 Boston, MA 02114 | $ - |
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | Statement of Work #6 - WordPress Branded Website Plugins 2023 | 200 Portland St Floor 5 Boston, MA 02114 | $ - |
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | Statement of Work - WordPress Brand Hosting 2023 | 200 Portland St Floor 5 Boston, MA 02114 | $ - |
| Impel Pharmaceuticals, Inc. | TrnDigital, LLC | Cisco Hardware Quote | 200 Portland St Floor 5 Boston, MA 02114 | $ - |
| Impel Pharmaceuticals, Inc. | Two Labs Holdings LLC | Master Services Agreement | 110 Riverbend Ave, Ste 100 Powell, OH 43065 | $ 35,290.30 |
| Impel Pharmaceuticals, Inc. | University of Washington | Uniform Material Transfer Agreement | 4545 Roosevelt Way Ne, Ste 400 Seattle, WA 98105 | $ 10,000.00 |
| Impel Pharmaceuticals, Inc. | University of Washington | Exclusive Patent License Agreement and Amendment | 1410 NE Campus Pkwy Seattle, WA 98195 | $ - |
| Impel Pharmaceuticals, Inc. | University of Washington | Memorandum of Understanding | 1410 NE Campus Pkwy Seattle, WA 98195 | $ - |
| Impel Pharmaceuticals, Inc. | University of Washington | Clinical Material Use Agreement | 1410 NE Campus Pkwy Seattle, WA 98195 | $ - |
| Impel Pharmaceuticals, Inc. | Uppsala Monitoring Centre | License Agreement | Bredgränd 7 753 20 Uppsala Swede | $ - |
| Impel Pharmaceuticals, Inc. | Veeva Systems Inc. | Veeva Master Subscription Agreement | 4280 Hacienda Dr Pleasanton, CA 94588 | $ 4,950.00 |
| Impel Pharmaceuticals, Inc. | Veeva Systems, Inc. | Statement of Work #5 | 1375 Broadway 3rd floor, New York, NY 10018 | $ - |
| Impel Pharmaceuticals, Inc. | Veeva Systems, Inc. | Veeva-Symphony TPA User Agreement 2023 | 1375 Broadway 3rd floor, New York, NY 10018 | $ - |
| Impel Pharmaceuticals, Inc. | Veeva Systems, Inc. | Veeva Change Order - 2023 Contract rephasing | 1375 Broadway 3rd floor, New York, NY 10018 | $ - |
| Impel Pharmaceuticals, Inc. | Veeva Systems, Inc. | Order Form | 1375 Broadway 3rd floor, New York, NY 10018 | $ - |
| Impel Pharmaceuticals, Inc. | Veeva Systems, Inc. | Order Form PromoMats | 1375 Broadway 3rd floor, New York, NY 10018 | $ - |
| Impel Pharmaceuticals, Inc. | Western Wellness Solutions, LLC | Distribution Agreement | 1555 Doolittle Dr Ste 170 San Leandro, CA, 94577-2239 | $ - |
| Impel Pharmaceuticals, Inc. | WIRB - Copernicus Group, Inc. (WCG) | Master Services Agreement | 212 Carnegie Center Dr # 301, Princeton, NJ 08540 | $ - |
| Impel Pharmaceuticals, Inc. | WIRB - Copernicus Group, Inc. (WCG) | Statement of Work | 212 Carnegie Center Dr # 301, Princeton, NJ 08540 | $ - |
| Impel Pharmaceuticals, Inc. | WIRB - Copernicus Group, Inc. (WCG) | Change Order #1 to Statement of Work | 212 Carnegie Center Dr # 301, Princeton, NJ 08540 | $ - |
| Impel Pharmaceuticals, Inc. | WIRB - Copernicus Group, Inc. (WCG) | Change Order #2 to Statement of Work | 212 Carnegie Center Dr # 301, Princeton, NJ 08540 | $ - |
| Impel Pharmaceuticals, Inc. | XenoTech, LLC | Master Services Agreement | 1101 West Cambridge Circle Dr. Kansas City, KS 66103 | $ - |
| Impel Pharmaceuticals, Inc. | XenoTech, LLC | Exhibit A: Statement of Work # XT185123, XT204098 | 1101 West Cambridge Circle Dr. Kansas City, KS 66103 | $ - |