SIDLEY AUSTIN LLP
Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email:  sam.newman@sidley.com

SIDLEY AUSTIN LLP
Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  jgarvey@sidley.com

SIDLEY AUSTIN LLP
Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  rpatel@sidley.com
  nelner@sidley.com
  parker.embry@sidley.com
  cmcmanus@sidley.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED
FOR FEBRUARY 1, 2024 AT 9:30 A.M.
(PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on **February 1, 2024 at 9:30 a.m. (prevailing Central Time)**, before the Honorable Chief Judge Stacey G. C. Jernigan at the United States

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification numbers, are: Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

Bankruptcy Court for the Northern District of Texas, at Courtroom 1, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

**AGENDA MATTERS**

1. *Debtors' Motion for Entry of an Order (I)(A) Approving the Bid Procedures; (B) Authorizing the Debtors to Select JN Bidco LLC as the Stalking Horse Purchaser Substantially Along the Terms Defined in the Stalking Horse APA and Approving Bid Protections; (C) Establishing Bid Deadlines, an Auction, and a Sale Hearing; (D) Approving the Form and Manner of Sale Notice; (E) Approving Assignment and Assumption Procedures; (F) Approving the Form and Manner of Potential Assumption and Assignment Notice; (II)(A) Authorizing the Sale of the Assets Free and Clear; and (B) Approving the Assumption and Assignment of Designated Contracts; and (III) Granting Related Relief* [Docket No. 18]

    **Related Documents:**

    a. *Declaration of Ashish Contractor in Support of the Debtors' Motion for Entry of an Order (I)(A) Approving the Bid Procedures; (B) Authorizing the Debtors to Select Jn Bidco LLC as the Stalking Horse Purchaser Substantially Along the Terms Defined in the Stalking Horse APA and Approving Bid Protections; (C) Establishing Bid Deadlines, an Auction, and a Sale Hearing; (D) Approving the Form and Manner of Sale Notice; (E) Approving Assignment and Assumption Procedures; (F) Approving the Form and Manner of Potential Assumption and Assignment Notice; (II)(A) Authorizing the Sale of the Assets Free and Clear; and (B) Approving the Assumption and Assignment of Designated Contracts; and (III) Granting Related Relief* [Docket No. 18-2]

    b. *Notice of Second Day Hearing* [Docket No. 96]

    c. *Amended Notice of Second Day Hearing* [Docket No. 103]

d. *Witness and Exhibit List for Hearing Set for January 10, 2024 at 9:30 A.M. CST* [Docket No. 107]

e. *Debtors' Witness and Exhibit List* [Docket No. 111]

f. *Notice of Revised Form of Proposed Bid Procedures Order* [Docket No. 112]

g. *Order (I)(A) Approving the Bid Procedures; (B) Authorizing the Debtors to Select JN Bidco LLC as the Stalking Horse Purchaser Substantially Along the Terms Defined in the Stalking Horse APA and Approving Bid Protections; (C) Establishing Bid Deadlines, an Auction, and a Sale Hearing; (D) Approving the Form and Manner of Sale Notice; (E) Approving Assignment and Assumption Procedures; (F) Approving the Form and Manner of Potential Assumption and Assignment Notice; (II)(A) Authorizing the Sale of the Assets Free and Clear; and (B) Approving the Assumption and Assignment of Designated Contracts; and (III) Granting Related Relief* [Docket Nos. 137, 138]

h. *Notice of Cancellation of Auction* [Docket No. 183]

i. *Notice of Selection of Winning Bid* [Docket No. 186]

j. *Notice of Proposed Amendment to Stalking Horse Asset Purchase Agreement and Proposed Form of Sale Order* [Docket No. 187]

k. *Debtors' Witness and Exhibit List* [Docket No. 188]

l. *Declaration of Ray Canole in Support of the Debtors' Motion for an Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, and Interests to JN Bidco LLC* [Docket No. 189]

   **Status**: This matter is going forward on an uncontested basis.

Dated: January 30, 2024  
Dallas, Texas

**SIDLEY AUSTIN LLP**

*/s/ Rakhee V. Patel*
Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email:  sam.newman@sidley.com

Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner ( admitted *pro hac vice* )
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  rpatel@sidley.com
  nelner@sidley.com
  parker.embry@sidley.com
  cmcmanus@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  jgarvey@sidley.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on January 30, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                        */s/ Rakhee V. Patel*
                                                        Rakhee V. Patel