| | |
|---|---|
| Jason S. Brookner<br>Texas Bar No. 24033684<br>Aaron M. Kaufman<br>Texas Bar No. 24060067<br>**GRAY REED**<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201<br>Telephone: (214) 954-4135<br>Facsimile: (214) 953-1332<br>Email:    jbrookner@grayreed.com<br>           akaufman@grayreed.com | Scott B. Kitei (admitted *pro hac vice*)<br>**HONIGMAN LLP**<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226<br>Telephone: (313) 465-7524<br>Facsimile:  (313) 465-7525<br>Email:    skitei@honigman.com |

*Counsel to JN Bidco LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>IMPEL PHARMACEUTICALS INC., *et al.*[1]<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 23-80016 (SGJ)<br><br>(Jointly Administered) |

## JN BIDCO LLC'S
## WITNESS AND EXHIBIT LIST FOR FEBRUARY 1, 2024, HEARING

JN Bidco LLC ("JN Bidco") files this Witness and Exhibit List for the hearing set on February 1, 2024, at 9:30 a.m. (Central Time).

### Witnesses

1.  Ray Canole, Chief Executive Officer of JN Bidco LLC;

2.  any witness called or listed by any other party in interest; and

3.  impeachment witnesses, as necessary.

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, are: Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

1

4870-4617-0529

**Exhibits**

| Ex. No. | Description |
|---|---|
| 1. | *Declaration of Ray Canole in Support of the Debtors' Motion for an Order Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, and Interests to JN Bidco LLC* [Docket No. 189] |
| 2. | Any Document or pleading filed with the Court in the above-captioned cases. |
| 3. | Any exhibit necessary for impeachment purposes. |
| 4. | Any exhibit identified or offered by any other party. |

**Reservation of Rights**

JN Bidco reserves the right to use and/or present demonstratives for any purpose. JN Bidco also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing.

JN Bidco further reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

4870-4617-0529

Respectfully submitted this 31st day of January, 2024.

By:   */s/ Aaron M. Kaufman*
Jason S. Brookner
Texas Bar No. 24033684
Aaron M. Kaufman
Texas Bar No. 24060067
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:     jbrookner@grayreed.com
           akaufman@grayreed.com

-and-

**HONIGMAN LLP**
   Scott B. Kitei (admitted *pro hac vice*)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7524
Facsimile: (313) 465-7525
Email:     skitei@honigman.com

*Counsel to JN Bidco LLC*

### Certificate of Service

    The undersigned hereby certifies that on the 31st day of January 2024, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

*/s/ Aaron M. Kaufman*
Aaron M. Kaufman

4870-4617-0529