SIDLEY AUSTIN LLP
Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:     (213) 896-6000
Facsimile:      (213) 896-6000
Email:           sam.newman@sidley.com


SIDLEY AUSTIN LLP
Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:     (312) 853-7000
Facsimile:      (312) 853-7036
Email:           jgarvey@sidley.com

SIDLEY AUSTIN LLP
Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:      (214) 981-3400
Email:           rpatel@sidley.com
                    nelner@sidley.com
                    parker.embry@sidley.com
                    cmcmanus@sidley.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS INC., *et al.*,[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

## DEBTORS' AMENDED WITNESS AND EXHIBIT LIST

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submit this amended witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **February 1, 2024 at 9:30 a.m. (prevailing Central Time)**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are:  Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A).  The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

A. <u>Witnesses</u>

    1.    Ashish Contractor, Managing Director (Moelis & Company LLC)

    2.    Brandon Smith, Chief Restructuring Officer (Debtors)

    3.    Ray Canole (JN Bidco LLC)

    4.    Any witnesses called or designated by any other party.

    5.    Any impeachment or rebuttal witnesses.

B. <u>Exhibits</u>

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | *Declaration of Ashish Contractor in Support of the Debtors' Motion for Entry of an Order (I)(A) Approving the Bid Procedures; (B) Authorizing the Debtors to Select Jn Bidco LLC as the Stalking Horse Purchaser Substantially Along the Terms Defined in the Stalking Horse APA and Approving Bid Protections; (C) Establishing Bid Deadlines, an Auction, and a Sale Hearing; (D) Approving the Form and Manner of Sale Notice; (E) Approving Assignment and Assumption Procedures; (F) Approving the Form and Manner of Potential Assumption and Assignment Notice; (II)(A) Authorizing the Sale of the Assets Free and Clear; and (B) Approving the Assumption and Assignment of Designated Contracts; and (III) Granting Related Relief* [Dkt. 18-2] | | | | | | | |
| 2. | Stalking Horse APA [Dkt. 18-A-2] | | | | | | | |
| 3. | *Declaration of Brandon Smith, Chief Restructuring Officer of the Debtors, in Support of the Debtors Chapter 11 Proceedings* [Dkt. 15] | | | | | | | |
| 4. | Proposed First Amendment to the Stalking Horse APA [Dkt. 187-A] | | | | | | | |
| 5. | Proposed Sale Order [Dkt. 187-B] | | | | | | | |
| 6. | *Declaration of Ray Canole in Support of the Debtors' Motion for an Order Approving the* | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---------|-------------|-----------------|--------|---------|----------|----------|------|-------------------|
|  | *Sale of Substantially All of the Debtors' Assets Free and Clear of Lien, Claims, and Interests to JN Bidco LLC* [Dkt. 189] |  |  |  |  |  |  |  |
| 7. | *Supplemental Declaration of Ashish Contractor in Support of the Debtors' Motion for the Sale of Substantially All of the Debtors' Assets* [Dkt. 198] |  |  |  |  |  |  |  |
| 8. | *Information Page found at: https://www.trudhesa.com/stay-informed/* |  |  |  |  |  |  |  |
| 9. | *Impel Privacy Policy found at: https://impelpharma.com/privacy-policy/* |  |  |  |  |  |  |  |
|  | All exhibits necessary for impeachment purposes |  |  |  |  |  |  |  |
|  | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. |  |  |  |  |  |  |  |
|  | Any and all documents identified or offered by any other party. |  |  |  |  |  |  |  |

*[Remainder of page intentionally left blank.]*

Dated: January 31, 2024
Dallas, Texas

**SIDLEY AUSTIN LLP**

/s/ *Rakhee V. Patel*

Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:    (213) 896-6000
Facsimile:    (213) 896-6600
Email:        sam.newman@sidley.com

Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:        rpatel@sidley.com
              nelner@sidley.com
              parker.embry@sidley.com
              cmcmanus@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Tel:    (312) 853-7000
Fax:    (312) 853-7036
Email:        jgarvey@sidley.com

*Counsel to the Debtors and Debtors in Possession*

## **Certificate of Service**

I certify that on January 31, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Rakhee V. Patel*
Rakhee V. Patel