**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS, INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' AMENDED SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On December 19, 2023 (the "Petition Date"), Impel Pharmaceuticals, Inc. and its affiliated debtor in the above-captioned chapter 11 cases (each a "Debtor" and, collectively, the "Debtors") commenced voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11, United States Code, §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 23-80016 (SGJ).

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with unaudited information available as of the Petition Date.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The Debtors, and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, are: Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. For the avoidance of doubt, the Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors, or their agents, attorneys, and advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, or advisors are advised of the possibility of such damages.

Given, among other things, the uncertainty surrounding the valuation and nature of certain assets and liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that such Debtor was solvent on the Petition Date (as defined below) or at any time prior to the Petition Date. Likewise, to the extent that a Debtor shows more liabilities than assets, it is not an admission that such Debtor was insolvent on the Petition Date or any time prior to the Petition Date.

Brandon Smith has signed each set of the Schedules and Statements. Mr. Smith serves as the Chief Restructuring Officer ("CRO") of the Debtors, and he is an authorized signatory for each of the Debtors in these chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. Smith has necessarily relied upon the efforts, statements, advice, and representations of the Debtors and their advisors. Mr. Smith has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

### Global Notes and Overview of Methodology

1.  **Impel NeuroPharma Australia Pty Ltd.** Impel NeuroPharma Australia Pty Ltd ("Impel Australia") is a wholly-owned subsidiary of Impel Pharmaceuticals Inc. ("Impel"). Impel Australia had no operations other than tax filings and bookkeeping related to its two bank accounts in the year prior to the Petition Date. Impel Australia has no sales receipts. All vendors supporting its bookkeeping and tax filings are paid by Impel. Accordingly, the Debtors have reported the only assets owned by Impel Australia, which include one IOLTA deposit and two bank accounts. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

2.  **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors

2

against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.**  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.**  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.  Disclosure of information in one or more Schedules, Statements, or one or more exhibits or attachments thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

(c)     **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract or to setoff such claim.

(d)     **Claims Description.**  Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability, or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, or priority of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to

the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(f)     **Causes of Action.** Despite reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)     **Intellectual Property Rights.** Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h)     **Executory Contracts and Unexpired Leases.** Although the Debtors made diligent efforts to identify contracts and unexpired leases as executory within the scope of section 365 of the Bankruptcy Code and to attribute an executory contract to its rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, as well as the named parties to any and all executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these chapter 11 cases.

(i)     **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control

of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

3.    **Description of Cases and "As Of" Information Date.**  On December 19, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Court.  The Debtors continue to operate their business.  The information provided herein, except as otherwise noted, is reported as of the Petition Date of each respective Debtor, as appropriate.

4.    **Methodology.**

    (a)    **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

    (b)    **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

    (c)    **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the Petition Date.  Market values may vary, in some instances, materially, from net book values.  The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

    (d)    **Undetermined Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(e)     **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(f)     **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(g)     **Paid Claims.**  The Debtors have authority to pay certain outstanding prepetition payables pursuant to various orders entered by the Court.  The Debtors scheduled such amounts as of the Petition Date and noted such amounts contingent.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(h)     **Liens.**  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(i)     **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Some bank accounts in Impel NeuroPharma Australia Pty Ltd may be held in Australian Dollar ("AUD") but converted to the U.S. Dollar equivalent as of the Petition Date.

(j)     **Liabilities.**  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this and all other regards.

(k)     **Excluded Assets and Liabilities.**  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, right-of-use asset and related liabilities, reserves recorded only for purposes of complying with the requirements of GAAP, and deferred tax assets, deferred tax liabilities, and intangible assets.  In addition, certain accrued tax benefits from net operating losses that could offset future earnings have been recorded as undetermined.  The Debtors have also excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.  Other immaterial assets and liabilities may also have been excluded.

(l)     **Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the

Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

(m)   **Setoffs.** The Debtors may periodically incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.   **Global Notes Control.** These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

6.   **Specific Schedules Disclosures.**

(a)   **Schedules Summary**. Except as otherwise noted, the asset totals represent amounts as of the Petition Date and liability information provided herein represents the Debtors' liabilities as of the Petition Date.

(b)   **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

(c)   **Schedule A/B, Part 5 – Inventory.** The Debtors' product has a 12-month shelf life. As such the Debtors' customers, specialty pharmacies among others, monitor the production dates of all inventory to be sold to patients. All inventory is held and managed by third parties. The work in progress inventory, listed as SPEC, DHE Mesylate Form, has a net book value of $0.00. The cost of this inventory was approximately $765,000 but it has expired and has been fully reserved for booking keeping purposes. As such, the Debtors will need to find a way to dispose of it.

(d)   **Schedule A/B, Part 7 – Office furniture, fixtures, and equipment; and collectibles.** The Debtors have used book values as of November 30, 2023 for reporting office furniture, fixtures, and equipment. There have been no valuations

on any of such assets. These amounts may include leasehold improvements. The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

(e)   **Schedule A/B, Part 8 – Machinery, equipment, and vehicles.** The Debtors lease certain vehicles for their sales team from a third party. The leases have various expiration dates and monthly payment amounts, and are not owned by the Debtors. Under the lease agreement, the Debtors may return vehicles prior to the expiration date, which could result in a gain/loss depending on the final terms of the agreement. The Debtors have not completed an analysis regarding the gain/loss on the current vehicle fleet.

(f)   **Schedule A/B, Part 9 – Real Property.** The Debtors lease all of their real properties and, as such, the properties' value have been marked as undetermined. Furthermore, certain of the property leases reflected on Schedule A/B 55 may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B 55. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B 55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B 55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument, including any intercompany agreement.

(g)   **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** The Company may have certain social media accounts that they own but currently do not have access due to reduction in their workforce. The social media accounts have not been listed.

(h)   **Schedule A/B, Part 11 – All Other Assets.** The Debtors have incurred significant net operating losses ("NOLs" and R&D Credits (together, the "Tax Attributes") since their inception. As of December 31, 2022, the Debtors have generated federal NOLs of $271.3 million. The Debtors also has $153.4 million of state NOLs and $8.4 million of R&D Credits. Further, the Debtors estimate that they may generate additional Tax Attributes in the 2023 tax year. Such Tax Attributes have not been valued as of the Petition Date and may be restricted in their use.

(i)   **Schedule D – Creditors Who Have Claims Secured by Property.** The Debtors have made reasonable efforts to report all secured claims against the Debtors on Schedule D based on the Debtors' books and records as of the Petition Date. However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any secured creditor's allowed claims or the correct amount of all secured claims. Similarly, parties in interest

should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financial information and data the Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D. The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim (except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final). The Debtors have not included on Schedule D the claims of any parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

(j)    **Schedule E/F – Creditors Who Have Unsecured Claims.**

The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date. However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Certain claims on E/F may have been satisfied post-petition by the Debtors (including employee wages in the ordinary course) or third parties. Furthermore, accrued interest for some claims may not have been possible to determine. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financial information and data the Debtors believe to

be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Furthermore, payments to vendors and lienholders made subsequent to the filing of these Schedules will not be reflected in these Schedules. The Debtors reserve the right, but are not required, to amend Schedules E/F if they receive such invoices and/or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect all credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

***Part 1 - Creditors with Priority Unsecured Claims.*** The Debtors included certain claims owing to various taxing authorities to which the Debtors may be liable. Certain of the claims may be subject to ongoing audits and the Debtors may otherwise be unable to determine with certainty the amount of such claims. Therefore, for certain claims, the Debtors have listed such claims as disputed, contingent, and unliquidated, pending final resolution of ongoing audits and other outstanding issues. Moreover, the inclusion of any amounts owed to taxing authorities does not constitute an admission by the Debtors of such liability. The Debtors reserve the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors in Schedule E/F, Part 2, based upon the Debtors' books and records as of the Petition Date. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Prepetition amounts that may be paid in

accordance with court orders, are marked as contingent.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

(k)     **Schedule G – Executory Contracts and Unexpired Leases.**  The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract.  Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.  In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

The names of employees have been redacted for privacy purposes.

Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Expired contracts and leases may have also been inadvertently included.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have reserved all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly,

the Debtors reserve all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

7.   **Specific Statements Disclosures.**

(a)   **Statements, Part 1, Question 1 – Gross Revenue from business.** The Debtors recognize GAAP revenue in accordance with ASC Topic 606, Revenue from Contracts with Customers ("ASC 606"). Under ASC 606, an entity recognizes revenue when its customer obtains control of promised goods or services in an amount that reflects the consideration which the entity expects to receive in exchange for those goods or services. The product is distributed through an exclusive third-party logistics, or 3PL, distribution agent that does not take title to the product. The 3PL distributes Trudhesa to the customers, specialty pharmacies and specialty distributors (collectively referred to as "customers"), who then distribute the product to healthcare providers and patients. Revenue from product sales is recognized when the customer obtains control of the product, which occurs upon transfer of title to the customer. Taxes collected from the customer relating to product sales and remitted to governmental authorities are excluded from revenue.

Revenues from product sales are recorded at the net sales price, or the transaction price, which includes estimates of variable consideration for which reserves are established and which result from discounts, returns, co-pay assistance, chargebacks, rebates, and other allowances that are offered within contracts between us and customers, healthcare providers and other indirect customers relating to the sale of Trudhesa. These reserves are based on the amounts earned or to be claimed on the related sales and are classified as reductions of accounts receivable or a current liability. Where appropriate, these estimates take into consideration a range of possible outcomes that are probability-weighted for relevant factors such as historical experience, current contractual and statutory requirements, specific known market events and trends, industry market data and forecasted customer buying and payment patterns. Overall, these reserves reflect best estimates of the amount of consideration to which the Debtors are entitled based on the terms of the contract.

The components of variable consideration related to product revenue were detailed in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Continue Certain Customer Programs and Customer Obligations in the Ordinary Course of Business, (II) Authorizing*

*Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 10] and are customary in the pharmaceutical industry.

(b)  **Statements, Part 2, Question 4 – Payments and Transfers to Certain Insiders within 1 year before the filing.**  The Debtors reported payments to non-officer insiders within the year prior to the Petition Date.  Please see response to Question 30 for officer payments and distributions within the year prior to the Petition Date.  The Debtors reserve all rights with respect to the determination or status of a person as an "insider" as defined in section 101(13) of the Bankruptcy Code.

(c)  **Statements, Part 5, Question 10 – Losses from fire, theft, or other casualty.**  In normal course, the Debtors' sales team uses leased vehicles for their travel requirements.  On occasion, the vehicles may incur an accident.  The Debtors believe they have sufficient insurance to cover any obligation that may arise.  Furthermore, the Debtors are not aware of any material disagreements or demands outstanding related to such claims.

(d)  **Statements, Part 6, Question 13 – Transfers not already listed.**  A former employee was given an asset that was fully depreciated and deemed to be non-operational for the Debtors.  No value was associated with the transfer.  The Debtors believe that the asset disposal was worthwhile as to not incur costs to sell and remove the asset from the property.

The Debtors have settled certain claims put forth by former employees.  Settlements were covered by insurance. None of these payments were made within the 90 days prior to the Petition Date.  None of these payments were made to insiders.  The names of employees have been redacted for privacy purposes.

(e)  **Statements, Part 9, Question 16 – Collect and Retain personally identifiable information of customers.**  The Debtors do not collect or retain personally identifiable information of their customers or their customers' patients.  Any collection of data containing personally identifiable information is done by third party vendors which remove any personally identifiable information before the data is shared with the Debtors.  The Debtors to not receive any personally identifiable information.

(f)  **Statements, Part 9, Question 17– ERISA Plan as an Employee Benefit.**  The Debtors sponsor a 401(k) plan for their employees.

(g)  **Statements, Part 10, Question 20 – Off-premises storage.**  The Debtors' sales force uses certain third parties for storage of product samples.  In addition, there are four sales team members that have samples at their houses.  The Debtors' track all inventory including these samples to ensure accurate inventory records.

(h)  **Statements, Part 13, Question 25 – Businesses in Which the Debtors Have an Interest.**  Impel Pharmaceuticals, Inc. has a 100% interest in Impel NeuroPharma Australia Pty Ltd.

(i)    **Statements, Part 13, Question 26 – Books, records, and financial statements.** The Debtors' common stock was publicly traded on the Nasdaq stock exchange. As of December 18, 2023, the Debtor's common stock was suspended from trading. Prior to the suspension of trading on the Nasdaq, the Debtors reported their financial results directly to the U.S. Securities and Exchange Commission for compliance with regulations.  Additionally, a copy of financial results have been provided to Oaktree, the senior secured creditor of the Debtors.

(j)    **Statements, Part 13, Question 27 – Inventories – Supervisor and Dates of Last Two Inventories.**  The Debtors perform inventory counts of raw materials and finished goods inventories on an annual basis or as needed for operational reasons. The information included in response to Question 27 reflects the last two inventory dates.

(k)    **Statements, Part 13, Question 28 and 29 – Current and Former Officer and Directors.**  While the Debtors have made reasonable best efforts to list all applicable officers and directors for each Debtor in response to Statement Questions 28 and 29, some may have been omitted.  Disclosures relate specifically to terminated job titles or positions and are not indicative of the individuals' current employment status with the Debtors.

(l)    **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals to Insiders.**  Refer to Statement Question 4 for this item.

<div align="center">*    *    *    *    *</div>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS, INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES OF
DEBTOR IMPEL PHARMACEUTICALS, INC. (CASE NO. 23-80016)**

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, are:  Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A).  The Debtors' service address is 201 Elliot Avenue West, Suite 260, Seattle, WA 98119.

| Debtor Name | **Impel Pharmaceuticals Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of Texas** | |
| Case number (if known): | **23-80016** |

[X] Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..............................................................................

$27,115,368.09

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.................................................................................

$27,115,368.09

---

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$127,026,463.65

3.  *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a.  **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*..............................................

$730,380.04

3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

**+** $3,330,098.25

4.  **Total liabilities** ....................................................................................................
Lines 2 + 3a + 3b

$131,086,941.94

| | |
|---|---|
| Debtor Name | **Impel Pharmaceuticals Inc.** |
| **United States Bankruptcy Court for the Northern District of Texas** | |
| Case number (if known): | **23-80016** |

X  Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | JP Morgan Chase | Checking | *5227 | $261,426.30 |
| 3.2 | JP Morgan Chase | Checking | *0303 | $0.00 |
| 3.3 | JP Morgan Chase | Money Market | *3200 | $488,135.37 |
| 3.4 | JP Morgan Chase | Money Market | *1616 | $4,417,531.71 |
| 3.5 | JP Morgan Chase | Money Market | *2211 | $0.00 |

4.  **Other cash equivalents**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$5,167,093.38**

Debtor  Impel Pharmaceuticals Inc.                                      Case Number (if known) 23-80016

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 7. | **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 7.1 | Bridge Commercial Real Estate (Malvern, PA office) - BOF II PA Lindenwood LLC | $38,213.76 |
| 7.2 | BMR Security Deposit - BMR - 201 Elliot Avenue LLC | $187,000.00 |
| 7.3 | Deposit Account for Rebate Processing - Integrichain | $211,596.02 |
| 7.4 | Security Deposit for Storage Space - Cubework | $5,814.60 |
| 7.5 | Deposit for Employee FSA/HAS - Navia Benefit Solutions | $5,720.65 |
| 7.6 | Inventory Deposit - MiPharm (EUR) | $111,661.48 |
| 7.7 | Deposit - PSKW, LLC (ConnectiveRX) | $230,000.00 |
| 7.8 | Severance Funds - ADP | $180,000.00 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | |
| 8.1 | See Attached Exhibit AB8 | $3,244,504.43 |
| 9. | **Total of Part 2** Add lines 7 through 8.  Copy the total to line 81. | **$4,214,510.94** |

| **Part 3:** | **Accounts Receivable** |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Debtor  Impel Pharmaceuticals Inc.                                  Case Number (if known) 23-80016

|  |  | Current value of debtor's interest |
|---|---|---|
| 11. | **Accounts receivable** |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 11a. 90 days old or less: | $3,599,960.04 | - | $0.00 | = | | $3,599,960.04 |
| | | face amount | | doubtful or uncollectible accounts | | | |
| | 11b. Over 90 days old: | $9,630.25 | - | $0.00 | = | | $9,630.25 |
| | | face amount | | doubtful or uncollectible accounts | | | |

| | | |
|---|---|---|
| 12. | **Total of Part 3** | **$3,609,590.29** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**       **Investments**

13.   **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1** | | | |
| | Name of fund or stock: | | | |
| | | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| | Name of entity: | % of ownership: | | |
| | 15.1   Impel Neuropharma Australia Pty Ltd | 100% | Net Book Value | Undetermined |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| | Describe: | | | |

17.   **Total of Part 4**
      Add lines 14 through 16. Copy the total to line 83.

**Part 5:**       **Inventory, excluding agricultural assets**

18.   **Does the debtor own any inventory (excluding agricultual assets)?**

Debtor  Impel Pharmaceuticals Inc.                                    Case Number (if known) 23-80016

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw Materials** | | | | |
| 19.1  See Attached Exhibit AB19 | 12/19/2023 | $4,896,593.64 | Net Book Value | $4,896,593.64 |
| **20. Work in progress** | | | | |
| 20.1  SPEC, DHE Mesylate Form | 12/19/2023 | $0.00 | Net Book Value | $0.00 |
| 20.2  Reservoir Device, 200, In Packaging | 12/19/2023 | $2,729,981.45 | Net Book Value | $2,729,981.45 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1  PC104-01 4-Pack | 12/19/2023 | $2,593,546.30 | Net Book Value | $2,593,546.30 |
| | | | | Finished goods have a 12 month shelf life |
| **22. Other inventory or supplies** | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                    **$10,220,121.39**

24. **Is any of the property listed in Part 5 perishable?**

☑ No.
☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Debtor  Impel Pharmaceuticals Inc.                           Case Number (if known) 23-80016

☑ No.

☐ Yes.

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops - either planted of harvested** | | | |
| 29.  **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6**
     Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

Debtor  Impel Pharmaceuticals Inc.                                          Case Number (if known) 23-80016

**Is any of the debtor's property stored at the cooperative?**

☐ No.
☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 39.1 | Furniture & Fixtures, Net | $91,815.06 | Net Book Value | $91,815.06 |
| 40. | **Office fixtures** | | | |

Debtor  Impel Pharmaceuticals Inc.                                    Case Number (if known) 23-80016

| 40.1 | Office Fixtures, Net (Includes Construction in Progress) | $1,343,128.23 | Net Book Value | $1,343,128.23 |

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 | Office Equipment | $2,459,258.80 | Net Book Value | $2,459,258.80 |

**42.  Collectibles**

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                **$3,894,202.09**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 8:        Machinery, equipment, and vehicles**

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |

**47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

Debtor  Impel Pharmaceuticals Inc.                                        Case Number (if known) 23-80016

47.1   See Attached Exhibit AB47                    Undetermined    N/A           Undetermined
         See Global Notes

48.  **Watercraft, trailers, motors, and related accessories**
        Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
        Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

        ☐ No.
        ☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

        ☑ No.
        ☐ Yes.

**Part 9:        Real property**

54.  **Does the debtor own or lease any real property?**

        ☐ No. Go to Part 10.
        ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor  Impel Pharmaceuticals Inc.                                                Case Number (if known) 23-80016

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1    Office and Laboratory use of 11,526 sqft; 201 Elliott Ave W, Seattle, WA 98119 | Lease | Undetermined | N/A | Undetermined |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.2    Lease Agreement: BOF II PA Lindewood LLC 101 Lindenwood Drive, Malvern, PA 19355 | Lease | Undetermined | N/A | Undetermined |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☑ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 10:**        **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1    Patents: See Attached Exhibit AB60 | Undetermined | N/A | Undetermined |

Debtor  Impel Pharmaceuticals Inc.                                     Case Number (if known) 23-80016

| | | | |
|---|---|---|---|
| 60.2 | Trademarks: See Attached Exhibit AB 60 | Undetermined | N/A | Undetermined |

**61.  Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1 | Websites and Domain Name See attached Exhibit AB61 | Undetermined | N/A | Undetermined |
| 61.2 | Social Media Accounts See Global Notes | Undetermined | N/A | Undetermined |

**62.  Licenses, franchises, and royalties**

**63.  Customer lists, mailing lists, or other compilations**

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

**67.  Do your lists or records include personally identifiable information of customers?**

☑ No.
☐ Yes.

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

Debtor  Impel Pharmaceuticals Inc.                                Case Number (if known) 23-80016

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** | | |
| Description (include name of obligor) | | |

$$\underline{\hspace{5cm}} - \underline{\hspace{5cm}} = $$

Total face amount        Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | See Global Notes | Various | Undetermined |
|---|---|---|---|

73. **Interests in insurance policies or annuities**

| 73.1 | See Attached Exhibit AB73 | | Undetermined |
|---|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim**

**Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

Debtor  Impel Pharmaceuticals Inc.                                    Case Number (if known) 23-80016

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

    77.1    Unused Amazon Gift Cards                                                   $9,850.00

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                          **$9,850.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

Debtor  Impel Pharmaceuticals Inc.                                     Case Number (if known) 23-80016

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$5,167,093.38** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$4,214,510.94** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$3,609,590.29** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$10,220,121.39** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,894,202.09** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **$9,850.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | **$27,115,368.09** + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................... | | **$27,115,368.09** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**Impel Pharmaceuticals Inc.**

**Case No. 23-80016**

**Schedule AB 8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and r**

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Office Rent | BMR - RENT 201 Elliott | $33,724.82 |
| Office Lease | Bridge RE - Malvern PA | $7,396.21 |
| Health Insurance | AETNA employee health benefits | $39,320.23 |
| Dental Insurance | Delta Dental | $3,678.64 |
| Vision Insurance | VSP | $348.08 |
| Life and Other Insurance | Lincoln National Life | $1,323.15 |
| Administrative Appliation | Docusign | $9,238.35 |
| Administrative Appliation | Docusign | $2,265.73 |
| Administrative Appliation | Zoom | $2,778.72 |
| Regulation Compliance | Mastercontrol | $51,529.08 |
| Oversight | Managed Markets Insight & Technology (MMIT) | $1,250.00 |
| Oversight | Managed Markets Insight & Technology (MMIT) | $3,750.00 |
| Oversight | Managed Markets Insight & Technology (MMIT) | $8,100.00 |
| Administrative Appliation | Veeva | $209,680.20 |
| Administrative Appliation | Qpharma | $7,500.00 |
| Research Tool | Donnelly | $19,477.46 |
| Regulation Compliance | Food and Drug Admin | $347,278.34 |
| Research Tool | Spherix | $10,708.37 |
| Research Tool | Nasdaq | $5,166.63 |
| Clinical Development | PPD | $72,398.50 |
| Lender Fees | Oaktree | $11,666.64 |
| Legal Fees | Sidley Austin | $38,919.51 |
| Administrative Appliation | MedCompli | $8,750.02 |
| Fleet Management | Emkay, Inc. | $67,300.00 |
| Management Liability (Employment Practices Liability, Fiduciary Liability) | Endurance American Specialty Insurance Company | $50,462.11 |
| D&O Insurance | Axis Insurance Company | $220,850.83 |
| D&O Insurance | Hudson Insurance Company | $131,250.00 |
| D&O Insurance | Endurance American Insurance Company | $77,083.33 |
| D&O Insurance | Atlantic Specialty Insurance Company (Intact) | $45,479.17 |
| D&O Insurance | ACE American Insurance Company (Chubb) | $25,000.00 |
| D&O Insurance | Old Republic Insurance Company | $18,750.00 |
| D&O Insurance | Axis Insurance Company | $662,553.00 |
| D&O Insurance | Hudson Insurance Company | $393,750.30 |
| D&O Insurance | Endurance American Insurance Company | $231,250.17 |
| D&O Insurance | Atlantic Specialty Insurance Company (Intact) | $136,437.60 |
| D&O Insurance | ACE American Insurance Company (Chubb) | $75,000.00 |
| D&O Insurance | Old Republic Insurance Company | $56,250.04 |
| Pollution Liability Insurance | Illinois Union Insurance Company | $13,547.13 |
| Cargo Insurance | Beazley Insurance Company | $25,833.33 |

**Impel Pharmaceuticals Inc.**

**Case No. 23-80016**

**Schedule AB 8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and r**

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Domestic Package (Property, General Liability) | Phoenix Insurance Company | $6,232.23 |
| Commercial Automobile | Travelers Indemnity Company of America | $31,509.71 |
| Umbrella Insurance | Travelers Indemnity Company of America | $7,409.52 |
| Workers Compensation | Travelers Indemnity Company of America | $9,938.22 |
| Product & Clinical Trial Liability | Underwriters at Lloyd, London (Beazley) | $40,984.46 |
| Cyber Insurance | Underwriters at Lloyd, London (Beazley) | $5,769.35 |
| Excess Liability Insurance | Westfield Specialty Insurance Company | $9,725.93 |
| GST Refund Receivable - AUS | Australian Taxation Office | $5,889.30 |
| **Total** | | **$3,244,504.43** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 5, QUESTION 19

## RAW MATERIALS

**Impel Pharmaceuticals Inc.**
**Case No. 23-80016**
**Schedule AB 19. Raw Materials.**

| General description | Location | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Nozzle, Front Loaded | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 94,716.71 | Standard | $ 94,716.71 |
| Y-Junction, 1/8 Stem | CUBEWORK(CUBEWORK) | 12/19/2023 | $ 22,601.60 | Standard | $ 22,601.60 |
| Dose Chamber, 240 uL | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 18,654.54 | Standard | $ 18,654.54 |
| Diffuser, Annular, 2_5 | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 75,613.65 | Standard | $ 75,613.65 |
| Finger Grip, Right, No Insert | CUBEWORK(CUBEWORK) | 12/19/2023 | $ 56,129.50 | Standard | $ 56,129.50 |
| Finger Grip, Right, No Insert | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 721.66 | Standard | $ 721.66 |
| Clamshell, Right, GEN 1 | CUBEWORK(CUBEWORK) | 12/19/2023 | $ 77,910.00 | Standard | $ 77,910.00 |
| Clamshell, Right, GEN 1 | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 6,134.94 | Standard | $ 6,134.94 |
| Clamshell, Left, GEN 1 | CUBEWORK(CUBEWORK) | 12/19/2023 | $ 77,910.00 | Standard | $ 77,910.00 |
| Clamshell, Left, GEN 1 | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 5,294.94 | Standard | $ 5,294.94 |
| Finger Grip, Left, No Insert | CUBEWORK(CUBEWORK) | 12/19/2023 | $ 56,129.50 | Standard | $ 56,129.50 |
| Finger Grip, Left, No Insert | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 773.01 | Standard | $ 773.01 |
| Adapter, Check Valve | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 12,054.71 | Standard | $ 12,054.71 |
| Valve, Duckbill, Flanged | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 40,961.16 | Standard | $ 40,961.16 |
| Spring, Extension, 0.5 | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 23,922.27 | Standard | $ 23,922.27 |
| Propellant Canister, 10ML, 63 Ul | CUBEWORK(CUBEWORK) | 12/19/2023 | $ 2,336,876.36 | Standard | $ 2,336,876.36 |
| Pump, SGD, 200UL | CUBEWORK(CUBEWORK) | 12/19/2023 | $ 148,027.40 | Standard | $ 148,027.40 |
| Pump, SGD, 200UL | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 213.91 | Standard | $ 213.91 |
| PC104-01, Packaging, As Molded | CUBEWORK(CUBEWORK) | 12/19/2023 | $ 88,441.92 | Standard | $ 88,441.92 |
| PC104-01, Packaging, As Molded | FMBP(Freudenberg Medical Baldwin Park) | 12/19/2023 | $ 8,245.86 | Standard | $ 8,245.86 |
| DHE API Bulk | MIPHARM(Mipharm) | 12/19/2023 | $ 1,745,260.00 | Standard | $ 1,745,260.00 |
| **Total** | | | **$ 4,896,593.64** | | **$ 4,896,593.64** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 47

## AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, OR TITLED FARM VEHICLES

**Impel Pharmaceuticals Inc.**
**Case No. 23-80016**
**Schedule AB 47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles.**

| Vehicle_VIN | Year | Make | Model | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| YV4162UK7N2726120 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE4P2962910 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK3N2746932 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK8N2746957 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK2N2747179 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK5N2725483 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK2N2725439 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK4N2729380 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK1N2726100 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UKXN2725513 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK7N2725565 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RN2P1265069 | 2023 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4162UK3N2725711 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE5P2962785 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK3N2726227 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE0P2962743 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK9N2725843 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK7N2726408 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE6P2047430 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK3N2725823 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE6P2965436 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK9N2725776 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK7N2759487 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UM8N2765221 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK2N2725862 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RN2P1257683 | 2023 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4L12UE2P2964719 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE7P2962819 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RK4N1986724 | 2022 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4L12UE8P2047526 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| 4T1R11AK0PU097368 | 2023 | TOYOT | CAMRY | Undetermined | N/A | Undetermined |
| YV4162UK2N2761003 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RK8N1986760 | 2022 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4L12RK9N1986752 | 2022 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4L12UE6P2962861 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK6N2747038 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK2N2725599 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RK2N1035101 | 2022 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4L12UE6P2962780 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RK8N1982286 | 2022 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| 1FMSK7DH7NGB91034 | 2022 | FORD | EXPLR | Undetermined | N/A | Undetermined |
| YV4L12RN1P1266438 | 2023 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4L12UE7P2047405 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK2N2759963 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE4P2962888 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK5N2725872 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UEXP2965648 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |

**Impel Pharmaceuticals Inc.**
**Case No. 23-80016**
**Schedule AB 47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles.**

| Vehicle_VIN | Year | Make | Model | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| YV4162UK4N2725524 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK5N2766504 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK8N2747249 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RK5N1087967 | 2022 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4A22PK0N1815878 | 2022 | VOLVO | XC90 | Undetermined | N/A | Undetermined |
| YV4L12UE3P2975602 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RN1P1266472 | 2023 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4162UK4N2746907 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| 1FMSK8DH2NGA12291 | 2022 | FORD | EXPLR | Undetermined | N/A | Undetermined |
| YV4162UK1N2746993 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK5N2746978 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK0N2747228 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RK2N1986351 | 2022 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4L12UE5P2962866 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12RK9N1986718 | 2022 | VOLVO | XC60 | Undetermined | N/A | Undetermined |
| YV4162UK8N2726031 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK6N2747282 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE7P2052314 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE2P2962713 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK5N2706853 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4L12UE2P2963084 | 2023 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| YV4162UK9N2747048 | 2022 | VOLVO | XC40 | Undetermined | N/A | Undetermined |
| | | | | **Undetermined** | **N/A** | **Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 60

## PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE SECRETS

## Schedule 3.12

## Intellectual Property

(a)

1.      Reference is made to the Patent Assets.

2.      Reference is made to the Trademark Assets.

(b)

1.      Exclusive Patent License Agreement between Impel NeuroPharma, Inc. and the University of Washington acting through UW TechTransfer, Technology Licensing dated May 26, 2009, as amended on October 14, 2009 and July 22, 2013.

2.      The Company enters into supply and service agreements with suppliers, vendors and other service providers in the ordinary course of business which contain licenses to Business Intellectual Property which are incidental to the supply or performance of services thereunder.

3.      On April 27, 2021 the Company received correspondence from Resource Transition Consultants LLC, general receiver for Kurve Technology, Inc. ("**Kurvetech**"), alleging infringement of one or more patents owned by Kurvetech. In a series of correspondence, the Company provided explanation and evidence to Kurvetech establishing that the Company's TrudhesaTM product is fundamentally different from the devices described and claimed in the Kurvetech patents, and that the Company product therefore does not infringe the Kurvetech patents.  On August 9, 2021 Kurvetech served a subpoena on the Company in a civil case in the Superior Court for the State of Washington in which Kurvetech is a defendant, seeking additional information (the Company is not a party to that civil case, which appears to be a bankruptcy action involving Kurvetech).   On August 23, 2021 the Company timely objected to the subpoena providing several bases for objection, including that adequate information had already been provided. Since the serving of objections on August 23, 2021, there has been no correspondence or communications of any kind with Kurvetech (collectively, the "**Kurvetech Matter**").

(d)

1.      The Company intends to take no action with respect to the below actions.

| Due Date | Action | Trademark/Matter | Class | Country | App # | Reg # | Status |
|---|---|---|---|---|---|---|---|
| 5-Jan-2024 | Declaration of Use Due | TRUDHESA | 5 | Mexico | 2329211 | 2152309 | Registered |
| 10-Jan-2024 | Statement of Use 2nd Extension | IMPEL DOTS Logo (in color) | 5, 10, 35, 42, 44 | United States | 97347411 | | Pending - Allowed - SOU Ext 1 |

(e)

1.      Reference is made to the Kurvetech Matter.

(f)

1.      Between January and April of 2021, the Company filed oppositions against the UK and
EU trademark applications of Pods Group Limited ("**Pods Group**") (UK App. Nos.
UK00003505978; UK00003505983; EU App Nos. IR 1563058; IR 1561785), for goods and
services in Class 5, 10 and 44, based on the Company's rights in POD.  In April of 2021 the
Company requested, through UK counsel, that Pods Group narrow the description of goods
and services in its applications, and sign undertakings restricting Pods Group's use of POD to the goods
and services in the amended applications.  Pods Group declined to comply with the Company's
proposal and settlement discussions ultimately ceased.  In May of 2023 the UK authority decided
the oppositions largely in the Company's favor, as to the goods and services in the Pods Group's
applications that were identical or similar to Company's goods and services.  The UK decision
caused the Pods Group's applications in the EU and all other countries to be narrowed in the same
way.  The POD (stylized) opposition in the EU was decided in the Company's favor in full after
Pods Group defaulted.

2.      On November 11, 2022 the Company sent a letter to Mr. Girishchandra, applicant of the
TRUDENSE (stylized) mark in India, for medicinal and pharmaceutical preparations in Class 5
(App. No. 5429303), objecting to Mr. Girishchandra's use and registration of the mark, based on
the Company's rights in TRUDHESA.  On November 22, 2022 the Company filed an opposition
against Mr. Girishchandra's application.  On December 22, 2022 the parties reached an agreement
wherein the Company agreed to withdraw the opposition, provided Mr. Girishchandra amended
the description of goods in his application, and agreed not use or file for TRUDENSE (or similar)
for preparations related to neurological diseases.  Both parties then submitted requests to the India
Trademark Office for same.  As of May 2023, the Company was awaiting confirmation from the
Trademark Office that the requests were processed.

3.      In May of 2023 the Company learned that Vivos Therapeutics, Inc. is using the mark THE
POD in connection with a device for the treatment and prevention of migraine headaches, and that

Vivos owns registrations in the US for the marks THE POD and .

Case 23-80016-sgj11 Doc 265 Annex 2.1(b).1 Patent Assets Filed 02/29/24 Entered 02/29/24 17:42:57 Desc
Impel Issued and Pending Matters as of 2023-12-14
Main Document Page 41 of 218

| APPLICATION TYPE | TITLE | APPLICATION NUMBER | PATENT NUMBER | COUNTRY | COUNTRY WIPO ID | FILE DATE | ISSUE DATE | PUBLICATION NUMBER | PUBLICATION DATE | LOCAL FILING DATE | PRIORITY DATE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utility - EPPAT | (001CA) Circumferential Aerosol Device | 2,713,762 | 2713762 | Canada | CA | Feb 6, 2009 | Oct 18, 2016 | | | Jul 29, 2010 | Feb 7, 2008 | Issued |
| Utility - EPPAT | (001DE) Circumferential Aerosol Device | 09707800.0 | 2247330 | Germany | DE | Feb 6, 2009 | Sep 20, 2017 | 2247330 | Nov 10, 2010 | | Feb 7, 2008 | Issued |
| Utility - EPPAT | (001EP) Circumferential Aerosol Device | 09707800.0 | 2247330 | European Patent Office | EP | Feb 6, 2009 | Sep 20, 2017 | 2247330 | Nov 10, 2010 | Jul 30, 2010 | Feb 7, 2008 | Issued |
| Utility - EPPAT | (001ES) Circumferential Aerosol Device | 09707800.0 | 2247330 | Spain | ES | Feb 6, 2009 | Sep 20, 2017 | 2247330 | Nov 10, 2010 | | Feb 7, 2008 | Issued |
| Utility - EPPAT | (001FR) Circumferential Aerosol Device | 09707800.0 | 2247330 | France | FR | Feb 6, 2009 | Sep 20, 2017 | 2247330 | Nov 10, 2010 | | Feb 7, 2008 | Issued |
| Utility - EPPAT | (001GB) Circumferential Aerosol Device | 09707800.0 | 2247330 | United Kingdom | GB | Feb 6, 2009 | Sep 20, 2017 | 2247330 | Nov 10, 2010 | | Feb 7, 2008 | Issued |
| Utility - EPPAT | (001IT) Circumferential Aerosol Device | 09707800.0 | 2247330 | Italy | IT | Feb 6, 2009 | Sep 20, 2017 | 2247330 | Nov 10, 2010 | | Feb 7, 2008 | Issued |
| Utility - NSPCT | (001US) Circumferential Aerosol Device | 12/866,448 | 8,757,146 | United States of America | US | Feb 6, 2009 | Jun 24, 2014 | 2011-0048414 | Mar 3, 2011 | Oct 22, 2010 | Feb 7, 2008 | Issued |
| Utility - DIV | (001USD1) Circumferential Aerosol Device | 14/292,481 | 10,016,582 | United States of America | US | May 30, 2014 | Jul 10, 2018 | 2014-0343494 | Nov 20, 2014 | | Feb 7, 2008 | Issued |
| Utility - EPPAT | (002DE) Circumferential Aerosol Device for Delivering Drugs to Olfactory Epithelium and Brain | 11818832.5 | 2605816 | Germany | DE | Aug 19, 2011 | Jan 23, 2019 | 2605816 | | | Aug 20, 2010 | Issued |
| Utility - NSPCT | (002EP) Circumferential Aerosol Device for Delivering Drugs to Olfactory Epithelium and Brain | 11818832.5 | 2605816 | European Patent Office | EP | Aug 19, 2011 | Jan 23, 2019 | 2605816 | Jun 26, 2013 | Mar 14, 2013 | Aug 20, 2010 | Issued |
| Utility - EPPAT | (002FR) Circumferential Aerosol Device for Delivering Drugs to Olfactory Epithelium and Brain | 11818832.5 | 2605816 | France | FR | Aug 19, 2011 | Jan 23, 2019 | 2605816 | | | Aug 20, 2010 | Issued |
| Utility - EPPAT | (002GB) Circumferential Aerosol Device for Delivering Drugs to Olfactory Epithelium and Brain | 11818832.5 | 2605816 | United Kingdom | GB | Aug 19, 2011 | Jan 23, 2019 | 2605816 | | | Aug 20, 2010 | Issued |
| Utility - NSPCT | (004AU) Nasal Drug Delivery Device | 2012223160 | 2012223160 | Australia | AU | Mar 5, 2012 | Dec 1, 2016 | | | Aug 21, 2013 | Mar 3, 2011 | Issued |
| Utility - DIV | (004AUD1) Nasal Drug Delivery Device | 2016256665 | 2016256665 | Australia | AU | Mar 5, 2012 | Feb 21, 2019 | 2016256665 | | Nov 7, 2016 | Mar 3, 2011 | Issued |
| Utility - NSPCT | (004BR) Nasal Drug Delivery Device | BR 11 2013 022249-2 | BR 112013022249-2 | Brazil | BR | Mar 5, 2012 | Apr 12, 2022 | 11 2013 022249 2 | Aug 30, 2013 | | Mar 3, 2011 | Issued |
| Utility - DIV | (004BRD1) Nasal Drug Delivery Device | BR 12 2021 024715 | BR122021002471-5 | Brazil | BR | Mar 5, 2012 | Jun 14, 2022 | | | Feb 8, 2021 | Mar 3, 2011 | Issued |
| Utility - NSPCT | (004CA) Nasal Drug Delivery Device | 2,828,884 | 2828884 | Canada | CA | Mar 5, 2012 | Apr 27, 2021 | 2,828,884 | Sep 7, 2012 | Aug 30, 2013 | Mar 3, 2011 | Issued |
| Utility - DIV | (004CAD1) Nasal Drug Delivery Device | 3,111,516 | 3,111,516 | Canada | CA | Mar 5, 2012 | May 23, 2023 | | | Mar 5, 2021 | Mar 3, 2011 | Issued |
| Utility - EPPAT | (004CH) Nasal Drug Delivery Device | 12752463.5 | 2680913 | Switzerland | CH | Mar 5, 2012 | May 6, 2020 | 2680913 | | | Mar 3, 2011 | Issued |
| Utility - EPPAT | (004CH) Nasal Drug Delivery Device | 20158982.7 | 3679971 | Switzerland | CH | Mar 5, 2012 | Jul 27, 2022 | 3679971 | Jul 15, 2020 | | Mar 3, 2011 | Issued |
| Utility - NSPCT | (004CN) Nasal Drug Delivery Device | 201280021497.4 | ZL 201280021497.4 | China | CN | Mar 5, 2012 | Feb 15, 2017 | 103917265 | | Nov 1, 2013 | Mar 3, 2011 | Issued |
| Utility - EPPAT | (004DE) Nasal Drug Delivery Device | 12752463.5 | 60 2012 069 911.6 | Germany | DE | Mar 5, 2012 | May 6, 2020 | 2680913 | | | Mar 3, 2011 | Issued |
| Utility - EPPAT | (004DE) Nasal Drug Delivery Device | 20158982.7 | 60 2012 078 550.0 | Germany | DE | Mar 5, 2012 | Jul 27, 2022 | 3679971 | Jul 15, 2020 | | Mar 3, 2011 | Issued |
| Utility - NSPCT | (004EP) Nasal Drug Delivery Device | 12752463.5 | 2680913 | European Patent Office | EP | Mar 5, 2012 | May 6, 2020 | 2680913 | Jan 8, 2014 | Sep 26, 2013 | Mar 3, 2011 | Issued |
| Utility - DIV | (004EPD1) Nasal Drug Delivery Device | 20158982.7 | 3679971 | European Patent Office | EP | Mar 5, 2012 | Jul 27, 2022 | 3679971 | Jul 15, 2020 | Feb 24, 2020 | Mar 3, 2011 | Issued |
| Utility - EPPAT | (004FR) Nasal Drug Delivery Device | 12752463.5 | 2680913 | France | FR | Mar 5, 2012 | May 6, 2020 | 2680913 | | | Mar 3, 2011 | Issued |
| Utility - EPPAT | (004FR) Nasal Drug Delivery Device | 20158982.7 | 3679971 | France | FR | Mar 5, 2012 | Jul 27, 2022 | 3679971 | Jul 15, 2020 | | Mar 3, 2011 | Issued |
| Utility - EPPAT | (004GB) Nasal Drug Delivery Device | 12752463.5 | 2680913 | United Kingdom | GB | Mar 5, 2012 | May 6, 2020 | 2680913 | | | Mar 3, 2011 | Issued |
| Utility - EPPAT | (004GB) Nasal Drug Delivery Device | 20158982.7 | 3679971 | United Kingdom | GB | Mar 5, 2012 | Jul 27, 2022 | 3679971 | Jul 15, 2020 | | Mar 3, 2011 | Issued |
| Utility - NSPCT | (004IN) Nasal Drug Delivery Device | 7465/DELNP/2013 | 409215 | India | IN | Mar 5, 2012 | Oct 18, 2022 | | | Aug 23, 2013 | Mar 3, 2011 | Issued |
| Utility - NSPCT | (004JP) Nasal Drug Delivery Device | 2013-556677 | 6339371 | Japan | JP | Mar 5, 2012 | May 18, 2018 | 6339371 | | Sep 2, 2013 | Mar 3, 2011 | Issued |
| Utility - NSPCT | (004RU) Nasal Drug Delivery Device | 2013144395 | 2612506 | Russian Federation | RU | Mar 5, 2012 | Mar 9, 2017 | | | Oct 2, 2013 | Mar 3, 2011 | Issued |
| Utility - DIV | (004RUD1) Nasal Drug Delivery Device | 2017105845 | 2728583 | Russian Federation | RU | Mar 5, 2012 | Jul 30, 2020 | 2017105845 A | Jan 21, 2019 | Feb 22, 2017 | Mar 3, 2011 | Issued |
| Utility - CON | (004US) Nasal Drug Delivery Device | 14/017,048 | 9,550,036 | United States of America | US | Sep 3, 2013 | Jan 24, 2017 | 2014-0014104 | Jan 16, 2014 | | Mar 3, 2011 | Issued |
| Utility - CON | (004USC1) Nasal Drug Delivery Device | 15/338,097 | 10,507,295 | United States of America | US | Oct 28, 2016 | Dec 17, 2019 | 2017-0043109 | Feb 16, 2017 | | Mar 3, 2011 | Issued |
| Utility - CON | (004USC2) Nasal Drug Delivery Device | 16/664,588 | 11,730,903 | United States of America | US | Oct 25, 2019 | Aug 22, 2023 | 2020-0078544 | Mar 12, 2020 | | Mar 3, 2011 | Issued |
| Utility - CON | (004USC3) Nasal Drug Delivery Device | 18/346,244 | | United States of America | US | Jul 2, 2023 | | | | | Mar 3, 2011 | Pending |
| Utility - NSPCT | (005AU) Nozzles for Nasal Drug Delivery | 2012253569 | 2012253569 | Australia | AU | May 9, 2012 | May 31, 2018 | 2012253569 | | Apr 11, 2013 | May 9, 2011 | Issued |
| Utility - DIV | (005AUD1) Nozzles for Nasal Drug Delivery | 2018200530 | 2018200530 | Australia | AU | May 9, 2012 | Nov 21, 2019 | 2018200530 | Aug 9, 2019 | Jan 23, 2018 | May 9, 2011 | Issued |
| Utility - NSPCT | (005BR) Nozzles for Nasal Drug Delivery | 11 2013 028572 9 | BR 112013028572-9 | Brazil | BR | May 9, 2012 | Nov 3, 2021 | 11 2013 028572 9 | Jan 17, 2017 | Nov 16, 2013 | May 9, 2011 | Issued |
| Utility - NSPCT | (005CA) Nozzles for Nasal Drug Delivery | 2,835,208 | 2835208 | Canada | CA | May 9, 2012 | Aug 20, 2019 | | | Nov 5, 2013 | May 9, 2011 | Issued |
| Utility - NSPCT | (005CH) Nozzles for Nasal Drug Delivery | 12781605.6 | 2707146 | Switzerland | CH | May 9, 2012 | Apr 28, 2021 | 2707146 | Mar 19, 2014 | | May 9, 2011 | Issued |
| Utility - NSPCT | (005CN) Nozzles for Nasal Drug Delivery | 201280029975.6 | ZL201280029975.6 | China | CN | May 9, 2012 | Aug 8, 2017 | 103619485A | Mar 5, 2014 | | May 9, 2011 | Issued |
| Utility - DIV | (005CND1) Nozzles for Nasal Drug Delivery | 201710572447.X | ZL 201710572447.X | China | CN | May 9, 2012 | Jul 9, 2021 | CN 107376071 B | Nov 24, 2017 | Jul 13, 2017 | May 9, 2011 | Issued |
| Utility - EPPAT | (005DE) Nozzles for Nasal Drug Delivery | 12781605.6 | 60 2012 075 398.6 | Germany | DE | May 9, 2012 | Apr 28, 2021 | 2707146 | Mar 19, 2014 | | May 9, 2011 | Issued |
| Utility - NSPCT | (005EP) Nozzles for Nasal Drug Delivery | 12781605.6 | 2707146 | European Patent Office | EP | May 9, 2012 | Apr 28, 2021 | 2707146 | Mar 19, 2014 | Dec 4, 2013 | May 9, 2011 | Issued |
| Utility - DIV | (005EPD1) Nozzles for Nasal Drug Delivery | 21161728.7 | | European Patent Office | EP | May 9, 2012 | | 3851142 | Jul 21, 2021 | Mar 8, 2021 | May 9, 2011 | Pending |

| Application Type | Title | Application Number | Patent Number | Country | Country WIPO ID | File Date | Issue Date | Publication Number | Publication Date | Local Filing Date | Priority Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utility - EPPAT | (005FR) Nozzles for Nasal Drug Delivery | 12781605.6 | 2707146 | France | FR | May 9, 2012 | Apr 28, 2021 | 2707146 | Mar 19, 2014 | | May 9, 2011 | Issued |
| Utility - EPPAT | (005GB) Nozzles for Nasal Drug Delivery | 12781605.6 | 2707146 | United Kingdom | GB | May 9, 2012 | Apr 28, 2021 | 2707146 | Mar 19, 2014 | | May 9, 2011 | Issued |
| Utility - NSPCT | (005IN) Nozzles for Nasal Drug Delivery | 9576/DELNP/2013 | 406303 | India | IN | May 9, 2012 | Sep 9, 2022 | 51/2014 | Dec 19, 2014 | Nov 6, 2013 | May 9, 2011 | Issued |
| Utility - NSPCT | (005JP) Nozzles for Nasal Drug Delivery | 2014-510444 | 6645735 | Japan | JP | May 9, 2012 | Jan 14, 2020 | 2014-518707 | Aug 7, 2014 | Nov 8, 2013 | May 9, 2011 | Issued |
| Utility - DIV | (005JPD1) Nozzles for Nasal Drug Delivery | 2017-145911 | 6959708 | Japan | JP | May 9, 2012 | Oct 12, 2021 | 6959708 | Oct 19, 2017 | Oct 27, 2017 | May 9, 2011 | Issued |
| Utility - DIV | (005RU1) Nozzles for Nasal Drug Delivery | 2013154420 | 2618084 | Russian Federation | RU | May 9, 2012 | May 2, 2017 | | | | May 9, 2011 | Issued |
| Utility - DIV | (005RUD1) Nozzles for Nasal Drug Delivery | 2017113604 | 2741249 | Russian Federation | RU | May 9, 2012 | Jan 22, 2021 | 2017113604 | Jan 28, 2019 | Apr 20, 2017 | May 9, 2011 | Issued |
| Utility - CON | (005US) Nozzles for Nasal Drug Delivery | 14/075,126 | 9,919,117 | United States of America | US | Nov 8, 2013 | Mar 20, 2018 | 2014-0083424 | Mar 27, 2014 | | May 9, 2011 | Issued |
| Utility - CON | (005USC1) Nozzles for Nasal Drug Delivery | 15/890,266 | 10,940,278 | United States of America | US | Feb 6, 2018 | Mar 9, 2021 | 2018-0236190 | Aug 23, 2018 | | May 9, 2011 | Issued |
| Utility - CON | (005USC2) Nozzles for Nasal Drug Delivery | 17/164,371 | | United States of America | US | Feb 1, 2021 | | 2021-0322689 | Oct 21, 2021 | | May 9, 2011 | Allowed |
| Utility - CON | (005USC3) Nozzles for Nasal Drug Delivery | 18/505,101 | | United States of America | US | Nov 11, 2023 | | | | | May 9, 2011 | Pending |
| Utility - DIV | (005USD1) Nozzles for Nasal Drug Delivery | 15/844,474 | 11,007,332 | United States of America | US | Dec 15, 2017 | May 18, 2021 | 2018-0126101 | May 10, 2018 | | May 9, 2011 | Issued |
| Utility - NSPCT | (006CA) Medical Unit Dose Container | 2,909,954 | 2909954 | Canada | CA | Apr 28, 2014 | Mar 23, 2021 | 2,909,954 | Nov 6, 2014 | Oct 20, 2015 | Apr 28, 2013 | Issued |
| Utility - EPPAT | (006CH) Medical Unit Dose Container | 14727320.5 | 2991713 | Switzerland | CH | Apr 28, 2014 | Jun 19, 2019 | 2991713 | | | Apr 28, 2013 | Issued |
| Utility - EPPAT | (006DE) Medical Unit Dose Container | 14727320.5 | DE 60 2014 048 612.6 | Germany | DE | Apr 28, 2014 | Jun 19, 2019 | 2991713 | | | Apr 28, 2013 | Issued |
| Utility - NSPCT | (006EP) Medical Unit Dose Container | 14727320.5 | 2991713 | European Patent Office | EP | Apr 28, 2014 | Jun 19, 2019 | 2991713 | Mar 9, 2016 | Nov 4, 2015 | Apr 28, 2013 | Issued |
| Utility - EPPAT | (006FR) Medical Unit Dose Container | 14727320.5 | 2991713 | France | FR | Apr 28, 2014 | Jun 19, 2019 | 2991713 | | | Apr 28, 2013 | Issued |
| Utility - EPPAT | (006GB) Medical Unit Dose Container | 14727320.5 | 2991713 | United Kingdom | GB | Apr 28, 2014 | Jun 19, 2019 | 2991713 | | | Apr 28, 2013 | Issued |
| Utility - NSPCT | (006US) Medical Unit Dose Container | 14/787,455 | 10,537,692 | United States of America | US | Apr 28, 2014 | Jan 21, 2020 | 2016-0101245 | Apr 14, 2016 | Oct 27, 2015 | Apr 28, 2013 | Issued |
| Utility - CON | (006USC1) Medical Unit Dose Container | 16/695,147 | 11,191,910 | United States of America | US | Nov 25, 2019 | Dec 7, 2021 | 2020-0101243 | Apr 2, 2020 | | Apr 28, 2013 | Issued |
| Utility - NSPCT | (008AU) In-Line Nasal Delivery Device | 2016321345 | 2016321345 | Australia | AU | Sep 9, 2016 | Mar 25, 2021 | 2016321345 | Apr 19, 2018 | Mar 28, 2018 | Sep 10, 2015 | Issued |
| Utility - NSPCT | (008CA) In-Line Nasal Delivery Device | 2,998,182 | | Canada | CA | Sep 9, 2016 | | | | Mar 8, 2018 | Sep 10, 2015 | Pending |
| Utility - EPPAT | (008CH) In-Line Nasal Delivery Device | 16845229.0 | 3341059 | Switzerland | CH | Sep 9, 2016 | Mar 2, 2022 | 3341059 | Jul 4, 2018 | | Sep 10, 2015 | Issued |
| Utility - NSPCT | (008CN) In-Line Nasal Delivery Device | 201680060459.8 | ZL 201680060459.8 | China | CN | Sep 9, 2016 | Jul 9, 2021 | CN 108601916 B | Sep 28, 2018 | Apr 16, 2018 | Sep 10, 2015 | Issued |
| Utility - EPPAT | (008DE) In-Line Nasal Delivery Device | 16845229.0 | 60 2016 069 688.6 | Germany | DE | Sep 9, 2016 | Mar 2, 2022 | 3341059 | Jul 4, 2018 | | Sep 10, 2015 | Issued |
| Utility - NSPCT | (008EP) In-Line Nasal Delivery Device | 16845229.0 | 3341059 | European Patent Office | EP | Sep 9, 2016 | Mar 2, 2022 | 3341059 | Jul 4, 2018 | Mar 29, 2018 | Sep 10, 2015 | Issued |
| Utility - EPPAT | (008FR) In-Line Nasal Delivery Device | 16845229.0 | 3341059 | France | FR | Sep 9, 2016 | Mar 2, 2022 | 3341059 | Jul 4, 2018 | | Sep 10, 2015 | Issued |
| Utility - EPPAT | (008GB) In-Line Nasal Delivery Device | 16845229.0 | 3341059 | United Kingdom | GB | Sep 9, 2016 | Mar 2, 2022 | 3341059 | Jul 4, 2018 | | Sep 10, 2015 | Issued |
| Utility - NSPCT | (008IL) In-Line Nasal Delivery Device | 257845 | 257845 | Israel | IL | Sep 9, 2016 | Oct 2, 2022 | 257845 | Jul 2, 2022 | Mar 4, 2018 | Sep 10, 2015 | Issued |
| Utility - NSPCT | (008IN) In-Line Nasal Delivery Device | 201847012776 | | India | IN | Sep 9, 2016 | | 201847012776 A | Apr 13, 2018 | Apr 4, 2018 | Sep 10, 2015 | Pending |
| Utility - NSPCT | (008JP) In-Line Nasal Delivery Device | 2018-513344 | 6753927 | Japan | JP | Sep 9, 2016 | Aug 24, 2020 | 2018-527099 | Sep 20, 2018 | Mar 12, 2018 | Sep 10, 2015 | Issued |
| Utility - DIV | (008JPD1) In-Line Nasal Delivery Device | 2020-139519 | 7001777 | Japan | JP | Sep 9, 2016 | Dec 28, 2021 | 2020-185475 | Nov 19, 2020 | Aug 20, 2020 | Sep 10, 2015 | Issued |
| Utility - NSPCT | (008KR) In-Line Nasal Delivery Device | 10-2018-7009528 | | Republic of Korea | KR | Sep 9, 2016 | | 10-2018-0052662 | May 18, 2018 | Apr 4, 2018 | Sep 10, 2015 | Pending |
| Utility - NSPCT | (008MX) In-Line Nasal Delivery Device | MX/a/2018/002895 | 397293 | Mexico | MX | Sep 9, 2016 | Nov 9, 2022 | | | Mar 7, 2018 | Sep 10, 2015 | Issued |
| Utility - NSPCT | (008NZ) In-Line Nasal Delivery Device | 741171 | 741171 | New Zealand | NZ | Sep 9, 2016 | Apr 29, 2022 | 741171 | Jan 28, 2022 | Mar 28, 2018 | Sep 10, 2015 | Issued |
| Utility - NSPCT | (008US) In-Line Nasal Delivery Device | 15/759,447 | 11,266,799 | United States of America | US | Sep 9, 2016 | Mar 8, 2022 | 2018-0256836 | Sep 13, 2018 | Mar 12, 2018 | Sep 10, 2015 | Issued |
| Utility - CON | (008USC3) In-Line Nasal Delivery Device | 18/297,601 | | United States of America | US | Apr 8, 2023 | | 2023-0241334 | Aug 3, 2023 | | Sep 10, 2015 | Pending |
| Utility - CON | (008USC4) In-Line Nasal Delivery Device | 18/538,917 | | United States of America | US | Dec 13, 2023 | | | | | | Pending |
| Utility - NSPCT | (008ZA) In-Line Nasal Delivery Device | 2018/01543 | 2018/01543 | South Africa | ZA | Sep 9, 2016 | Aug 31, 2022 | | | Mar 6, 2018 | Sep 10, 2015 | Issued |
| Utility - NSPCT | (009EP) Intranasal Device With Dip Tube | 18881599.7 | | European Patent Office | EP | Nov 21, 2018 | | 3713628 | Sep 30, 2020 | May 21, 2020 | Nov 21, 2017 | Allowed |
| Utility - NSPCT | (009HK) Intranasal Device With Dip Tube | 62021025263.6 | | Hong Kong | HK | Nov 21, 2018 | | 40036055 | | Feb 8, 2021 | Nov 21, 2017 | Pending |
| Utility - NSPCT | (009JP) Intranasal Device With Dip Tube | 2020-528005 | 7191099 | Japan | JP | Nov 21, 2018 | Dec 8, 2022 | 2021-503989 | Feb 15, 2021 | May 20, 2020 | Nov 21, 2017 | Issued |
| Utility - NPREG | (009US) Intranasal Device With Dip Tube | 16/198,403 | 11,571,532 | United States of America | US | Nov 21, 2018 | Feb 7, 2023 | 2019-0151579 | May 23, 2019 | | Nov 21, 2017 | Issued |
| Utility - NSPCT | (010CA) Intranasal Device with Inlet Interface | 3,081,680 | | Canada | CA | Nov 21, 2018 | | | | May 4, 2020 | Nov 21, 2017 | Pending |
| Utility - NSPCT | (010CN) Intranasal Device with Inlet Interface | 201880075221.1 | ZL 201880075221.1 | China | CN | Nov 21, 2018 | Aug 16, 2022 | CN 111372635 B | Jul 3, 2020 | May 21, 2020 | Nov 21, 2017 | Issued |

| Utility - NSPCT | (010EP) Intranasal Device with Inlet Interface | 18880741.6 | | European Patent Office | EP | Nov 21, 2018 | | 3713626 | Sep 30, 2020 | May 21, 2020 | Nov 21, 2017 | Allowed |
| Utility - ORG | (010HK) Intranasal Device with Inlet Interface | 62021024307.2 | | Hong Kong | HK | Nov 21, 2018 | | 40034724 | | Jan 26, 2021 | Nov 21, 2017 | Pending |
| Utility - NPREG | (010US) Intranasal Device with Inlet Interface | 16/198,312 | 11,395,887 | United States of America | US | Nov 21, 2018 | Jul 26, 2022 | 2019-0151576 | May 23, 2019 | | Nov 21, 2017 | Issued |

| APPLICATION TYPE | TITLE | APPLICATION NUMBER | PATENT NUMBER | COUNTRY | COUNTRY WIPO ID | FILE DATE | ISSUE DATE | PUBLICATION NUMBER | PUBLICATION DATE | LOCAL FILING DATE | PRIORITY DATE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utility - CON | (010USC1) Intranasal Device with Inlet Interface | 17/835,256 | | United States of America | US | Jun 8, 2022 | | 2022-0323698 | Oct 13, 2022 | | Nov 21, 2017 | Allowed |
| Utility - NSPCT | (011AU) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 2019205318 | 2019205318 | Australia | AU | Jan 4, 2019 | Jun 9, 2022 | 2019205318 | Jul 30, 2020 | Jul 10, 2020 | Jan 5, 2018 | Issued |
| Utility - NSPCT | (011BR) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | BR 11 2020 013744-8 | | Brazil | BR | Jan 4, 2019 | | | | Jul 3, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (011CA) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 3,088,942 | 3088942 | Canada | CA | Jan 4, 2019 | Jan 3, 2023 | | | Jul 2, 2020 | Jan 5, 2018 | Issued |
| Utility - EPPAT | (011CH) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 3735244 | Switzerland | CH | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - NSPCT | (011CN) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 201980016882.1 | | China | CN | Jan 4, 2019 | | CN 111936140 A | Nov 13, 2020 | Sep 2, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (011EP) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 3735244 | European Patent Office | EP | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | Jul 21, 2020 | Jan 5, 2018 | Issued |
| Utility - EPPAT | (011PBE) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 3735244 | Belgium | BE | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - EPPAT | (011FDE) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 60 2019 022 249.1 | Germany | DE | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - EPPAT | (011PES) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 3735244 | Spain | ES | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - EPPAT | (011PFR) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 3735244 | France | FR | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - EPPAT | (011PIT) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 502023000004236 | Italy | IT | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - EPPAT | (011PNL) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 3735244 | Netherlands | NL | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - EPPAT | (011GB) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 3735244 | United Kingdom | GB | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - ORG | (011HK) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 62021029274.9 | 40039614 | Hong Kong | HK | Jan 4, 2019 | Apr 14, 2023 | 40039614 | | Apr 14, 2021 | Jan 5, 2018 | Issued |
| Utility - NSPCT | (011IN) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 202047033483 | | India | IN | Jan 4, 2019 | | 202047033483 A | Sep 18, 2020 | Aug 5, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (011JP) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 2020-537473 | 7317020 | Japan | JP | Jan 4, 2019 | Jul 20, 2023 | 2021-510155 | Apr 15, 2021 | Jul 6, 2020 | Jan 5, 2018 | Issued |
| Utility - NSPCT | (011KR) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 10-2020-7022585 | | Republic of Korea | KR | Jan 4, 2019 | | 10-2020-0118032 | Oct 14, 2020 | Aug 4, 2020 | Jan 5, 2018 | Pending |
| Utility - EPPAT | (011LU) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 19735973.0 | 3735244 | Luxembourg | LU | Jan 4, 2019 | Nov 23, 2022 | 3735244 | Nov 11, 2020 | | Jan 5, 2018 | Issued |
| Utility - CON | (011USC1) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 17/062,364 | 11,185,497 | United States of America | US | Oct 2, 2020 | Nov 30, 2021 | 2021-0022995 | Jan 28, 2021 | | Jan 5, 2018 | Issued |
| Utility - CON | (011USC2) Intranasal Delivery of Dihydroergotamine by Precision Olfactory Device | 17/492,136 | | United States of America | US | Oct 1, 2021 | | 2022-0105030 | Apr 7, 2022 | | Jan 5, 2018 | Pending |
| Utility - NSPCT | (012CA) Intranasal Delivery of Levodopa Powder By Precision Olfactory Device | 3,087,696 | | Canada | CA | Jan 4, 2019 | | | | Jul 3, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (012EP) Intranasal Delivery of Levodopa Powder by Precision Olfactory Device | 19735763.5 | | European Patent Office | EP | Jan 4, 2019 | | 3735298 | Nov 11, 2020 | Jul 21, 2020 | Jan 5, 2018 | Pending |
| Utility - CON | (012USC1) Intranasal Delivery of Levodopa Powder by Precision Olfactory Device | 17/498,381 | | United States of America | US | Oct 11, 2021 | | 2022-0296504 | Sep 22, 2022 | | Jan 5, 2018 | Pending |
| Utility - NSPCT | (013AU) Intranasal Delivery of Olanzapine By Precision Olfactory Device | 2019205329 | 2019205329 | Australia | AU | Jan 4, 2019 | Aug 3, 2023 | 2019205329 | Jul 30, 2020 | Jul 13, 2020 | Jan 5, 2018 | Issued |
| Utility - NSPCT | (013BR) Intranasal Delivery of Olanzapine By Precision Olfactory Device | BR 11 2020 013750-2 | | Brazil | BR | Jan 4, 2019 | | | | Jul 3, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (013CA) Intranasal Delivery of Olanzapine By Precision Olfactory Device | 3,087,698 | | Canada | CA | Jan 4, 2019 | | | | Jul 3, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (013CN) Intranasal Delivery of Olanzapine By Precision Olfactory Device | 201980016880.2 | | China | CN | Jan 4, 2019 | | CN 111836615 A | Oct 27, 2020 | Sep 2, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (013EP) Intranasal Delivery of Olanzapine By Precision Olfactory Device | 19735694.2 | | European Patent Office | EP | Jan 4, 2019 | | 3735223 | Nov 11, 2020 | Jul 21, 2020 | Jan 5, 2018 | Pending |
| Utility - ORG | (013HK) Intranasal Delivery of Olanzapine By Precision Olfactory Device | 62021029305.1 | | Hong Kong | HK | Jan 4, 2019 | | 40039329 | | Apr 14, 2021 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (013IN) Intranasal Delivery of Olanzapine By Precision Olfactory Device | 202047033486 | | India | IN | Jan 4, 2019 | | 202047033486 A | Sep 11, 2020 | Aug 5, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (013JP) Intranasal Delivery of Olanzapine By Precision Olfactory Device | 2020-537508 | | Japan | JP | Jan 4, 2019 | | 2021-509677 | Apr 1, 2021 | Jul 6, 2020 | Jan 5, 2018 | Pending |
| Utility - NSPCT | (013KR) Intranasal Delivery of Olanzapine By Precision Olfactory Device | 10-2020-7022587 | | Republic of Korea | KR | Jan 4, 2019 | | 10-2020-0118034 | Oct 14, 2020 | Aug 4, 2020 | Jan 5, 2018 | Pending |

| Utility - NPREG | (013US) Intranasal Delivery of Olanzapine by Precision Olfactory Device | 16/240,653 | 11,278,492 | United States of America | US | Jan 4, 2019 | Mar 22, 2022 | 2019-0240150 | Aug 8, 2019 | | Jan 5, 2018 | Issued |

| APPLICATION TYPE | TITLE | APPLICATION NUMBER | PATENT NUMBER | COUNTRY | COUNTRY WIPO ID | FILE DATE | ISSUE DATE | PUBLICATION NUMBER | PUBLICATION DATE | LOCAL FILING DATE | PRIORITY DATE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utility - CON | (013USC1) Intranasal Delivery of Olanzapine by Precision Olfactory Device | 17/574,511 | 11,752,100 | United States of America | US | Jan 12, 2022 | Sep 12, 2023 | 2022-0183965 | Jun 16, 2022 | | Jan 5, 2018 | Issued |
| Utility - CON | (013USC2) Intranasal Delivery of Olanzapine by Precision Olfactory Device | 18/357,927 | | United States of America | US | Jul 24, 2023 | | | | | Jan 5, 2018 | Pending |
| Utility - NSPCT | (014CN) Respiratory Tract Delivery of Levodopa and Dopa Decarboxylase Inhibitor for Treatment of Parkinson's Disease | 201980061336.X | | China | CN | Jul 19, 2019 | | CN 112955134 A | Jun 11, 2021 | Mar 18, 2021 | Jul 19, 2018 | Pending |
| Utility - NSPCT | (014EP) Respiratory Tract Delivery of Levodopa and Dopa Decarboxylase Inhibitor for Treatment of Parkinson's Disease | 19838654.2 | | European Patent Office | EP | Jul 19, 2019 | | 3823607 | May 26, 2021 | Feb 1, 2021 | Jul 19, 2018 | Pending |
| Utility - NSPCT | (014JP) Respiratory Tract Delivery of Levodopa and Dopa Decarboxylase Inhibitor for Treatment of Parkinson's Disease | 2021-502918 | | Japan | JP | Jul 19, 2019 | | 2021-532098 | Nov 25, 2021 | Jan 19, 2021 | Jul 19, 2018 | Pending |
| Utility - NSPCT | (014KR) Respiratory Tract Delivery of Levodopa and Dopa Decarboxylase Inhibitor for Treatment of Parkinson's Disease | 10-2021-7004903 | | Republic of Korea | KR | Jul 19, 2019 | | 10-2021-0034047 | Mar 29, 2021 | Feb 18, 2021 | Jul 19, 2018 | Pending |
| Utility - NPREG | (014US) Respiratory Tract Delivery of Levodopa and Dopa Decarboxylase Inhibitor for Treatment of Parkinson's Disease | 16/517,423 | 11,517,548 | United States of America | US | Jul 19, 2019 | Dec 6, 2022 | 2020-0046667 | Feb 13, 2020 | | Jul 19, 2018 | Issued |
| Utility - CON | (014USC1) Respiratory Tract Delivery of Levodopa and Dopa Decarboxylase Inhibitor for Treatment of Parkinson's Disease | 18/313,330 | | United States of America | US | May 6, 2023 | | | | | Jul 19, 2018 | Pending |
| Utility - DIV | (014USD1) Respiratory Tract Delivery of Levodopa and Dopa Decarboxylase Inhibitor for Treatment of Parkinson's Disease | 17/682,033 | 11,690,819 | United States of America | US | Feb 28, 2022 | Jul 4, 2023 | 2022-0233486 | Jul 28, 2022 | | Jul 19, 2018 | Issued |
| Utility - NSPCT | (015AU) Nasal Drug Delivery Device | 2019418744 | 2019418744 | Australia | AU | Dec 17, 2019 | Nov 16, 2023 | 2019418744 | Jul 22, 2021 | Jun 28, 2021 | Jan 3, 2019 | Issued |
| Utility - NSPCT | (015BR) Nasal Drug Delivery Device | BR 11 2021 013244-9 | | Brazil | BR | Dec 17, 2019 | | | | Jul 5, 2021 | Jan 3, 2019 | Pending |
| Utility - NSPCT | (015CA) Nasal Drug Delivery Device | 3,125,430 | | Canada | CA | Dec 17, 2019 | | | | Jun 29, 2021 | Jan 3, 2019 | Allowed |
| Utility - NSPCT | (015CN) Nasal Drug Delivery Device | 201980092137.5 | ZL 201980092137.5 | China | CN | Dec 17, 2019 | Sep 9, 2022 | CN 113473967 A | Oct 1, 2021 | Aug 13, 2021 | Jan 3, 2019 | Issued |
| Utility - NSPCT | (015EP) Nasal Drug Delivery Device | 19907973.2 | | European Patent Office | EP | Dec 17, 2019 | | 3906017 | Nov 10, 2021 | Jul 1, 2021 | Jan 3, 2019 | Pending |
| Utility - ORG | (015HK) Nasal Drug Delivery Device | 62022053022.9 | | Hong Kong | HK | Dec 17, 2019 | | | | Jun 24, 2022 | Jan 3, 2019 | Pending |
| Utility - NSPCT | (015IL) Nasal Drug Delivery Device | 284362 | 284362 | Israel | IL | Dec 17, 2019 | May 2, 2023 | 284362 | Feb 1, 2023 | Jun 24, 2021 | Jan 3, 2019 | Issued |
| Utility - NSPCT | (015IN) Nasal Drug Delivery Device | 202147013648 | | India | IN | Dec 17, 2019 | | 202147013648 | Jul 30, 2021 | Jul 27, 2021 | Jan 3, 2019 | Pending |
| Utility - NSPCT | (015JP) Nasal Drug Delivery Device | 2021-539346 | 7213991 | Japan | JP | Dec 17, 2019 | Jan 19, 2023 | 2022-517757 | Mar 10, 2022 | Jul 5, 2021 | Jan 3, 2019 | Issued |
| Utility - NSPCT | (015KR) Nasal Drug Delivery Device | 10-2021-7023935 | | Republic of Korea | KR | Dec 17, 2019 | | 10-2021-0109007 | Sep 3, 2021 | Jul 27, 2021 | Jan 3, 2019 | Allowed |
| Utility - NSPCT | (015MX) Nasal Drug Delivery Device | MX/a/2021/008082 | | Mexico | MX | Dec 17, 2019 | | MX/a/2021/008082 | Sep 1, 2021 | Jul 1, 2021 | Jan 3, 2019 | Allowed |
| Utility - NSPCT | (015NZ) Nasal Drug Delivery Device | 777687 | | New Zealand | NZ | Dec 17, 2019 | | | | Jun 28, 2021 | Jan 3, 2019 | Pending |
| Utility - NSPCT | (015SG) Nasal Drug Delivery Device | 11202107019V | | Singapore | SG | Dec 17, 2019 | | | | Jun 26, 2021 | Jan 3, 2019 | Pending |
| Utility - NSPCT | (015US) Nasal Drug Delivery Device | 17/420,640 | 11,759,585 | United States of America | US | Dec 17, 2019 | Sep 19, 2023 | 2022-0088327 | Mar 24, 2022 | Jul 2, 2021 | Jan 3, 2019 | Issued |
| Utility - NSPCT | (015ZA) Nasal Drug Delivery Device | 2021/04682 | 2021/04682 | South Africa | ZA | Dec 17, 2019 | Nov 30, 2022 | | | Jul 5, 2021 | Jan 3, 2019 | Issued |
| Utility - NSPCT | (016AU) Single-Use Nasal Delivery Device | 2020277313 | | Australia | AU | May 15, 2020 | | | | Dec 12, 2021 | May 17, 2019 | Pending |
| Utility - NSPCT | (016BR) Single-Use Nasal Delivery Device | BR 11 2021 023049-1 | | Brazil | BR | May 15, 2020 | | | | Nov 17, 2021 | May 17, 2019 | Pending |
| Utility - NSPCT | (016CA) Single-Use Nasal Delivery Device | 3,140,374 | | Canada | CA | May 15, 2020 | | | | Nov 12, 2021 | May 17, 2019 | Pending |
| Utility - NSPCT | (016CN) Single-Use Nasal Delivery Device | 202080046714.X | | China | CN | May 15, 2020 | | CN 114025816 A | Feb 8, 2022 | Dec 24, 2021 | May 17, 2019 | Pending |
| Utility - NSPCT | (016EP) Single-Use Nasal Delivery Device | 20808724.7 | | European Patent Office | EP | May 15, 2020 | | 3969085 | Mar 23, 2022 | Nov 19, 2021 | May 17, 2019 | Pending |
| Utility - ORG | (016HK) Single-Use Nasal Delivery Device | 62022054694.4 | | Hong Kong | HK | May 15, 2020 | | 40066820 | | Aug 26, 2022 | May 17, 2019 | Pending |
| Utility - NSPCT | (016IN) Single-Use Nasal Delivery Device | 202147057493 | | India | IN | May 15, 2020 | | 202147057493 | Jan 28, 2022 | Dec 10, 2021 | May 17, 2019 | Pending |
| Utility - NSPCT | (016JP) Single-Use Nasal Delivery Device | 2021-568728 | | Japan | JP | May 15, 2020 | | 2022-532259 | Jul 13, 2022 | Nov 17, 2021 | May 17, 2019 | Pending |
| Utility - NSPCT | (016KR) Single-Use Nasal Delivery Device | 10-2021-7041344 | | Republic of Korea | KR | May 15, 2020 | | 10-2022-0010011 | Jan 25, 2022 | Dec 16, 2021 | May 17, 2019 | Pending |
| Utility - NPREG | (016US) Single-Use Nasal Delivery Device | 16/875,906 | | United States of America | US | May 15, 2020 | | 2020-0360627 | Nov 19, 2020 | | May 17, 2019 | Allowed |
| Utility - NSPCT | (018AU) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 2021207626 | | Australia | AU | Jan 13, 2021 | | | | Aug 4, 2022 | Jan 14, 2020 | Pending |
| Utility - NSPCT | (018BR) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | BR 11 2022 013796-6 | | Brazil | BR | Jan 13, 2021 | | | | Jul 12, 2022 | Jan 14, 2020 | Pending |
| Utility - NSPCT | (018CA) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 3,167,555 | | Canada | CA | Jan 13, 2021 | | | | Jul 11, 2022 | Jan 14, 2020 | Pending |
| Utility - NSPCT | (018CN) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 202180020957.0 | | China | CN | Jan 13, 2021 | | CN 115279371 A | Nov 1, 2022 | Sep 13, 2022 | Jan 14, 2020 | Pending |
| Utility - NSPCT | (018EP) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 21741027.3 | | European Patent Office | EP | Jan 13, 2021 | | 4090331 | Nov 23, 2022 | Jul 19, 2022 | Jan 14, 2020 | Pending |

Impel Issued and Pending Matters as of 2023-12-14

| Utility - ORG | (018HK) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 62022064577.9 | | Hong Kong | HK | Jan 13, 2021 | | 40075485 | | Nov 24, 2022 | Jan 14, 2020 | Pending |
| Utility - NSPCT | (018JP) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 2022-543038 | | Japan | JP | Jan 13, 2021 | | 2023-511547 | Mar 20, 2023 | Jul 14, 2022 | Jan 14, 2020 | Pending |

| APPLICATION TYPE | TITLE | APPLICATION NUMBER | PATENT NUMBER | COUNTRY | COUNTRY WIPO ID | FILE DATE | ISSUE DATE | PUBLICATION NUMBER | PUBLICATION DATE | LOCAL FILING DATE | PRIORITY DATE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utility - NSPCT | (018KR) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 10-2022-7028096 | | Republic of Korea | KR | Jan 13, 2021 | | 10-2022-0129586 | Sep 23, 2022 | Aug 12, 2022 | Jan 14, 2020 | Pending |
| Utility - NPREG | (018US) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 17/148,154 | | United States of America | US | Jan 13, 2021 | | 2021-0236485 | Aug 5, 2021 | | Jan 14, 2020 | Pending |
| Utility - NPREG | (018US) Repeated Administration of Dihydroergotamine for Treatment of Frequent Migraine Headaches | 18/482,856 | | United States of America | US | Oct 7, 2023 | | | | | | Pending |

Annex 2 (b) 2 Trademark Assets

| Trademark | TM Image | Country | Class | App. Date App. No. | Reg. Date Reg. No. | Next Renewal | Status |
|-----------|----------|---------|-------|--------------------|--------------------|--------------|--------|
| IMPEL | | Austria | 10 | 6/22/2017 A0068020 | 6/22/2017 IR 1361080 | 6/22/2027 | Registered |
| IMPEL | | Canada | 10, 42, 44 | 6/23/2017 1844268 | 10/27/2020 TMA1086254 | 10/27/2030 | Registered |
| IMPEL | | China | 10 | 6/22/2017 A0068020 | 6/22/2017 IR 1361080 | 6/22/2027 | Registered |
| IMPEL | | EUTM | 10 | 6/22/2017 A0068020 | 6/22/2017 IR 1361080 | 6/22/2027 | Registered |
| IMPEL | | India | 10 | 6/22/2017 A0068020 | 6/22/2017 IR 1361080 | 6/22/2027 | Registered |
| IMPEL | | Japan | 10 | 6/22/2017 A0068020 | 6/22/2017 IR 1361080 | 6/22/2027 | Registered |
| IMPEL | | Mexico | 10 | 6/22/2017 1934521 / A0068020 | 6/22/2017 IR 1361080 / 2477867 | 6/22/2027 | Registered |
| IMPEL | | South Korea | 10 | 6/22/2017 A0068020 | 6/22/2017 IR 1361080 | 6/22/2027 | Registered |
| IMPEL | | United Kingdom | 10 | 6/22/2017 A0068020 | 6/22/2017 IR 1361080 | 6/22/2027 | Registered |

| Trademark | TM Image | Country | Class | App. Date / App. No. | Reg. Date / Reg. No. | Next Renewal | Status |
|---|---|---|---|---|---|---|---|
| IMPEL | | United Kingdom | 10 | 6/22/2017<br>UK00801361080 | 6/22/2017<br>UK00801361080 | 6/22/2027 | Registered |
| IMPEL | | United States | 10, 42 | 12/23/2016<br>87279985 | 7/18/2017<br>5246085 | 7/18/2027 | Registered |
| IMPEL | | WIPO | 10 | 6/22/2017<br>A0068020 | 6/22/2017<br>IR 1361080 | 6/22/2027 | Registered |
| IMPEL (and IMPEL Logo) | | Australia | 10 | 9/13/2019<br>2037078 | 5/11/2020<br>2037078 | 9/13/2029 | Registered |
| IMPEL (in simplified Chinese characters) | | China | 10 | 7/21/2017<br>25444110 | 7/21/2018<br>25444110 | 7/20/2028 | Registered |
| IMPEL DOTS Logo (in color) | | Australia | 5, 10, 35, 42, 44 | 10/4/2022<br>A0128057 / 2315410 | 10/4/2022<br>IR 1696890 | 10/4/2032 | Registered |
| IMPEL DOTS Logo (in color) | | Canada | 5, 10, 35, 42, 44 | 10/4/2022<br>A0128057 / 2222811 | IR 1696890 | | Pending |
| IMPEL DOTS Logo (in color) | | China | 10 | 10/4/2022<br>A0128057 | IR 1696890 | | Pending |
| IMPEL DOTS Logo (in color) | | EUTM | 5, 10, 35, 42, 44 | 10/4/2022<br>A0128057 | 10/4/2022<br>IR 1696890 | 10/4/2032 | Registered |

| Trademark | TM Image | Country | Class | App. Date App. No. | Reg. Date Reg. No. | Next Renewal | Status |
|---|---|---|---|---|---|---|---|
| IMPEL DOTS Logo (in color) | | Mexico | 10 | 10/4/2022 A0128057 | IR 1696890 | | Pending |
| IMPEL DOTS Logo (in color) | | Mexico | 35 | 10/4/2022 A0128057 | IR 1696890 | | Pending |
| IMPEL DOTS Logo (in color) | | Mexico | 42 | 10/4/2022 A0128057 | IR 1696890 | | Pending |
| IMPEL DOTS Logo (in color) | | Mexico | 44 | 10/4/2022 A0128057 | IR 1696890 | | Pending |
| IMPEL DOTS Logo (in color) | | Mexico | 5 | 10/4/2022 A0128057 | IR 1696890 | | Pending |
| IMPEL DOTS Logo (in color) | | South Korea | 5, 10, 35, 42, 44 | 10/4/2022 A0128057 | IR 1696890 | | Pending |
| IMPEL DOTS Logo (in color) | | United Kingdom | 5, 10, 35, 42, 44 | 10/4/2022 A0128057 | 10/4/2022 IR 1696890 | 10/4/2032 | Registered |

| Trademark | TM Image | Country | Class | App. Date App. No. | Reg. Date Reg. No. | Next Renewal | Status |
|---|---|---|---|---|---|---|---|
| IMPEL DOTS Logo (in color) |  | United States | 5, 10, 35, 42, 44 | 4/5/2022 97347411 | | | Pending |
| IMPEL DOTS Logo (in color) |  | WIPO | 5, 10, 35, 42, 44 | 10/4/2022 A0128057 | 10/4/2022 IR 1696890 | 10/4/2032 | Registered |
| IMPEL Logo |  | Australia | 10 | 6/23/2017 A0068043 | 6/23/2017 IR 1362565 | 6/23/2027 | Registered |
| IMPEL Logo |  | Canada | 10, 42, 44 | 6/23/2017 1844270 | 2/18/2021 TMA1093962 | 2/18/2031 | Registered |
| IMPEL Logo |  | China | 10 | 6/23/2017 A0068043 | 6/23/2017 IR 1362565 | 6/23/2027 | Registered |
| IMPEL Logo |  | EUTM | 10 | 6/23/2017 A0068043 | 6/23/2017 IR 1362565 | 6/23/2027 | Registered |
| IMPEL Logo |  | India | 10 | 6/23/2017 A0068043 | 6/23/2017 IR 1362565 | 6/23/2027 | Registered |
| IMPEL Logo |  | Japan | 10 | 6/23/2017 A0068043 | 6/23/2017 IR 1362565 | 6/23/2027 | Registered |

| Trademark | TM Image | Country | Class | App. Date / App. No. | Reg. Date / Reg. No. | Next Renewal | Status |
|---|---|---|---|---|---|---|---|
| IMPEL Logo |  | Mexico | 10 | 6/23/2017<br>1941236 / A0068043 | 6/23/2017<br>1976573 / IR 1362565 | 6/23/2027 | Registered |
| IMPEL Logo |  | South Korea | 10 | 6/23/2017<br>A0068043 | 6/23/2017<br>IR 1362565 | 6/23/2027 | Registered |
| IMPEL Logo |  | United Kingdom | 10 | 6/23/2017<br>A0068043 | 6/23/2017<br>IR 1362565 | 6/23/2027 | Registered |
| IMPEL Logo |  | United Kingdom | 10 | 6/23/2017<br>UK00801362565 | 6/23/2017<br>UK00801362565 | 6/23/2027 | Registered |
| IMPEL Logo |  | WIPO | 10 | 6/23/2017<br>A0068043 | 6/23/2017<br>IR 1362565 | 6/23/2027 | Registered |
| IMPELPOD | | Canada | 10 | 7/2/2020<br>2037728 | | | Pending |
| IMPELPOD | | China | 10 | 8/14/2018<br>32866749 | 4/28/2019<br>32866749 | 4/27/2029 | Registered |
| IMPELPOD | | Japan | 10 | 6/4/2018<br>2018073552 | 5/10/2019<br>6142856 | 5/10/2029 | Registered |
| IMPELPOD | | Mexico | 10 | 9/13/2018<br>2099268 | | | Pending |

| Trademark | TM Image | Country | Class | App. Date App. No. | Reg. Date Reg. No. | Next Renewal | Status |
|---|---|---|---|---|---|---|---|
| IMPELPOD | | South Korea | 10 | 5/15/2018 4020180065479 | 2/14/2019 401447269 | 2/14/2029 | Registered |
| POD | | Australia | 10 | 6/23/2017 A0068025 | 6/23/2017 1868238 / IR 1361766 | 6/23/2027 | Registered |
| POD | | EUTM | 10 | 6/23/2017 A0068025 | 6/12/2017 IR 1361766 | 6/23/2027 | Registered |
| POD | | India | 10 | 6/23/2017 A0068025 | 6/23/2017 IR 1361766 | 6/23/2027 | Registered |
| POD | | United Kingdom | 10 | 6/23/2017 A0068025 | 6/23/2017 IR 1361766 | 6/23/2027 | Registered |
| POD | | United Kingdom | 10 | 6/23/2017 UK00801361766 | 6/12/2017 UK00801361766 | 6/23/2027 | Registered |
| POD | | United States | 10 | 1/3/2017 87288146 | 3/20/2018 5425969 | 3/20/2028 | Registered |
| POD | | WIPO | 10 | 6/23/2017 A0068025 | 6/23/2017 IR 1361766 | 6/23/2027 | Registered |
| TRUDHESA | | Australia | 5 | 2/12/2020 2068247 | 9/21/2020 2068247 | 2/12/2030 | Registered |
| TRUDHESA | | Canada | 5 | 2/12/2020 2011118 | | | Pending |

| Trademark | TM Image | Country | Class | App. Date App. No. | Reg. Date Reg. No. | Next Renewal | Status |
|-----------|----------|---------|-------|--------------------|--------------------|--------------|--------|
| TRUDHESA | | China | 5 | 2/13/2020 44059589 | 10/21/2020 44059589 | 10/20/2030 | Registered |
| TRUDHESA | | EUTM | 5 | 2/12/2020 018194677 | 6/13/2020 018194677 | 2/12/2030 | Registered |
| TRUDHESA | | India | 5 | 2/14/2020 4441189 | 10/22/2020 4441189 | 2/14/2030 | Registered |
| TRUDHESA | | Japan | 5 | 2/13/2020 2020015209 | 10/6/2020 6300807 | 10/6/2030 | Registered |
| TRUDHESA | | Mexico | 5 | 2/12/2020 2329211 | 10/5/2020 2152309 | 2/12/2030 | Registered |
| TRUDHESA | | South Korea | 5 | 2/12/2020 4020200022924 | 11/12/2020 401661992 | 11/12/2030 | Registered |
| TRUDHESA | | United Kingdom | 5 | 2/12/2020 3466091 | 8/8/2020 3466091 | 2/12/2030 | Registered |
| TRUDHESA | | United Kingdom | 5 | 2/12/2020 UK00918194677 | 6/13/2020 UK00918194677 | 2/12/2030 | Registered |
| TRUDHESA | | United States | 35, 44 | 8/16/2021 90885069 | 11/22/2022 6908531 | 11/22/2032 | Registered |
| TRUDHESA | | United States | 5 | 8/14/2019 88578186 | 3/1/2022 6660150 | 3/1/2032 | Registered |

| Trademark | TM Image | Country | Class | App. Date App. No. | Reg. Date Reg. No. | Next Renewal | Status |
|-----------|----------|---------|-------|--------------------|--------------------|--------------|--------|
| TRUDHESA Logo |  | United States | 5 | 1/21/2020 88768014 | 4/5/2022 6694745 | 4/5/2032 | Registered |

*Record Count 64*

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 61

## INTERNET DOMAIN NAMES AND WEBSITES

Impel Pharmaceuticals Inc.
Case No. 23-80016
Schedule AB 61.  Internet domain names and websites.

| Website and Domain Name | Ownership Date | Expiration Date | Net Book Value of Debtor's Interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| IMPELNEUROPHARMA.COM | 8/11/2008 | 8/11/2024 | Undetermined | Net Book Value | Undetermined |
| IMPELNP.COM | 3/4/2014 | 3/4/2024 | Undetermined | Net Book Value | Undetermined |
| IMPELRX.COM | 4/23/2015 | 4/23/2025 | Undetermined | Net Book Value | Undetermined |
| aboutdhephi.com | 10/3/2018 | 10/3/2028 | Undetermined | Net Book Value | Undetermined |
| dhephirx.com | 10/3/2018 | 10/3/2028 | Undetermined | Net Book Value | Undetermined |
| impelnp.info | 2/3/2019 | 2/3/2024 | Undetermined | Net Book Value | Undetermined |
| impelnp.net | 2/3/2019 | 2/3/2024 | Undetermined | Net Book Value | Undetermined |
| impelnp.biz | 3/21/2019 | 3/21/2024 | Undetermined | Net Book Value | Undetermined |
| impelnp.co | 3/21/2019 | 3/21/2024 | Undetermined | Net Book Value | Undetermined |
| impelnp.co.uk | 3/21/2019 | 3/21/2024 | Undetermined | Net Book Value | Undetermined |
| impelnp.io | 3/21/2019 | 3/21/2024 | Undetermined | Net Book Value | Undetermined |
| impelnp.online | 3/21/2019 | 3/21/2024 | Undetermined | Net Book Value | Undetermined |
| impelnp.us | 3/21/2019 | 3/21/2024 | Undetermined | Net Book Value | Undetermined |
| impelnponline.com | 3/21/2019 | 3/21/2024 | Undetermined | Net Book Value | Undetermined |
| myimpelnp.com | 3/21/2019 | 3/21/2024 | Undetermined | Net Book Value | Undetermined |
| aboutdhe.com | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| aboutdhe.info | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| aboutdhe.net | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| aboutdhe.org | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| trudhesa.com | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| trudhesa.info | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| trudhesa.net | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| trudhesa.org | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| trudhesahcp.com | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| trudhesahcp.info | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| trudhesahcp.net | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| trudhesahcp.org | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| tulifta.com | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| tulifta.info | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| tulifta.net | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| tulifta.org | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| tuliftahcp.com | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| tuliftahcp.info | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| tuliftahcp.net | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| tuliftahcp.org | 7/31/2019 | 7/31/2025 | Undetermined | Net Book Value | Undetermined |
| reroutemigrainerelief.com | 4/28/2022 | 12/17/2025 | Undetermined | Net Book Value | Undetermined |
| impelvva.com | 3/4/2021 | 3/4/2024 | Undetermined | Net Book Value | Undetermined |
| reroutemigrainerelietfhcp.com | 4/28/2022 | 3/23/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.biz | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.co.uk | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.com | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.info | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.io | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.mobi | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.net | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.org | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.us | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.biz | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.co.uk | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.com | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.info | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |

**Impel Pharmaceuticals Inc.**
**Case No. 23-80016**
**Schedule AB 61.  Internet domain names and websites.**

| Website and Domain Name | Ownership Date | Expiration Date | Net Book Value of Debtor's Interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| impelpharmaceuticals.io | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.mobi | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.net | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.org | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.us | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.biz | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.co.uk | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.info | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.io | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.mobi | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.net | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.org | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.us | 12/1/2021 | 12/1/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.co | 12/1/2021 | 12/2/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharma.online | 12/1/2021 | 12/2/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.co | 12/1/2021 | 12/2/2026 | Undetermined | Net Book Value | Undetermined |
| impelpharmaceuticals.online | 12/1/2021 | 12/2/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.co | 12/1/2021 | 12/2/2026 | Undetermined | Net Book Value | Undetermined |
| impelrx.online | 12/1/2021 | 12/2/2026 | Undetermined | Net Book Value | Undetermined |
| hightechdeliveryformigraine.com | 3/30/2022 | 3/30/2027 | Undetermined | Net Book Value | Undetermined |
| impelboothexperience.com | 3/30/2022 | 3/30/2027 | Undetermined | Net Book Value | Undetermined |
| impelboothonline.com | 3/30/2022 | 3/30/2027 | Undetermined | Net Book Value | Undetermined |
| impelmigrainebooth.com | 3/30/2022 | 3/30/2027 | Undetermined | Net Book Value | Undetermined |
| treatmigrainethroughthenose.com | 3/30/2022 | 3/30/2027 | Undetermined | Net Book Value | Undetermined |
| | | | **Undetermined** | **Net Book Value** | **Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 73

## INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**Impel Pharmaceuticals Inc.**
**Case No. 23-80016**
**Schedule AB 73.  Interests in insurance policies or annuities.**

| Company | Account number / Policy number | Description | Beneficiary | Insured party | Current value of debtor's interest |
|---|---|---|---|---|---|
| Phoenix Insurance Company | H6309T03997APHX23 | Domestic Package (Property, General Liability) | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Travelers Indemnity Company of America | 8109T0265672I2G | Commercial Automobile | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| ACE American Insurance Company | PHFD96470460001 | Foreign Package | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Travelers Prop Casualty Company of America | UB1W5725262I2G | Workers Compensation | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Travelers Prop Casualty Company of America | CUP0X6842822I2 | Umbrella | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Westfield Specialty Insurance Company | XSL00004J702 | Excess Liability | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Underwriters at Lloyd, London (Beazley) | W1565A231001 | Product & Clinical Trial Liability | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Illinois Union Insurance Company | PPLG4680272A004 | Pollution Liability | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Beazley Insurance Company | FALV14SIO23PNGF | Cargo | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Underwriters at Lloyd, London (Beazley) | W23F7A230001 | Cyber | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Hiscox Insurance Company Inc. | UKA301942222 | Special Contingency | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Endurance American Specialty Insurance Company | MAP30015689500 | Management Liability (Employment Practices Liability, FiduciaryLiability) | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Travelers Casualty and Surety Companyof America | 107431269 | ERISA Bond | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Axis Insurance Company | P-001-000836447-02 | Directors & Officers Liability ($5M Primary) | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Hudson Insurance Company | HN-0303-7389-042323 | 1st Excess Directors & Officers Liability $5M x $5M | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Endurance American Insurance | DOX30018708701 | 2nd Excess Directors & Officers Liability $5M x $10M | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Atlantic Specialty Insurance | MMX-04436-23 | 3rd Excess Directors & Officers Liability $5M x $15M | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| ACE American Insurance | DOX G71091405 002 | 4th Excess Side-A and DIC Directors & Officers Liability $5M x $20M | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Old Republic Insurance Company | ORPRO 12 103417 | 5th Excess Side-A and DIC Directors & Officers Liability $5M x $25M | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| Hiscox Insurance Company Inc. | UC2481263023 | Crime | Impel Pharmaceuticals | Impel Pharmaceuticals | Undetermined |
| **Total** | | | | | **Undetermined** |

| Debtor Name | **Impel Pharmaceuticals Inc.** | | |
|---|---|---|---|

**United States Bankruptcy Court for the Northern District of Texas**

Case number (if known):     **23-80016**

[X] Check if this is an
amended filing

<u>Official Form 206D</u>

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

[ ] No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

[X] Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|

| **2.1** | | |
|---|---|---|
| **Creditor's name**<br>OAKTREE FUND ADMINISTRATION, LLC | **Describe debtor's property that is subject to a lien**<br>SECURED BY SUBSTANTIALLY ALL REAL, PERSONAL,<br>AND MIXED<br>PROPERTY OF IMPEL, SUBJECT TO THE EXCLUSIONS SPECIFIED<br>IN THE UNDERLYING SECURITY DOCUMENTS | $127,026,463.65 | UNKNOWN |

**Creditor's mailing address**
251 LITTLE FALLS DR
WILMINGTON, DE 19808

**Describe the lien**

Senior Secured Loans

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

[X] No

[ ] Yes

**Date debt was incurred**

**Last four digits of
account number**

**Is anyone else liable on this claim?**

[X] No

[ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same
property?**

[X] No

[ ] Yes. Specify each creditor, including this
creditor, and its relative priority.

[X] No. Specify each creditor, including this creditor,
and its relative priority.

[ ] Yes.  The relative priority of creditors is specified on
lines

**As of the petition filing date, the claim is:**

[ ] Contingent

[ ] Unliquidated

[ ] Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**

$127,026,463.65

| Debtor Name | **Impel Pharmaceuticals Inc.** | |
|---|---|---|

**United States Bankruptcy Court for the Northern District of Texas**

Case number (if known):      **23-80016**

☒ Check if this is an amended filing

### Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**   If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>**COBRA**<br>**7500 SECURITY BLVD**<br>**MAIL STOP C1-22-06**<br>**BALTIMORE, MD 21244** | As of the petition filing date, the claim is:<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $874.00 | $874.00 |
| | Date or dates debt was incurred | **Basis for the claim:**<br>WAGE MOTION | | |
| | Last 4 digits of account number | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5  ) | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>NAME REDACTED<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,617.00 | $10,617.00 |
| | Date or dates debt was incurred | **Basis for the claim:**<br>WAGE MOTION | | |
| | Last 4 digits of account number | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  ) | | | |
| **2.3** | **Priority creditor's name and mailing address**<br>NAME REDACTED<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,613.00 | $13,613.00 |
| | Date or dates debt was incurred | **Basis for the claim:**<br>WAGE MOTION | | |
| | Last 4 digits of account number | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  ) | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,894.00 | $13,894.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,187.00 | $3,187.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,295.00 | $6,295.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,215.00 | $12,215.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,150.00 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,818.37 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,397.36 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,296.94 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,558.36 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED
ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5 )

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,466.30 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED
ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5 )

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,612.89 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED
ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5 )

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,293.72 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED
ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5 )

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,911.33 | $15,150.00 |

**NAME REDACTED**
**ADDRESS REDACTED**

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,187.91 | $14,187.91 |

**NAME REDACTED**
**ADDRESS REDACTED**

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,175.10 | $14,175.10 |

**NAME REDACTED**
**ADDRESS REDACTED**

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,840.61 | $13,840.61 |

**NAME REDACTED**
**ADDRESS REDACTED**

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,797.57 | $13,797.57 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,246.32 | $15,150.00 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,495.56 | $15,150.00 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,748.38 | $14,748.38 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,380.00 | $10,380.00 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,799.54 | $12,799.54 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,036.70 | $3,036.70 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,932.41 | $9,932.41 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,179.90 | $15,150.00 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,259.11 | $3,259.11 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,466.81 | $11,466.81 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,970.30 | $8,970.30 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,523.91 | $8,523.91 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,459.90 | $9,459.90 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,245.94 | $9,245.94 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,829.23 | $9,829.23 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,811.79 | $7,811.79 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,418.60 | $7,418.60 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,126.39 | $7,126.39 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,008.13 | $8,008.13 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| | | | |
|---|---|---|---|
| **2.40** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,833.08 | $6,833.08 |

**2.40** Priority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:   $6,833.08   $6,833.08

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGE MOTION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5  )

---

**2.41** Priority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:   $7,484.91   $7,484.91

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGE MOTION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5  )

---

**2.42** Priority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:   $7,274.77   $7,274.77

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGE MOTION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5  )

---

**2.43** Priority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:   $7,694.48   $7,694.48

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGE MOTION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,341.74 | $7,341.74 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,812.57 | $8,812.57 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,913.16 | $8,913.16 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,139.28 | $6,139.28 |
|---|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5   )

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,631.55 | $7,631.55 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,672.79 | $5,672.79 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,224.94 | $9,224.94 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,145.05 | $6,145.05 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,732.90 | $3,732.90 |
|---|---|---|---|---|
| | NAME REDACTED | | | |
| | ADDRESS REDACTED | [X] Contingent | | |
| | | [ ] Unliquidated | | |
| | | [ ] Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | WAGE MOTION | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | | [✓] No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5 ) | [ ] Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,297.45 | $8,297.45 |
|---|---|---|---|---|
| | NAME REDACTED | | | |
| | ADDRESS REDACTED | [X] Contingent | | |
| | | [ ] Unliquidated | | |
| | | [ ] Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | WAGE MOTION | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | | [✓] No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5 ) | [ ] Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,096.84 | $3,096.84 |
|---|---|---|---|---|
| | NAME REDACTED | | | |
| | ADDRESS REDACTED | [X] Contingent | | |
| | | [ ] Unliquidated | | |
| | | [ ] Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | WAGE MOTION | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | | [✓] No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5 ) | [ ] Yes | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,335.07 | $5,335.07 |
|---|---|---|---|---|
| | NAME REDACTED | | | |
| | ADDRESS REDACTED | [X] Contingent | | |
| | | [ ] Unliquidated | | |
| | | [ ] Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | WAGE MOTION | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | | [✓] No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5 ) | [ ] Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,698.96 | $4,698.96 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,625.65 | $8,625.65 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,695.02 | $4,695.02 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,893.47 | $4,893.47 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,746.08 | $4,746.08 |
|---|---|---|---|---|

**2.60**

Priority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

**2.61**

Priority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:        $4,720.70        $4,720.70

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

**2.62**

Priority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:        $4,819.76        $4,819.76

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

**2.63**

Priority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:        $3,182.76        $3,182.76

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| | | | |
|---|---|---|---|
| **2.64** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,800.70 | $4,800.70 |

**2.64** **Priority creditor's name and mailing address**
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,800.70 $4,800.70

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

**2.65** **Priority creditor's name and mailing address**
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,385.27 $4,385.27

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

**2.66** **Priority creditor's name and mailing address**
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,937.68 $4,937.68

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

---

**2.67** **Priority creditor's name and mailing address**
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,438.01 $4,438.01

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,958.98 | $3,958.98 |
| | NAME REDACTED | | | |
| | ADDRESS REDACTED | ☒ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | WAGE MOTION | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | | ☒ No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5 ) | ☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,397.76 | $4,397.76 |
| | NAME REDACTED | | | |
| | ADDRESS REDACTED | ☒ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | WAGE MOTION | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | | ☒ No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5 ) | ☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,754.66 | $3,754.66 |
| | NAME REDACTED | | | |
| | ADDRESS REDACTED | ☒ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | WAGE MOTION | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | | ☒ No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5 ) | ☐ Yes | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,078.75 | $4,078.75 |
| | NAME REDACTED | | | |
| | ADDRESS REDACTED | ☒ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | WAGE MOTION | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | | ☒ No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 and 5 ) | ☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,695.56 | $3,695.56 |
|------|------|------|------|------|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,795.02 | $3,795.02 |
|------|------|------|------|------|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,551.60 | $3,551.60 |
|------|------|------|------|------|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $917.10 | $917.10 |
|------|------|------|------|------|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5  )

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,101.82 | $3,101.82 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5 )

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,196.46 | $3,196.46 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5 )

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.33 | $217.33 |
|---|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 and 5 )

---

Debtor Name    **Impel Pharmaceuticals Inc.**    Case number (if known): **23-80016**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

AGENCY FOR HEALTH CARE ADMINISTRATION
ATTN: ANA ARISTIZABAL
2727 MAHAN DR
TALLAHASSEE, FL 32308

As of the petition filing date, the claim is:    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

AGENCY FOR HEALTH CARE ADMINISTRATION
ATTN: ANA ARISTIZABAL
2727 MAHAN DR
TALLAHASSEE, FL 32308

As of the petition filing date, the claim is:    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

AGENCY FOR HEALTH CARE ADMINISTRATION
ATTN: JESSEKA FORBES
2727 MAHAN DR
TALLAHASSEE, FL 32308

As of the petition filing date, the claim is:    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

AGENCY FOR HEALTH CARE ADMINISTRATION
ATTN: JESSEKA FORBES
2727 MAHAN DR MS 20
TALLAHASSEE, FL 32308

As of the petition filing date, the claim is:    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

AGENCY FOR HEALTH CARE ADMINISTRATION
C/O GAINWELL
ATTN: JENNIFER BOYD
477 VIKING DR, STE 310
VIRGINIA BEACH, VA 23452

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

ALABAMA MEDICAID AGENCY
C/O HPE
ATTN: HEATHER VEGA
301 TECHNACENTER DR
MONTGOMERY, AL 36117

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

ALABAMA MEDICAID AGENCY
C/O HPE
ATTN: HEATHER VEGA
301 TECHNACENTER DR
MONTGOMERY, AL 36117

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

ALABAMA MEDICAID AGENCY
C/O HPE
ATTN: HEATHER VEGA
301 TECHNACENTER DR
MONTGOMERY, AL 36117

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.9** | Nonpriority creditor's name and mailing address

ALABAMA MEDICAID AGENCY
ATTN: KELLI LITTLEJOHN NEWMAN
501 DEXTER AVE
P.O. BOX 5623
MONTGOMERY, AL 36103

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE DUR CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.10** | Nonpriority creditor's name and mailing address

ALABAMA MEDICAID AGENCY
ATTN: HEATHER VEGA
301 TECHNACENTER DR
MONTGOMERY, AL 36117

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.11** | Nonpriority creditor's name and mailing address

ALASKA DIVISION OF HEALTH CARE SERVICES
ATTN: CHARLES SEMLING
4601 BUSINESS PARK BLVD, BLDG K
ANCHORAGE, AK 99503

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.12** | Nonpriority creditor's name and mailing address

ALASKA DIVISION OF HEALTH CARE SERVICES
ATTN: CHARLES SEMLING
4601 BUSINESS PARK BLVD, BLDG K
ANCHORAGE, AK 99503

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE POLICY CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

ALASKA DIVISION OF HEALTH CARE SERVICES
ATTN: MATTHEW PARROTT
4601 BUSINESS PARK BLVD BLDG K
ANCHORAGE, AK 99503

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

ALASKA DIVISION OF HEALTH CARE SERVICES
C/O MAGELLAN RX
ATTN: JENNIFER EGBERT
11013 BROAD ST
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

ALASKA DIVISION OF HEALTH CARE SERVICES
C/O MAGELLAN RX
ATTN: MARTIN VINCENT
11013 W BROAD ST
GLEN ALLEN, VA 23116

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,175.58 |
|---|---|---|---|

ALMAC CLINICAL SERVICES
25 FRETZ RD
SOUDERTON, PA 18964

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67,152.61 |
|---|---|---|---|

AMEX
200 VESEY ST
NEW YORK, NY 10285

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGE MOTION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

ANDERSEN TAX
100 1ST ST
SAN FRANCISCO, CA 94105

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,000.00 |
|---|---|---|---|

ANDERSONBRECON INC
DBA PCI PHARMA SVCS
C/O MILLER NASH LLP
ATTN: JOHN R KNAPP, JR
605 5TH AVE S, STE 900
SEATTLE, WA 98104

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

ARIZONA - AHCCCS
ATTN: JENNIFER MCCRAY
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.21** Nonpriority creditor's name and mailing address

ARIZONA - AHCCCS
ATTN: MARTIN VINCENT
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE TECHNICAL CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.22** Nonpriority creditor's name and mailing address

ARIZONA - AHCCCS
ATTN: SUZANNE BERMAN
801 E JEFFERSON
PHOENIX, AZ 85052

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE POLICY CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.23** Nonpriority creditor's name and mailing address

ARIZONA - AHCCCS
C/O AZ HEALTH CARE COST CONTAINMENT SYSTEM
ATTN: MARK RUTTER
801 E JEFFERSON
MD4200
PHOENIX, AZ 85052

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE MDRP CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.24** Nonpriority creditor's name and mailing address

ARIZONA - AHCCCS

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE DUR CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

ARKANSAS DMS PHARMACY PROGRAM
C/O MAGELLAN RX MANAGEMENT
ATTN: DAVID PINKSTON
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

ARKANSAS DMS PHARMACY PROGRAM
C/O ARKANSAS DEPT OF HUMAN SERVICES
ATTN: CYNTHIA NEUHOFEL
700 MAIN ST, SLOT S415
LITTLE ROCK, AR 72201

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

ARKANSAS DMS PHARMACY PROGRAM
C/O ARKANSAS DHS DMS
ATTN: CYNTHIA NEUHOFEL
700 MAIN ST, SLOT S415
LITTLE ROCK, AR 72201

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

ARKANSAS DMS PHARMACY PROGRAM
C/O ARKANSAS DHS DMS
ATTN: CYNTHIA NEUHOFEL
700 MAIN ST, SLOT S415
LITTLE ROCK, AR 72201

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

ARKANSAS DMS PHARMACY PROGRAM
ATTN: CINNAMON PEARSON
700 MAIN ST, SLOT S415
LITTLE ROCK, AR 72201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395,536.90 |
|---|---|---|---|

ASCENT HEALTH SERVICES LLC
1 EXPRESS WAY
ST LOUIS, MO 63121

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $497,392.59 |
|---|---|---|---|

ASPN PHARMACIES, LLC
200 PARK AVE, STE 300
FLORHAM PARK, NJ 07932

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,086.45 |
|---|---|---|---|

BAKER TILLY US, LLP
8626 N HIMES AVE
TAMPA, FL 33614

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,400.00 |
|---|---|---|---|

BEANWORKS SOLUTIONS
1159 HAMILTON ST
VANCOUVER, BC V6B 5P6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,542.42 |
|---|---|---|---|

BMR-201 ELLIOTT AVENUE LLC
RE: BIOMED REALTY
17190 BERNARDO CENTER DR
SAN DIEGO, CA 92128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

CA DEPT OF HEALTH SERVICES
ATTN: BASSANT KHALIL
1501 CAPITOL AVE
SACRAMENTO, CA 95814

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

CA DEPT OF HEALTH SERVICES
ATTN: IVANA THOMPSON
1501 CAPITOL AVE, MS 4604
SACRAMENTO, CA 95814

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37**

**Nonpriority creditor's name and mailing address**

CA DEPT OF HEALTH SERVICES
C/O CA-MMIS
ATTN: SHELLEY SILVA
830 STILL WATER RD
MS 4712
W SACRAMENTO, CA 95605

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**

CA DEPT OF HEALTH SERVICES
ATTN: SHELLEY SILVA
830 STILL WATER RD
MS 4712
W SACRAMENTO, CA 95605

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**

CA DEPT OF HEALTH SERVICES
ATTN: LINH LE
1501 CAPITOL AVE
MS 4604
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**

CARDINAL HEALTH
7000 CARDINAL PL
DUBLIN, OH 43017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $49,202.79

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

CUSTOMER PROGRAMS

**Is the claim subject to offset?**

[✓] No
[ ] Yes

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,692.62 |
| | CAREMARK LLC<br>1 CVS DR<br>WOONSOCKET, RI 02895 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed |
| | | **Basis for the claim:** |
| | **Date or dates debt was incurred** | TRADE PAYABLE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes |

| | | |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $45,043.05 |
| | CAREPOINT HEALTHCARE LLC<br>9 COMMERCE DR<br>SCHAUMBURG, IL 60173 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed |
| | | **Basis for the claim:** |
| | **Date or dates debt was incurred** | TRADE PAYABLE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes |

| | | |
|---|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $54,452.67 |
| | CCG CORPORATE MAILINGS, INC<br>14 HENDERSON DR<br>W CALDWELL, NJ 07006 | [ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed |
| | | **Basis for the claim:** |
| | **Date or dates debt was incurred** | TRADE PAYABLE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes |

| | | |
|---|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $613.43 |
| | CDW<br>200 N MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | [ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed |
| | | **Basis for the claim:** |
| | **Date or dates debt was incurred** | TRADE PAYABLE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS)**
**CENTER FOR MEDICARE**
**DIVISION OF PART D POLICY**
**MAILSTOP C1-26-16**
**7500 SECURITY BLVD**
**BALTIMORE, MD 21244-1850**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,290.56 |
|---|---|---|---|

**CFI WORKSPACE**
**7001 N PARK DR**
**PENNSAUKEN, NJ 08109**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**TRADE PAYABLE**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56,921.70 |
|---|---|---|---|

**CITELINE**
**CAERUS US 1 INC**
**1 PENN PLZ, STE 2505**
**NEW YORK, NY 10119**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**TRADE PAYABLE**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,472.74 |
|---|---|---|---|

**CLEANEARTH**
**29338 NETWORK PL**
**CHICAGO, IL 60673**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**TRADE PAYABLE**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| | | |
|---|---|---|
| **3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $26,675.36 |
| | CLINIGEN CSM, INC<br>342 42ND ST<br>S FARGO, ND 58103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE |
| | **Date or dates debt was incurred** | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $6,120.00 |
| | CLOSE CONSULTING<br>9899 ZIG ZAG RD<br>CINCINNATI, OH 45242 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE |
| | **Date or dates debt was incurred** | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $3,677.42 |
| | CMTJ & ASSOCIATES<br>ATTN: CLAUDIA MCGOLDRICK<br>117 SPUR LN<br>W CHESTER, PA 19382 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE |
| | **Date or dates debt was incurred** | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $13,894.25 |
| | COBBLESTONE SYSTEMS CORP<br>428 S WHITE HORSE PIKE<br>LINDENWOOD, NJ 08021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE |
| | **Date or dates debt was incurred** | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

COLORADO HEALTH CARE POLICY & FINANCING
ATTN: JEFF TAYLOR
1570 GRANT ST
DENVER, CO 80203

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

COLORADO HEALTH CARE POLICY & FINANCING
ATTN: THOMAS LEAHEY
1570 GRANT ST
DENVER, CO 80203-1714

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

COLORADO HEALTH CARE POLICY & FINANCING
ATTN: TOM LEAHEY
1570 GRANT ST
DENVER, CO 80203-1714

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

COLORADO HEALTH CARE POLICY & FINANCING
C/O MAGELLAN HEALTH
ATTN: BOB ROCHO
11013 W BROAD ST
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.57** | **Nonpriority creditor's name and mailing address**

COLORADO HEALTH CARE POLICY & FINANCING
C/O MAGELLANRX
ATTN: MARTIN VINCENT
11013 W BROAD ST
GLEN ALLEN, VA 23060

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

CONNECTICUT DEPT OF SOCIAL SERVICES
C/O GAINWELL TECHNOLOGIES
ATTN: PATRICIA BARTOLOTTA
55 HARTLAND ST
E HARTFORD, CT 06108

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

CONNECTICUT DEPT OF SOCIAL SERVICES
C/O GAINWELL TECHNOLOGIES-C
ATTN: JOE MORASUTTI
55 HARTLAND ST
E HARTFORD, CT 06108

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

CONNECTICUT DEPT OF SOCIAL SERVICES
C/O CT DEPT OF SOCIAL SERVICES
ATTN: JASON GOTT
55 FARMINGTON AVE
HARTFORD, CT 06105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

CONNECTICUT DEPT OF SOCIAL SERVICES
C/O CT DEPT OF SOCIAL SERVICES
ATTN: JASON GOTT
55 FARMINGTON AVE
HARTFORD, CT 06105

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

CONNECTICUT DEPT OF SOCIAL SERVICES
ATTN: JASON GOTT
55 FARMINGTON AVE
HARTFORD, CT 06105

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,691.50 |
|---|---|---|---|

CONNOR GROUP
60 E 42ND ST, STE 920
NEW YORK, NY 10165

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,411.74 |
|---|---|---|---|

CPA GLOBAL
2318 MILL RD, 12TH FL
ALEXANDRIA, VA 22314

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,913.00

DEERFIELD AGENCY, LLC
555 E NORTH LN, BLDG D, STE 5020, W LOBBY
CONSHOHOCKEN, PA 19428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

DELAWARE DIV OF MEDICAID
C/O DELAWARE HEALTH & SOCIAL SERVICES
ATTN: BRIAN MABIE
P.O. BOX 906
NEW CASTLE, DE 19720

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

DELAWARE DIV OF MEDICAID
C/O DMMA
ATTN: BRIAN MABIE
1901 N DUPONT HWY, LEWIS BLDG
NEW CASTLE, DE 19720

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

DELAWARE DIV OF MEDICAID
C/O DMMA
ATTN: BRIAN MABIE
1901 N DUPONT HWY, LEWIS BLDG
NEW CASTLE, DE 19720

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

DELAWARE DIV OF MEDICAID
C/O DMMA
ATTN: BRIAN MABIE
1901 N DUPONT HWY, LEWIS BLDG
NEW CASTLE, DE 19720

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

DELAWARE DIV OF MEDICAID
C/O DMMA
ATTN: UNKYONG GOLDIE
1901 N DUPONT HWY, LEWIS BLDG
NEW CASTLE, DE 19720

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,282.98

DIGITAL MEDIA (INTRADO)
770 N HALSTED ST, STE 500
CHICAGO, IL 60642

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

DISTRICT OF COLUMBIA
ATTN: CHARLENE FAIRFAX
441 4TH ST NW, STE 900 S
WASHINGTON, DC 20001

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.73**

**Nonpriority creditor's name and mailing address**

DISTRICT OF COLUMBIA
ATTN: CHARLENE FAIRFAX
441 4TH ST NW, STE 900 S
WASHINGTON, DC 20001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**

DISTRICT OF COLUMBIA
C/O CONDUENT
ATTN: ALICE WEISS JD
441-4TH ST NW 9TH FL
WASHINGTON, DC 20001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE POLICY CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**

DISTRICT OF COLUMBIA
C/O CONDUENT
ATTN: ANTOINE NELSON
12365 A RIATA TRACE PKWY, STE 100
AUSTIN, TX 78727

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**

DISTRICT OF COLUMBIA
C/O CONDUENT
ATTN: DARRIN SHAFFER
441-4TH ST NW, STE 900 S
WASHINGTON, DC 20001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.77** | **Nonpriority creditor's name and mailing address**

DIVIDEND GROUP LLC
330 N BRAND BLVD, STE 700
GLENDALE, CA 91203

**As of the petition filing date, the claim is:** $3,472.53

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL SOLUTIONS
35 W WACKER DR
CHICAGO, IL 60601

**As of the petition filing date, the claim is:** $40,650.88

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

EMERALD SEARCH PARTNERS
600 UNIVERSITY ST
SEATTLE, WA 98101

**As of the petition filing date, the claim is:** $3,879.07

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGE MOTION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**

EPL ARCHIVES
45610 TERMINAL DR
STERLING, VA 20166

**As of the petition filing date, the claim is:** $1,250.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.89 |

EQUINITY TRUST CO
6201 15TH AVE
BROOKLYN, NY 11219

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,358.17 |

EXPRESS SCRIPTS INC
1 EXPRESS WAY
ST LOUIS, MO 63121

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.97 |

FEDEX
942 S SHADY GROVE RD
MEMPHIS, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,240.90 |

FISHER & PHILLIPS LLP
2 LOGAN SQ
100 N 18TH ST, 12TH FL
PHILADELPHIA, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,295.00

FRONTIERS MEDIA SA
AVENUE DU TRIBUNAL-FEDERAL 34
LAUSANNE, 1005
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00

FUTURE MEDICINE
UNITEC HOUSE
2 ALBERT PL
LONDON, N3 1QB
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

GEORGIA DEPT OF COMMUNITY HEALTH
ATTN: GILLETTA GRAY
2 PEACHTREE ST
ATLANTA, GA 30303

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

GEORGIA DEPT OF COMMUNITY HEALTH
C/O MAGELLAN HEALTH
ATTN: JENNIFER MCCRAY
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

GEORGIA DEPT OF COMMUNITY HEALTH
ATTN: PETER D'ALBA
2 MARTIN LUTHER KING JR DR SE
E TOWER: 19521
ATLANTA, GA 30304

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

GEORGIA DEPT OF COMMUNITY HEALTH
ATTN: PETER D'ALBA
2 MARTIN LUTHER KING JR DR SE
E TOWER: 19521H
ATLANTA, GA 30334

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

GEORGIA DEPT OF COMMUNITY HEALTH
C/O MAGELLAN RX MANAGEMENT
ATTN: MARTIN VINCENT
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $292,661.03

GOOD APPLE
P.O. BOX 1695
LAKEVILLE, CT 06039

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $770.65 |
|------|--------------------------------------------------|-----------------------------------------------|---------|

GREATLAND
2480 WALKER AVE
GRAND RAPIDS, MI 49544

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,657.20 |
|------|--------------------------------------------------|-----------------------------------------------|------------|

HEALTHCARE ALLIANCE GROUP
101 LAUREL RD, STE 100
VOORHEES, NJ 08043

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|------|--------------------------------------------------|-----------------------------------------------|-------|

IDAHO HEALTH & WELFARE
ATTN: TAMARA EIDE
3232 ELDER ST
BOISE, ID 83705

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE DUR CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|------|--------------------------------------------------|-----------------------------------------------|-------|

IDAHO HEALTH & WELFARE
C/O MAGELLAN HEALTH
ATTN: JENNIFER MCCRAY
1103 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.97**

**Nonpriority creditor's name and mailing address**

IDAHO HEALTH & WELFARE
C/O STATE OF IDAHO DEPT HEALTH & WEL
ATTN: TAMARA EIDE
450 W STATE ST
BOISE, ID 83704

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**

IDAHO HEALTH & WELFARE
C/O STATE OF IDAHO DEPT HEALTH & WELFARE
ATTN: TAMARA EIDE
450 W STATE ST
BOISE, ID 83702

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.99**

**Nonpriority creditor's name and mailing address**

IDAHO HEALTH & WELFARE
C/O STATE OF IDAHO DEPT HEALTH & WELFARE
ATTN: TAMI EIDE
450 W STATE ST
BOISE, ID 83702

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**

IL DEPT OF HEALTHCARE & FAMILY SERVICES
ATTN: TYLER WHITE
201 S GRAND AVE E, 2ND FL
SPRINGFIELD, IL 62763-0002

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

IL DEPT OF HEALTHCARE & FAMILY SERVICES
ATTN: TYLER WHITE
201 S GRAND AVE E, 2ND FL
SPRINGFIELD, IL 62763-0002

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

IL DEPT OF HEALTHCARE & FAMILY SERVICES
ATTN: TYLER WHITE
201 S GRAND AVE E, 2ND FL
SPRINGFIELD, IL 62763-0002

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

IL DEPT OF HEALTHCARE & FAMILY SERVICES
ATTN: TYLER WHITE
201 S GRAND AVE E, 2ND FL
SPRINGFIELD, IL 62763-0002

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

IL DEPT OF HEALTHCARE & FAMILY SERVICES
ATTN: CHRISTINA PETRYKIW
833 S WOOD ST
CHICAGO, IL 60612

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,684.01 |

IMPRINT SCIENCE
3 COLUMBUS CIR, 7TH FL
NEW YORK, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

INDIANA FAMILY & SOCIAL SERVICE ADMIN
ATTN: LESLIE LUGO
402 W WASHINGTON ST, RM W374
INDIANAPOLIS, IN 46204

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

INDIANA FAMILY & SOCIAL SERVICE ADMIN
ATTN: MARC SHIRLEY
402 W WASHINGTON ST, RM W374
INDIANAPOLIS, IN 46204

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

INDIANA FAMILY & SOCIAL SERVICE ADMIN
C/O OPTUMRX
ATTN: LESLIE LUGO
402 W WASHINGTON ST, RM W374
INDIANAPOLIS, IN 46204

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.109** Nonpriority creditor's name and mailing address

INDIANA FAMILY & SOCIAL SERVICE ADMIN
C/O OPTUMRX
ATTN: MARTHA BLAIR
150 W MARKET ST, STE 300
INDIANAPOLIS, IN 46204

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE REBATE CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.110** Nonpriority creditor's name and mailing address

INDIANA FAMILY & SOCIAL SERVICE ADMIN
C/O OPTUMRX
ATTN: STEVE SMITH
1200 ALTMORE AVE
ALTMORE TWO, STE 600
SANDY SPRINGS, GA 30342

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.111** Nonpriority creditor's name and mailing address

INSIGHTSOFTWARE
8529 SIX FORKS RD, STE 300
RALEIGH, NC 27615

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $13,195.42

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.112** Nonpriority creditor's name and mailing address

INTEGRICHAIN
8 PENN CTR
1628 JFK BLVD, STE 300
PHILADELPHIA, PA 19103

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $26,742.78

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
CUSTOMER PROGRAMS

Is the claim subject to offset?
[ ] No
[✓] Yes

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

IOWA DEPARTMENT OF HUMAN SERVICES
ATTN: PAMELA SMITH
1305 E WALNUT ST
DES MOINES, IA 50319

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

IOWA DEPARTMENT OF HUMAN SERVICES
C/O IOWA MEDICAID
ATTN: ABBY CATE
1305 E WALNUT ST
DES MOINES, IA 50319

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

IOWA DEPARTMENT OF HUMAN SERVICES
C/O IOWA MEDICAID
ATTN: ABBY CATE
1305 E WALNUT ST
DES MOINES, IA 50319

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

IOWA DEPARTMENT OF HUMAN SERVICES
C/O CHANGE HEALTHCARE
ATTN: SHERRI COKE
6906 IRIS CT
BAYTOWN, TX 77521

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

IOWA DEPARTMENT OF HUMAN SERVICES
C/O CHANGE HEALTHCARE
ATTN: SHARI MARTIN
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $780.00 |
|---|---|---|---|

JENNASON LLC
18450 RUTLEDGE RD
WAYZATA, MN 55391

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,000.00 |
|---|---|---|---|

JUICE PHARMA WORLDWIDE
132 W 31ST ST
NEW YORK, NY 10001

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $134.00 |
|---|---|---|---|

KBF CPAS LLP
400 SPECTRUM CENTER DR
IRVINE, CA 92618

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.121**

Nonpriority creditor's name and mailing address

KENTUCKY DEPT FOR MEDICAID SERVICES
ATTN: FATIMA ALI
275 E MAIN ST
FRANKFORT, KY 40601

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE DUR CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.122**

Nonpriority creditor's name and mailing address

KENTUCKY DEPT FOR MEDICAID SERVICES
ATTN: FATIMA ALI
275 E MAIN ST
FRANKFORT, KY 40601

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE MDRP CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.123**

Nonpriority creditor's name and mailing address

KENTUCKY DEPT FOR MEDICAID SERVICES
ATTN: FATIMA ALI
275 E MAIN ST
FRANKFORT, KY 40601

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE POLICY CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.124**

Nonpriority creditor's name and mailing address

KENTUCKY DEPT FOR MEDICAID SERVICES
C/O MAGELLAN HEALTH
ATTN: SUSAN IRBY
11013 W BROAD ST
GLEN ALLEN, VA 23116

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE TECHNICAL CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

KENTUCKY DEPT FOR MEDICAID SERVICES
C/O MAGELLAN HEALTH
ATTN: TAMMY A SLINKER
11013 W BROAD ST
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

KS DEPT OF HEALTH & ENVIRO, DHCF
C/O GAINWELL TECHNOLOGIES
ATTN: CINDY HEMMINGER
6511 SE FORBES AVE
TOPEKA, KS 66619

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

KS DEPT OF HEALTH & ENVIRO, DHCF
C/O GAINWELL TECHNOLOGIES
ATTN: CINDY HEMMINGER
6511 SE FORBES AVE
TOPEKA, KS 66619

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

KS DEPT OF HEALTH & ENVIRO, DHCF
ATTN: VICTOR NGUYEN
900 SW JACKSON ST, STE 900-N
TOPEKA, KS 66612

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

KS DEPT OF HEALTH & ENVIRO, DHCF
ATTN: VICTOR NGUYEN
900 SW JACKSON ST, STE 900-N
TOPEKA, KS 66612

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

KS DEPT OF HEALTH & ENVIRO, DHCF
ATTN: VICTOR NGUYEN
900 SW JACKSON ST, STE 900-N
TOPEKA, KS 66612

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.00 |

LIFE SCIENCE LEGAL LLC
750 17TH ST NW
WASHINGTON, DC 20006

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,222.71 |

LIFE STORAGE LP
6467 MAIN ST
WILLIAMSVILLE, NY 14221

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.133** Nonpriority creditor's name and mailing address

LOUISIANA DEPARTMENT OF HEALTH
ATTN: SUE FONTENOT
628 N 4TH ST
BATON ROUGE, LA 70821-9030

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE DUR CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.134** Nonpriority creditor's name and mailing address

LOUISIANA DEPARTMENT OF HEALTH
ATTN: RACHEL BROUSSARD
628 NORTH 4TH ST
BATON ROUGE, LA 70802

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE MDRP CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.135** Nonpriority creditor's name and mailing address

LOUISIANA DEPARTMENT OF HEALTH
ATTN: MELWYN WENDT
628 NORTH 4TH ST
BATON ROUGE, LA 70802

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE POLICY CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.136** Nonpriority creditor's name and mailing address

LOUISIANA DEPARTMENT OF HEALTH
C/O GAINWELL TECHNOLOGIES
ATTN: JONETTE VALEGA
8591 UNITED PLAZA BLVD
BATON ROUGE, LA 70809

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE TECHNICAL CONTACT

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.137** Nonpriority creditor's name and mailing address

LOUISIANA DEPARTMENT OF HEALTH
C/O MAGELLANRX
ATTN: JENNIFER EGBERT
11013 W BROAD ST
GLEN ALLEN, VA 23060

**As of the petition filing date, the claim is:**    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.138** Nonpriority creditor's name and mailing address

LUMEN
100 CENTURYLINK DR
MONROE, LA 71203

**As of the petition filing date, the claim is:**    $545.35

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.139** Nonpriority creditor's name and mailing address

MAINE DHHS
ATTN: JAN WRIGHT
STATE HOUSE STATION, STE 11
109 CAPITOL ST
AUGUSTA, ME 04333-0011

**As of the petition filing date, the claim is:**    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.140** Nonpriority creditor's name and mailing address

MAINE DHHS
ATTN: ANNE-MARIE TODERICO
109 CAPITOL ST
STATE HOUSE STATION 11
AUGUSTA, ME 04333-0011

**As of the petition filing date, the claim is:**    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

MAINE DHHS
C/O DHHS OFFICE OF MAINECARE SERVICES
ATTN: ANNE-MARIE TODERICO, PHARMD
STATE HOUSE STATION, STE 11
109 CAPITOL ST
AUGUSTA, ME 04333-0011

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

MAINE DHHS
C/O DHHS OFFICE OF MAINECARE SERVICES
ATTN: JAN WRIGHT
STATE HOUSE STATION, STE 11
109 CAPITOL ST
AUGUSTA, ME 04333-0011

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

MAINE DHHS
C/O DHHS OFFICE OF MAINECARE SERVICES
ATTN: JAN WRIGHT
STATE HOUSE STATION, STE 11
109 CAPITOL ST
AUGUSTA, ME 04333-0011

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,357.00

MAINEHEALTH
1 DANA CT
WESTBROOK, ME 04092

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,074.81

MARKETO
901 MARINERS ISLAND BLVD, STE 500
SAN MATEO, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**     TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

MARYLAND DEPARTMENT OF HEALTH (MDH)
ATTN: ATHOS ALEXANDROU
300 W PRESTON ST, 4TH FL
BALTIMORE, MD 21201

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**     POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

MARYLAND DEPARTMENT OF HEALTH (MDH)
ATTN: DORINE RASCOE
201 W PRESTON ST, 2ND FL
BALTIMORE, MD 21201

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**     POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

MARYLAND DEPARTMENT OF HEALTH (MDH)
ATTN: DORINE RASCOE
201 W PRESTON ST, 2ND FL
BALTIMORE, MD 21201

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**     POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

MARYLAND DEPARTMENT OF HEALTH (MDH)
ATTN: DORINE RASCOE
201 W PRESTON ST, 2ND FL
BALTIMORE, MD 21201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

MARYLAND DEPARTMENT OF HEALTH (MDH)
ATTN: MANGESH Y JOGLEKAR
300 W PRESTON ST
BALTIMORE, MD 21201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

MASSHEALTH
ATTN: KIMBERLY LENZ
100 HANCOCK ST, 7TH FL
QUINCY, MA 02171

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

MASSHEALTH
ATTN: RYAN BETTENCOURT
100 HANCOCK ST
QUINCY, MA 02171

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

MASSHEALTH
ATTN: RYAN BETTENCOURT
100 HANCOCK ST
QUINCY, MA 02171

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

MASSHEALTH
ATTN: RYAN BETTENCOURT
100 HANCOCK ST, 6TH FL
QUINCY, MA 02171

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

MASSHEALTH
C/O CONDUENT
ATTN: JOSEL FERNANDES
111 DEVONSHIRE ST, 8TH FL
BOSTON, MA 02109

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,276.00 |
|---|---|---|---|

MED COMMUNICATIONS, INC
5100 POPLAR AVE, STE 450
MEMPHIS, YN 38137

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

MICHIGAN DHHS
ATTN: TRISH BOUCK-PHARMACY MANAGMENT
ATTN: TRISH BOUCK
400 S PINE ST
CAPITOL COMMONS CENTER
LANSING, MI 48933

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

MICHIGAN DHHS
ATTN: TRISH BOUCK-PHARMACY MANAGMENT
ATTN: TRISH BOUCK
400 S PINE ST
LANSING, MI 48933

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

MICHIGAN DHHS
ATTN: MICHAEL MELVIN - PHARMACY SERVICES
ATTN: MICHAEL MELVIN
400 S PINE ST
LANSING, MI 48933

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

MICHIGAN DHHS
ATTN: MICHAEL MELVIN - PHARMACY SERVICES
ATTN: MICHAEL MELVIN
400 S PINE ST
LANSING, MI 48933

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

MICHIGAN DHHS
ATTN: MICHAEL MELVIN - PHARMACY SERVICES
ATTN: MICHAEL MELVIN
400 S PINE ST
LANSING, MI 48933

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

MINNESOTA DEPARTMENT OF HUMAN SERVICES
ATTN: MARY BETH REINKE
540 CEDAR ST
ST PAUL, MN 55101

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

MINNESOTA DEPARTMENT OF HUMAN SERVICES
ATTN: SHARON FEINSTEIN-ROSENBLUM
540 CEDAR ST
ST PAUL, MN 55155

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

MINNESOTA DEPARTMENT OF HUMAN SERVICES
ATTN: SHARON FEINSTEIN-ROSENBLUM
540 CEDAR ST
ST PAUL, MN 55155

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| | | |
|---|---|---|
| **3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

MINNESOTA DEPARTMENT OF HUMAN SERVICES
ATTN: SHARON FEINSTEIN-ROSENBLUM
540 CEDAR ST
ST PAUL, MN 55155

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| | | |
|---|---|---|
| **3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

MINNESOTA DEPARTMENT OF HUMAN SERVICES
ATTN: SHARON FEINSTEIN-ROSENBLUM
540 CEDAR ST
ST PAUL, MN 55155

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| | | |
|---|---|---|
| **3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

MISSISSIPPI DIVISION OF MEDICAID
C/O GAINWELL TECHNOLOGIES
ATTN: NICOLETTE DIONE
381 HIGHLAND COLONY PKWY, STE 100
RIDGELAND, MS 39157

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| | | |
|---|---|---|
| **3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

MISSISSIPPI DIVISION OF MEDICAID
ATTN: DENNIS SMITH
550 HIGH ST
JACKSON, MS 39201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

MISSISSIPPI DIVISION OF MEDICAID
C/O OFFICE OF INFORMATION TECHNOLOGY
ATTN: DIERDRE DAVIS
550 HIGH ST, STE 1000
JACKSON, MS 39201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

MISSISSIPPI DIVISION OF MEDICAID
C/O OFFICE OF PHARMACY
ATTN: TERRI KIRBY
550 HIGH ST, STE 1000
JACKSON, MS 39201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

MISSISSIPPI DIVISION OF MEDICAID
C/O OFFICE OF PHARMACY
ATTN: TERRI KIRBY
550 HIGH ST, STE 1000
JACKSON, MS 39201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

MISSOURI DEPARTMENT OF SOCIAL SERVICES
ATTN: JOSHUA MOORE
615 HOWERTON CT
JEFFERSON CITY, MO 65109

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.173** Nonpriority creditor's name and mailing address

MISSOURI DEPARTMENT OF SOCIAL SERVICES
ATTN: KERI BALLEW
615 HOWERTON CT
JEFFERSON CITY, MO 65109

As of the petition filing date, the claim is:    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE MDRP CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.174** Nonpriority creditor's name and mailing address

MISSOURI DEPARTMENT OF SOCIAL SERVICES
ATTN: KERI BALLEW
615 HOWERTON CT
JEFFERSON CITY, MO 65109

As of the petition filing date, the claim is:    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE POLICY CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.175** Nonpriority creditor's name and mailing address

MISSOURI DEPARTMENT OF SOCIAL SERVICES
ATTN: KERI BALLEW
615 HOWERTON CT
JEFFERSON CITY, MO 65109

As of the petition filing date, the claim is:    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE REBATE CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.176** Nonpriority creditor's name and mailing address

MISSOURI DEPARTMENT OF SOCIAL SERVICES
ATTN: KERI BALLEW
615 HOWERTON CT
JEFFERSON CITY, MO 65109

As of the petition filing date, the claim is:    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

MT DEPT OF HEALTH & HUMAN SERVICES
ATTN: SHANNON SEXAUER
1400 BROADWAY, RM A206
P.O. BOX 202951
HELENA, MT 59620

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

MT DEPT OF HEALTH & HUMAN SERVICES
ATTN: AMBERLINE PIERCE
1400 BROADWAY, RM A104
HELENA, MT 59620

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

MT DEPT OF HEALTH & HUMAN SERVICES
C/O MT DEPARTMENT OF HEALTH & HUMAN SERVICES
ATTN: AMBERLINE PIERCE
1400 BROADWAY, RM A104
HELENA, MT 59620

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

MT DEPT OF HEALTH & HUMAN SERVICES
C/O MT DEPARTMENT OF HEALTH & HUMAN SERVICES
ATTN: AMBERLINE PIERCE
1400 BROADWAY, RM A104
HELENA, MT 59620

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

MT DEPT OF HEALTH & HUMAN SERVICES
C/O MT DEPARTMENT OF HEALTH & HUMAN SERVICES
ATTN: DANI FEIST
1400 BROADWAY, RM A206
HELENA, MT 59620

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 |
|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,496.94 |
|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.29 |
|---|---|---|---|

NAVIA BENEFIT SOLUTIONS
600 NACHES AVE SW
RENTON, WA 98057

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

NC DIVISION OF HEALTH BENEFITS
ATTN: ANGELA SMITH
2501 MAIL SERVICE CENTER
RALEIGH, NC 27699-2501

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

NC DIVISION OF HEALTH BENEFITS
C/O GDIT
ATTN: RICK PADERICK
2610 WYCLIFF RD, STE 100
RALEIGH, NC 27607-3073

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

NC DIVISION OF HEALTH BENEFITS
C/O MAGELLAN HEALTH
ATTN: CHENISE STEPHENS
11013 W BROAD ST
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

NC DIVISION OF HEALTH BENEFITS
ATTN: KRISTA KNESS
1950 MAIL SERVICE CENTER
RALEIGH, NC 27699-1950

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NC DIVISION OF HEALTH BENEFITS
C/O NC DHHS
ATTN: ANGELA SMITH
2501 MAIL SERVICE CENTER
RALEIGH, NC 27699-2501

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NEBRASKA DEPT OF HEALTH & HUMAN SVCS
C/O NEBRASKA DHHS
ATTN: CARISA SCHWEITZER MASEK
301 CENTENNIAL MALL S, 5TH FL
P.O. BOX 925026
LINCOLN, NE 68509-5026

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NEBRASKA DEPT OF HEALTH & HUMAN SVCS
ATTN: LEAH SPENCER
301 CENTENNIAL MALL S, 5TH FL
P.O. BOX 95026
LINCOLN, NE 68509-5026

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NEBRASKA DEPT OF HEALTH & HUMAN SVCS
ATTN: JEFF ROZENDAL
301 CENTENNIAL MALL S, 5TH FL
P.O. BOX 95026
LINCOLN, NE 68509-5026

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.193** Nonpriority creditor's name and mailing address

NEBRASKA DEPT OF HEALTH & HUMAN SVCS
ATTN: AUDRA BULLOCK
301 CENTENNIAL MALL S, 5TH FL
P.O. BOX 95026
LINCOLN, NE 68509-5026

As of the petition filing date, the claim is:                          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE MDRP CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.194** Nonpriority creditor's name and mailing address

NEBRASKA DEPT OF HEALTH & HUMAN SVCS
ATTN: AUDRA BULLOCK
301 CENTENNIAL MALL S, 5TH FL
P.O. BOX 95026
LINCOLN, NE 68509-5026

As of the petition filing date, the claim is:                          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE REBATE CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.195** Nonpriority creditor's name and mailing address

NEW HAMPSHIRE MEDICAID
ATTN: LISE FARRAND
129 PLEASANT ST
CONCORD, NH 03301-3857

As of the petition filing date, the claim is:                          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE MDRP CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.196** Nonpriority creditor's name and mailing address

NEW HAMPSHIRE MEDICAID
ATTN: MARGARET CLIFFORD
129 PLEASANT ST
CONCORD, NH 03301-3852

As of the petition filing date, the claim is:                          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

POTENTIAL REBATE
STATE DUR CONTACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

NEW HAMPSHIRE MEDICAID
C/O MAGELLAN HEALTH
ATTN: JENNIFER MCCRAY
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

NEW HAMPSHIRE MEDICAID
C/O MAGELLAN HEALTH
ATTN: JOHN COX
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

NEW HAMPSHIRE MEDICAID
C/O OFFICE OF MEDICAID SERVICES
ATTN: LISE FARRAND
129 PLEASANT ST
CONCORD, NH 03301-3857

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

NEW MEXICO HUMAN SERVICES DEPARTMENT
C/O CONDUENT
ATTN: KOREN BILLIE
1720 A RANDOLPH RD SE
ALBUQUERQUE, NM 87106

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.201**  **Nonpriority creditor's name and mailing address**

NEW MEXICO HUMAN SERVICES DEPARTMENT
C/O CONDUENT
ATTN: ANTOINE NELSON
1720A RANDOLPH RD SE
ALBUQUERQUE, NM 87106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.202**  **Nonpriority creditor's name and mailing address**

NEW MEXICO HUMAN SERVICES DEPARTMENT
ATTN: NICOLE COMEAUX
1720 A RANDOLPH SE
ALBUQUERQUE, NM 87106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE POLICY CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.203**  **Nonpriority creditor's name and mailing address**

NEW MEXICO HUMAN SERVICES DEPARTMENT
ATTN: DIANA MOYA
1720 A RANDOLPH SE
ALBUQUERQUE, NM 87106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.204**  **Nonpriority creditor's name and mailing address**

NEW MEXICO HUMAN SERVICES DEPARTMENT
ATTN: JANET REESE
1 PLAZA LA PRENSA
SANTA FE, NM 87504-2348

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE DUR CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

NJ DEPARTMENT OF HUMAN SERVICES
ATTN: DAVID WILLIAMS
P.O. BOX 712
MAIL CODE 54
TENTON, NJ 08625

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

NJ DEPARTMENT OF HUMAN SERVICES
ATTN: ZANKHANA DESAI
P.O. BOX 712
TRENTON, NJ 08625-0712

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

NJ DEPARTMENT OF HUMAN SERVICES
C/O STATE OF NEW JERSEY DHS DMAHS
ATTN: DAVID WILLIAMS
P.O. BOX 712
MAIL CODE 54
TENTON, NJ 08625

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

NJ DEPARTMENT OF HUMAN SERVICES
C/O STATE OF NEW JERSEY DHS DMAHS
ATTN: DAVID WILLIAMS
P.O. BOX 712
MAIL CODE 54
TENTON, NJ 08625

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NJ DEPARTMENT OF HUMAN SERVICES
C/O STATE OF NEW JERSEY DHS DMAHS
ATTN: KAREN HAMMITT
P.O. BOX 712
MAIL CODE 54
TENTON, NJ 08625

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NORTH DAKOTA DEPT OF HUMAN SERVICES
C/O DEPT OF HUMAN SERVICES
ATTN: TERI MERCK
FISCAL ADMIN
600 E BOULEVARD AVE
BISMARCK, ND 58505-0261

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NORTH DAKOTA DEPT OF HUMAN SERVICES
ATTN: BRENDAN JOYCE
600 E BLVD, DEPT 325
BISMARCK, ND 58505-0250

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

NORTH DAKOTA DEPT OF HUMAN SERVICES
ATTN: BRENDAN JOYCE
600 E BLVD, DEPT 325
BISMARCK, ND 58505-0250

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

### 3.213 Nonpriority creditor's name and mailing address

NORTH DAKOTA DEPT OF HUMAN SERVICES
ATTN: BRENDAN JOYCE
600 E BLVD, DEPT 325
BISMARCK, ND 58505-0250

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.214 Nonpriority creditor's name and mailing address

NORTH DAKOTA DEPT OF HUMAN SERVICES
ATTN: BRENDAN JOYCE
600 E BOULEVARD AVE, DEPT 325
BISMARCK, ND 58505-0250

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.215 Nonpriority creditor's name and mailing address

NYS DEPARTMENT OF HEALTH, OHIP
ATTN: BRIAN TOUHEY
1 COMMERCE PLZ
1 COMMERCE PLZ
ALBANY, NY 12210

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.216 Nonpriority creditor's name and mailing address

NYS DEPARTMENT OF HEALTH, OHIP
ATTN: CHRISTOPHER DESORBO
99 WASHINGTON AVE
ALBANY, NY 12210

**As of the petition filing date, the claim is:**                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.217**

**Nonpriority creditor's name and mailing address**

NYS DEPARTMENT OF HEALTH, OHIP
C/O COMPUTER SCIENCE CORPORATION
ATTN: BONNY DECASTRO
99 WASHINGTON AVE
1 COMMERCE PLZ
ALBANY, NY 12210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.218**

**Nonpriority creditor's name and mailing address**

NYS DEPARTMENT OF HEALTH, OHIP
C/O MAGELLAN RX MANAGEMENT
ATTN: COURTNEY SUTTLES
15 CORNELL RD, STE 2201
LATHAM, NY 12110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.219**

**Nonpriority creditor's name and mailing address**

NYS DEPARTMENT OF HEALTH, OHIP
C/O MAGELLAN RX MANAGEMENT
ATTN: JENNIFER EGBERT
15 CORNELL RD
LATHAM, NY 12110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.220**

**Nonpriority creditor's name and mailing address**

OFFICE OF VERMONT HEALTH ACCESS
C/O DEPARTMENT OF VERMONT HEALTH ACCESS
ATTN: LISA BROUILLETTE HURTEAU
280 STATE DR, NOB 1 SOUTH
WATERBURY, VT 05671-1010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Is the claim subject to offset?**
[✔] No
[ ] Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**3.221**

**Nonpriority creditor's name and mailing address**

OFFICE OF VERMONT HEALTH ACCESS
C/O DEPARTMENT OF VERMONT HEALTH ACCESS
ATTN: LISA BROUILLETTE HURTEAU
280 STATE DR, NOB 1 SOUTH
WATERBURY, VT 05671-1010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.222**

**Nonpriority creditor's name and mailing address**

OFFICE OF VERMONT HEALTH ACCESS
C/O DEPARTMENT OF VERMONT HEALTH ACCESS
ATTN: LISA BROUILLETTE HURTEAU
280 STATE DR, NOB 1 SOUTH
WATERBURY, VT 05671-1010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.223**

**Nonpriority creditor's name and mailing address**

OFFICE OF VERMONT HEALTH ACCESS
C/O CHANGE HEALTHCARE
ATTN: SHARI MARTIN
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.224**

**Nonpriority creditor's name and mailing address**

OFFICE OF VERMONT HEALTH ACCESS
C/O CHANGE HEALTHCARE
ATTN: KRISTEN CARLSON
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

OHIO DEPARTMENT OF MEDICAID
C/O CHANGE HEALTHCARE
ATTN: IVONA COOKSON
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

OHIO DEPARTMENT OF MEDICAID
C/O CHANGE HEALTHCARE
ATTN: SHARI MARTIN
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

OHIO DEPARTMENT OF MEDICAID
ATTN: SEAN ECKARD
50 W TOWN ST, STE 400
COLUMBUS, OH 43215

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

OHIO DEPARTMENT OF MEDICAID
ATTN: SEAN ECKARD
50 W TOWN ST, STE 400
COLUMBUS, OH 43215

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.229** | Nonpriority creditor's name and mailing address

OHIO DEPARTMENT OF MEDICAID
ATTN: YANA DOUGHTY
50 W TOWN ST, STE 400
COLUMBUS, OH 43215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.230** | Nonpriority creditor's name and mailing address

OKLAHOMA HEALTH CARE AUTHORITY
ATTN: MICHELLE TAHAH
4345 N LINCOLN
OKLAHOMA CITY, OK 73105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.231** | Nonpriority creditor's name and mailing address

OKLAHOMA HEALTH CARE AUTHORITY
ATTN: ANDY CHASE
4345 N LINCOLN BLVD
OKLAHOMA CITY, OK 73105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.232** | Nonpriority creditor's name and mailing address

OKLAHOMA HEALTH CARE AUTHORITY
ATTN: BRYON PERDUE
4345 N LINCOLN BLVD
OKLAHOMA CITY, OK 73105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

### 3.233

**Nonpriority creditor's name and mailing address**

OKLAHOMA HEALTH CARE AUTHORITY
ATTN: BRYON PERDUE
4345 N LINCOLN BLVD
OKLAHOMA CITY, OK 73105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.234

**Nonpriority creditor's name and mailing address**

OKLAHOMA HEALTH CARE AUTHORITY
ATTN: BRYON PERDUE
4345 N LINCOLN BLVD
OKLAHOMA CITY, OK 73105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.235

**Nonpriority creditor's name and mailing address**

OREGON MEDICAL ASSISTANCE PROGRAMS
ATTN: DEBORAH WESTON
500 SUMMER ST NE
SALEM, OR 97301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.236

**Nonpriority creditor's name and mailing address**

OREGON MEDICAL ASSISTANCE PROGRAMS
ATTN: DEE WESTON
500 SUMMER ST NE
SALEM, OR 97301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

OREGON MEDICAL ASSISTANCE PROGRAMS
C/O DXC TECHNOLOGY
ATTN: ASIA REED
248 CHAPMAN RD, STE 100
NEWARK, DE 19702

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

OREGON MEDICAL ASSISTANCE PROGRAMS
C/O STATE OF OREGON - OR HEALTH AUTHORITY
ATTN: DEBORAH WESTON
500 SUMMER ST NE
SALEM, OR 97301

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

OREGON MEDICAL ASSISTANCE PROGRAMS
C/O STATE OF OREGON - OR HEALTH AUTHORITY
ATTN: KIRSTEN KESLING
4070 27TH CT, SE STE 100
SALEM, OR 97302

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

PA DEPT OF HUMAN SERVICES
C/O OFFICE OF MEDICAL ASSISTANCE PROGRAMS
ATTN: CORRYN GUTSHALL
303 WALNUT ST
COMMONWEALTH TOWER, 9TH FL
HARRISBURG, PA 17101

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

PA DEPT OF HUMAN SERVICES
C/O CHANGE HEALTHCARE
ATTN: DANI SAWYER
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

PA DEPT OF HUMAN SERVICES
ATTN: TERRI CATHERS
303 WALNUT ST
COMMONWEALTH TOWER, 9TH FL
HARRISBURG, PA 17101

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

PA DEPT OF HUMAN SERVICES
ATTN: TERRI CATHERS
303 WALNUT ST
COMMONWEALTH TOWER, 9TH FL
HARRISBURG, PA 17101

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

PA DEPT OF HUMAN SERVICES
ATTN: BRITTANY STARR
303 WALNUT ST
COMMONWEALTH TOWER, 9TH FL
HARRISBURG, PA 17101

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,381.25 |

PACIFIC NW STATISTICAL CONSULTING
18133 154TH AVE NE
WOODINVILLE, WA 98072

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**Date or dates debt was incurred**  TRADE PAYABLE

**Last 4 digits of account number**  Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,102.81 |

PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**Date or dates debt was incurred**  TRADE PAYABLE

**Last 4 digits of account number**  Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $201,500.00 |

PHARMACEUTICAL DATA SERVICES (PDS)
3000 WHITNEY AVE
BOX 138
HAMDEN, CT 06518

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**Date or dates debt was incurred**  TRADE PAYABLE

**Last 4 digits of account number**  Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

PHARMACEUTICAL PACKAGING PROFESSIONALS PTY LTD
A PCI PHARMA SERVICES CO
C/O MILLER NASH LLP
ATTN: JOHN R KNAPP, JR
605 5TH AVE S, STE 900
SEATTLE, WA 98104

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**  Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,327.54

PHIL, INC
2443 FILLMORE ST, STE 380-1423
SAN FRANCISCO, CA 94115

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78,770.80

PPD DEVELOPMENT
8551 RESEARCH WAY
MIDDLETON, WI 53562

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
CUSTOMER PROGRAMS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00

PREMIER RESEARCH CONSULTING
111 FOUNDERS PLZ, 6TH FL
E HARTFORD, CT 06108

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.26

PRIME ACCOUNTING & BUSINESS ADVISORY PTY LTD
LEVEL 17, HWT TOWER
40 CITY RD
SOUTHBANK, VIC 3006
AUSTRALIA

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $262,766.22

PSKW, LLC (CONNECTIVERX)
200 JEFFERSON PARK
WHIPPANY, NJ 07981

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

PUERTO RICO MEDICAID PROGRAM
C/O ASES
ATTN: ROXANNA ROSARIO
URB CARIBE
1549 CALLE ALDA
SAN JUAN, PR 00919

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

PUERTO RICO MEDICAID PROGRAM
C/O ASES
ATTN: ROXANNA ROSARIO SERRANO
CALLE ALDA
1549 SECTOR EL CINCO
SAN JUAN, PR 00919

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

PUERTO RICO MEDICAID PROGRAM
C/O PR HEALTH INSURER ADMINISTRATION (PRHIA)
ATTN: ADDIE MERCADO
CALLE ALDA
1549 SECTOR EL CINCO
SAN JUAN, PR 00919

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.257**

**Nonpriority creditor's name and mailing address**

PUERTO RICO MEDICAID PROGRAM
C/O PR HEALTH INSURER ADMINISTRATION (PRHIA)
ATTN: CARMEN RODRIGUEZ
CALLE ALDA
1549 SECTOR EL CINCO
SAN JUAN, PR 00919

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.258**

**Nonpriority creditor's name and mailing address**

PUERTO RICO MEDICAID PROGRAM
C/O PR HEALTH INSURER ADMINISTRATION (PRHIA)
ATTN: MILAGROS SOTO MEJIA
CALLE ALDA
1549 SECTOR EL CINCO
SAN JUAN, PR 00919

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**

QPHARMA
22 SOUTH ST
MORRISTOWN, NJ 07960

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $32,488.86

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.260**

**Nonpriority creditor's name and mailing address**

RHODE ISLAND EOHHS
C/O GAINWELL TECHNOLOGIES
ATTN: DAWN ROUSSEAU
301 METRO CENTER BLVD, STE 300, 3RD FL
WARWICK, RI 02886

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

RHODE ISLAND EOHHS
C/O GAINWELL TECHNOLOGIES
ATTN: DAWN ROUSSEAU
301 METRO CENTER BLVD, STE 300, 3RD FL
WARWICK, RI 02886

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

RHODE ISLAND EOHHS
ATTN: NICOLE NELSON
3 WEST RD
VIRKS BLDG
CRANSTON, RI 02920

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

RHODE ISLAND EOHHS
ATTN: NICOLE NELSON
3 WEST RD, STE 338
VIRKS BLDG
CRANSTON, RI 02920

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

RHODE ISLAND EOHHS
ATTN: NICOLE NELSON
301 METRO CENTER BLVD, STE 300, 3RD FL
WARWICK, RI 02886

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.265 | **Nonpriority creditor's name and mailing address**<br>ROBERT HALF<br>2884 SAND HILL RD, STE 200<br>MENLO PARK, CA 94025 | **As of the petition filing date, the claim is:** | $3,015.30 |
|---|---|---|---|

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGE MOTION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.266 | **Nonpriority creditor's name and mailing address**<br>RSM<br>4650 E 53RD ST<br>DAVENPORT, IA 52807 | **As of the petition filing date, the claim is:** | $2,729.11 |
|---|---|---|---|

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.267 | **Nonpriority creditor's name and mailing address**<br>SCDHHS<br>ATTN: KIMBERLY BRISTOW<br>1801 MAIN ST<br>COLUMBIA, SC 29201 | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.268 | **Nonpriority creditor's name and mailing address**<br>SCDHHS<br>C/O MAGELLAN HEALTH<br>ATTN: DAVID PINKSTON<br>11013 W BROAD ST, STE 500<br>GLEN ALLEN, VA 23060 | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

SCDHHS
C/O SCDHHS/PHARMACY SERVICES
ATTN: BRANDIE CRIDER
1801 MAIN ST
COLUMBIA, SC 29201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

SCDHHS
C/O SCDHHS/PHARMACY SERVICES
ATTN: BRANDIE CRIDER
1801 MAIN ST
COLUMBIA, SC 29201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

SCDHHS
C/O SCDHHS/PHARMACY SERVICES
ATTN: CHERYL ANDERSON
1801 MAIN ST
COLUMBIA, SC 29201

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

SECRETARY OF HEALTH & HUMAN SERVICES
CENTER FOR MEDICARE
DIVISION OF PART D POLICY
MAILSTOP C1-26-16
7500 SECURITY BLVD
BALTIMORE, MD 21244-1850

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SECRETARY OF HEALTH & HUMAN SERVICES
CENTERS FOR MEDICAID & CHIP SVCS
DISABLED & ELDERLY HEALTH PROGRAMS GROUP
DIVISION OF PHARMACY, MAIL STOP S2-14-26
7500 SECURITY BLVD
BALTIMORE, MD 21244

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 |

SENECA CONSTRUCTION MGMT
3512 HORTON RD
NEWTOWN SQUARE, PA 19073

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,000.00 |

SHOP-PR LLC TWELVENOTE
140 BROADWAY, 28TH FL
NEW YORK, NY 10005

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SOUTH DAKOTA DEPT OF SOCIAL SERVICES
ATTN: JOSEPH WIESELER
700 GOVERNORS DR
PIERRE, SD 57501

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SOUTH DAKOTA DEPT OF SOCIAL SERVICES
ATTN: MIKE JOCKHECK
700 GOVERNORS DR
PIERRE, SD 57501

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SOUTH DAKOTA DEPT OF SOCIAL SERVICES
C/O SOUTH DAKOTA DEPT SOCIAL SERVICES
ATTN: BILL REGYNSKI
700 GOVERNORS DR
PIERRE, SD 57501

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SOUTH DAKOTA DEPT OF SOCIAL SERVICES
C/O SOUTH DAKOTA DEPT SOCIAL SERVICES
ATTN: JOSEPH WIESELER
700 GOVERNORS DR
PIERRE, SD 57501

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SOUTH DAKOTA DEPT OF SOCIAL SERVICES
C/O SOUTH DAKOTA DEPT SOCIAL SERVICES
ATTN: JOSEPH WIESELER
700 GOVERNORS DR
PIERRE, SD 57501

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $4,265.00 |
|---|---|---|---|---|

SPRINGER NATURE GROUP
1 NEW YORK PLZ, STE 4600
NEW YORK, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

STATE OF HAWAII - MED QUEST DIVISION
ATTN: KATHLEEN KANG-KAULUPALI
601 KAMOKILA BLVD, STE 506B
KAPOLEI, HI 96707

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

STATE OF HAWAII - MED QUEST DIVISION
C/O HAWAII MED-QUEST
ATTN: ERIC NOUCHI
1001 KAMOKILA BLVD, STE 317
KAPOLEI, HI 96707

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

STATE OF HAWAII - MED QUEST DIVISION
C/O HAWAII MED-QUEST
ATTN: MARCY ANN HEALEY
601 KAMOKILA BLVD, RM 506B
KAPOLEI, HI 96707

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

STATE OF HAWAII - MED QUEST DIVISION
C/O CONDUENT
ATTN: GARY PETON
1003 BISHOP ST, STE 1600 PAUAHI TOWER
HONOLULU, HI 96813

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

STATE OF HAWAII - MED QUEST DIVISION
C/O CONDUENT
ATTN: GARY PETON
1003 BISHOP ST, STE 1600 PAUAHI TOWER
HONOLULU, HI 96813

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

STATE OF NEVADA DHCFP
C/O DHCFP
ATTN: KEIKO DUNCAN
1100 E WILLIAM ST, STE 101
CARSON CITY, NV 89701

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

STATE OF NEVADA DHCFP
C/O DHCFP
ATTN: KEIKO DUNCAN
1100 E WILLIAM ST, STE 101
CARSON CITY, NV 89701

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

STATE OF NEVADA DHCFP
C/O MAGELLAN HEALTH
ATTN: JEFF FANALE
11013 W BROAD ST
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

STATE OF NEVADA DHCFP
C/O MAGELLAN HEALTH
ATTN: MARTIN VINCENT
11013 W BROAD ST
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

STATE OF NEVADA DHCFP
C/O NEVADA DIVISION OF HEALTH CARE FINANCING
ATTN: KEIKO DUNCAN
1100 E WILLIAM ST, STE 101
CARSON CITY, NV 89701

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

STATE OF TENNESSEE - TENNCARE
C/O STATE OF TENNESSEE - TENN CARE
ATTN: TONI CHAVIS
310 GREAT CIRCLE RD
NASHVILLE, TN 37228

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

STATE OF TENNESSEE - TENNCARE
ATTN: LORA UNDERWOOD
310 GREAT CIRCLE RD
NASHVILLE, TN 37243

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

STATE OF TENNESSEE - TENNCARE
ATTN: KEN BARKER
310 GREAT CIRCLE RD
NASHVILLE, TN 37228-1752

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

STATE OF TENNESSEE - TENNCARE
ATTN: RENEE WILLIAMS-CLARK
4050 BRYCE RD
NASHVILLE, TN 37211

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

STATE OF TENNESSEE - TENNCARE
ATTN: AARON BUTLER
310 GREAT CIRCLE RD
NASHVILLE, TN 37228

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $158.29 |
|---|---|---|---|

STERICYCLE/SHREDIT
2355 WAUKEGAN RD
BANNOCKBURN, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $482,358.75 |
|---|---|---|---|

SYMPHONY HEALTH
4130 PARK LAKE AVE, STE 400
RALEIGH, NC 27612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

TEXAS HEALTH & HUMAN SERVICES COMMISSION
ATTN: LINDA BRUMBLE
4900 N LAMAR BLVD
MAIL CODE 2250
AUSTIN, TX 78751

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

TEXAS HEALTH & HUMAN SERVICES COMMISSION
ATTN: NAHID ASSADI
4900 N LAMAR BLVD
MC 2250
AUSTIN, TX 78751

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.301** Nonpriority creditor's name and mailing address

TEXAS HEALTH & HUMAN SERVICES COMMISSION
C/O TEXAS HHSC
ATTN: JOSHUA DOMINGUEZ
VENDOR DRUG PROGRAM
P.O. BOX 85200 MC-2250
AUSTIN, TX 78708-5200

As of the petition filing date, the claim is:          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.302** Nonpriority creditor's name and mailing address

TEXAS HEALTH & HUMAN SERVICES COMMISSION
C/O TEXAS HHSC
ATTN: LINDA BRUMBLE
4900 N LAMAR BLVD
MAIL CODE 2250
AUSTIN, TX 78751

As of the petition filing date, the claim is:          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.303** Nonpriority creditor's name and mailing address

TEXAS HEALTH & HUMAN SERVICES COMMISSION
C/O TX HEALTH & HUMAN SERVICES COMMISSION
ATTN: LINDA BRUMBLE
4900 N LAMAR
P.O. BOX 8520; MAIL CODE 2250
AUSTIN, TX 78708-5200

As of the petition filing date, the claim is:          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.304** Nonpriority creditor's name and mailing address

TRNDIGITAL, LLC
200 PORTLAND ST, 5TH FL
BOSTON, MA 02114

As of the petition filing date, the claim is:          $50,009.72

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,926.00

TWO LABS HOLDINGS LLC
110 RIVERBEND AVE, STE 100
POWELL, OH 43065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,646.00

UL VERIFICATION SERVICES, INC
333 PFINGSTEN RD
NORTHBROOK, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.52

UPS
55 GLENLAKE PKWY NE
ATLANTA, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00

UTAH DEPT OF HEALTH
ATTN: JENNIFER STROHECKER
288 N 1460 W
SALT LAKE CITY, UT 84114

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

UTAH DEPT OF HEALTH
ATTN: JENNIFER STROHECKER
288 N 1460 W
SALT LAKE CITY, UT 84114

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

UTAH DEPT OF HEALTH
ATTN: JENNIFER STROHECKER
288 N 1460 W
SALT LAKE CITY, UT 84114

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

UTAH DEPT OF HEALTH
ATTN: JENNIFER STROHECKER
288 NORTH 1460 W
SALT LAKE CITY, UT 84114

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

UTAH DEPT OF HEALTH
C/O CHANGE HEALTHCARE
ATTN: LISA BRANDON
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| | | |
|---|---|---|
| **3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $10,000.00 |

UW CENTER FOR COMOTION
4311 11TH AVE NE, STE 500
SEATTLE, WA 98105-4608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

VA DEPT OF MEDICAL ASSISTANCE SERVICES
C/O MAGELLAN HEALTH
ATTN: MARCIE MORRISON
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

VA DEPT OF MEDICAL ASSISTANCE SERVICES
ATTN: MARYANN MCNEIL
600 E BROAD ST
RICHMOND, VA 23219

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

VA DEPT OF MEDICAL ASSISTANCE SERVICES
ATTN: KIARA JASPER
600 E BROAD ST
RICHMOND, VA 23219

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

VA DEPT OF MEDICAL ASSISTANCE SERVICES
ATTN: RACHEL CAIN
600 E BROAD ST
RICHMOND, VA 23219

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

VA DEPT OF MEDICAL ASSISTANCE SERVICES
C/O MAGELLAN RX
ATTN: MARTIN VINCENT
11013 W BROAD ST, STE 500
GLEN ALLEN, VA 23060

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,933.87

VEEVA
4280 HACIENDA DR
PLEASANTON, CA 94588

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

WA HEALTH CARE AUTHORITY
ATTN: JOHNNA ZIEGLER
626 8TH AVE SE
P.O. BOX 45510
OLYMPIA, WA 98501

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**3.321**

**Nonpriority creditor's name and mailing address**

WA HEALTH CARE AUTHORITY
ATTN: JOHNNA ZIEGLER
626 8TH AVE SE
P.O. BOX 45510
OLYMPIA, WA 98501

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:        $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE POLICY CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.322**

**Nonpriority creditor's name and mailing address**

WA HEALTH CARE AUTHORITY
ATTN: JOHNNA ZIEGLER
626 8TH AVE SE
P.O. BOX 45510
OLYMPIA, WA 98501

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:        $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE REBATE CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.323**

**Nonpriority creditor's name and mailing address**

WA HEALTH CARE AUTHORITY
ATTN: JOHNNA ZIEGLER
626 8TH AVE SE
P.O. BOX 45510
OLYMPIA, WA 98501

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:        $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.324**

**Nonpriority creditor's name and mailing address**

WA HEALTH CARE AUTHORITY
ATTN: DONNA SULLIVAN
626 8TH AVE, SE
P.O. BOX 45502
OLYMPIA, WA 98504-5502

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:        $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

POTENTIAL REBATE
STATE DUR CONTACT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $208.37

WESTERN EXTERMINATOR CO
305 N CRESCENT WAY
ANAHEIM, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.326** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

WI DIVISION OF HEALTHCARE ACCESS
ATTN: EMILY ASCHENBRENER
1 W WILSON ST
P.O. BOX 309
MADISON, WI 53701-0309

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.327** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

WI DIVISION OF HEALTHCARE ACCESS
ATTN: EMILY ASCHENBRENER
1 W WILSON ST
MADISON, WI 53701-0309

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

WI DIVISION OF HEALTHCARE ACCESS
ATTN: LYNN RADMER
1 W WILSON ST, RM 330
MADISON, WI 53701-0309

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    POTENTIAL REBATE
STATE DUR CONTACT

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WI DIVISION OF HEALTHCARE ACCESS
C/O GAINWELL TECHNOLOGY
ATTN: JEN KNETTER
313 BLETTNER BLVD
MADISON, WI 53784

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WI DIVISION OF HEALTHCARE ACCESS
C/O GAINWELL TECHNOLOGY
ATTN: LAURENT FERRARI
313 BLETTNER BLVD
MADISON, WI 53784

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WV DEPARTMENT HEALTH & HUMAN RESOURCES
C/O GAINWELL TECHNOLOGIES
ATTN: SARAH SALDANHA
1600 PENNSYLVANIA AVE
CHARLESTON, WV 25302

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WV DEPARTMENT HEALTH & HUMAN RESOURCES
C/O BUREAU FOR MEDICAL SERVICES
ATTN: GAIL GOODNIGHT
350 CAPITOL ST, RM 251
CHARLESTON, WV 25301-3707

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WV DEPARTMENT HEALTH & HUMAN RESOURCES
C/O BUREAU FOR MEDICAL SERVICES
ATTN: GAIL GOODNIGHT
350 CAPITOL ST, RM 251
CHARLESTON, WV 25301-3707

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WV DEPARTMENT HEALTH & HUMAN RESOURCES
ATTN: PRIYA SHAH
350 CAPITOL ST, RM 251
CHARLESTON, WV 25301

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WV DEPARTMENT HEALTH & HUMAN RESOURCES
ATTN: GAIL GOODNIGHT
350 CAPITOL ST, RM 251
CHARLESTON, WV 25301-3707

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WY DEPT OF HEALTH
ATTN: CORI COOPER
6101 YELLOWSTONE RD, STE 210
CHEYENNE, WY 82002

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
POTENTIAL REBATE
STATE DUR CONTACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WY DEPT OF HEALTH
C/O CHANGE HEALTHCARE PHARMACY SOLUTIONS
ATTN: BRITTANY CLEMENT
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

As of the petition filing date, the claim is:
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE REBATE CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WY DEPT OF HEALTH
C/O CHANGE HEALTHCARE PHARMACY SOLUTIONS
ATTN: BRITTANY CLEMENT
45 COMMERCE DR, STE 5
AUGUSTA, ME 04332

As of the petition filing date, the claim is:
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE TECHNICAL CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WY DEPT OF HEALTH
C/O WDH, DIVISION OF HEALTHCARE FINANCING
ATTN: CORI COOPER
122 W 25TH ST, STE 4 W
CHEYENNE, WY 82002

As of the petition filing date, the claim is:
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE MDRP CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

WY DEPT OF HEALTH
C/O WDH, DIVISION OF HEALTHCARE FINANCING
ATTN: CORI COOPER
122 W 25TH ST, STE 4 W
CHEYENNE, WY 82002

As of the petition filing date, the claim is:
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL REBATE
STATE POLICY CONTACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.341**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $119,343.62

ZINC HEALTH SERVICES
1 CVS DR
MAIL CODE 1160
WOONSOCKET, RI 02895

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**

- [X] No
- [ ] Yes

Debtor Name    **Impel Pharmaceuticals Inc.**    Case number (if known): **23-80016**

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor Name   **Impel Pharmaceuticals Inc.**   Case number (if known): **23-80016**

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                    $730,380.04

**5b. Total claims from Part 2**                                                $3,330,098.25

**5c. Total claims of Parts 1 and 2**
Lines 5a + 5b = 5c                                      $4,060,478.29

| | | |
|---|---|---|
| Debtor Name | **Impel Pharmaceuticals Inc.** | |
| **United States Bankruptcy Court for the Northern District of Texas** | | |
| Case number (if known): | **23-80016** | |

| | |
|---|---|
| **X** | Check if this is an amended filing |

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY ASSURANCE AGREEMENT | ACCUMOLD<br>18 POWELLS VALLEY RD<br>HALIFAX, PA 17032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | FOREIGN PACKAGE | ACE AMERICAN INSURANCE CO<br>436 WALNUT ST<br>PHILADELPHIA, PA 19106 |
| | State the term remaining | 5/01/2024 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 4TH EXCESS DIRECTORS & OFFICERS LIABILITY | ACE AMERICAN INSURANCE CO (CHUBB)<br>436 WALNUT ST<br>PHILADELPHIA, PA 19106 |
| | State the term remaining | 4/23/2024 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | ADKINS BLACK LLP<br>1100 BELLEVUE WAY NE, STE 8A-914<br>BELLEVUE, WA 98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | AFFIRMA CONSULTING, LLC<br>3380 146TH PL SE, STE 100<br>BELLEVUE, WA 98007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                    Case number (if known): **23-80016**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** |
| | | AIT BIOSCIENCE, LLC<br>7840 INNOVATION BLVD<br>INDIANAPOLIS, IN 46278 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **GLOBAL TECHNICAL AGREEMENT** |
| | | ALMAC CLINICAL SERVICES LTD<br>25 FRETZ RD<br>SOUDERTON, PA18964 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **GLOBAL MASTER SERVICES AGREEMENT** |
| | | ALTASCIENCES PRECLINICAL SEATTLE, LLC<br>6605 MERRILL CREEK PKWY<br>EVERETT, WA 98203 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER RESEARCH SERVICES AGREEMENT** |
| | | ALTURAS ANALYTICS, INC<br>1324 ALTURAS DR<br>MOSCOW, ID 83843 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **ANNUAL SUBSCRIPTION** |
| | | AMAZON<br>410 TERRY AVE N<br>SEATTLE, WA 98109 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **CORPORATE SERVICES COMMERCIAL ACCOUNT AGREEMENT** |
| | | AMERICAN EXPRESS<br>200 VESEY ST<br>NEW YORK, NY 10285 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor Name    **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGENCY AND REGISTRAR SERVICES AGREEMENT | AMERICAN STOCK TRANSFER & TRUST CO AKA AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC LEGAL DEPARTMENT 48 WALL ST, 22ND FL NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | VALUATION ANALYSIS RELATED TO WARRANTS OF IMPEL NEUROPHARMA, INC. | ANDERSEN TAX LLC 1200 5TH AVE, STE 1600 SEATTLE, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PACKAGING AGREEMENT | ANDERSONBRECON, INC DBA PCI PHARMA SERVICES C/O MILLER NASH LLP 605 5TH AVE S, STE 900 SEATTLE, WA 98104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT & SOW #1 | ANGIE OHNMEIS, LLC 5034 GOAL POST LN · CINCINNATI, OH 45244 |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | AON PLC 25 W 45TH ST, 15TH FL NEW YORK, NY 10036 |
| | State the term remaining | 3/10/2024 | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | AQUINAS LEADERSHIP GROUP 120 IOWA LN, STE 204 CARY, NC 27511 |
| | State the term remaining | 2/16/2024 | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **REBATE PROGRAM AGREEMENT** | ASCENT HEALTH SERVICES LLC<br>1 EXPRESS WAY<br>ST LOUIS, MO 63121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **PRODUCT PURCHASE AGREEMENT** | ASP CARES HOUSTON<br>2429 BISSONNET ST, STE 612<br>HOUSTON, TX 77005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICE AGREEMENT** | ASPN PHARMACIES, LLC<br>200 PARK AVE, STE 300<br>FLORHAM PARK, NJ 07932 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **3RD EXCESS DIRECTORS & OFFICERS LIABILITY** | ATLANTIC SPECIALTY INSURANCE CO (INTACT)<br>605 HIGHWAY 169 N, STE 800<br>PLYMOUTH, MN 55441 |
| | State the term remaining | 4/23/2024 | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | AVANTOR FUNDING, INC<br>3477 CORPORATE PKWY, STE 200<br>CENTER VALLEY, PA 18034 |
| | State the term remaining | 12/11/2024 | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **DIRECTORS & OFFICERS LIABILITY – PRIMARY** | AXIS INSURANCE CO<br>10000 AVALON BLVD, STE 200<br>ALPHARETTA, GA 30009 |
| | State the term remaining | 4/23/2024 | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | AXTRIA, INC<br>300 CONNELL DR, 5TH FL<br>BERKELEY HEIGHTS, NJ 07922 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #6 | BAKER TILLY US, LLP<br>8626 N HIMES AVE<br>TAMPA, FL 33614 |
| | State the term remaining<br>List the contract number of any government contract | 3/31/2024 | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT SERVICES AGREEMENT | BARRINGTON JAMES LLC<br>1001 6TH AVE<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | BEANWORKS SOLUTIONS, INC<br>1159 HAMILTON ST<br>VANCOUVER, BC V6B 5P6<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER | BIOBRIDGES LLC<br>2701 AERIAL CENTER PKWY, STE 120<br>MORRISVILLE, NC 27709 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2024 | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | PHARMACEUTICAL DISTRIBUTION SERVICES AGREEMENT | BIORIDGE PHARMA, LLC<br>325 COLUMBIA TPKE, STE 111<br>FLORHAM PARK, NJ 07932 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

| ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | **BMR-201 ELLIOTT AVENUE LLC**<br>**201 ELLIOTT AVE W**<br>**SEATTLE, WA 98119** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE LEASE** | **BOF II PA LINDENWOOD LLC**<br>**101 LINDENWOOD DR**<br>**MALVERN, PA 19355** |
| | State the term remaining | 4/27/2032 | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | **STATEMENT OF WORK** | **CALVERT LABORATORIES, INC**<br>**130 DISCOVERY DR SCOTT TECHNOLOGY PARK**<br>**CLARKS SUMMIT, PA 18447** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | **CAPSULE CONTINUING GUARANTEE** | **CAPSUGEL US, LLC**<br>**412 MT KEMBLE AVE**<br>**MORRISTOWN, NJ 07960** |
| | State the term remaining | 5/23/2026 | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | **QUALITY AGREEMENT** | **CARDINAL HEALTH**<br>**7000 CARDINAL PL**<br>**DUBLIN, OH 43017** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | **EXCLUSIVE DISTRIBUTION AGREEMENT** | **CARDINAL HEALTH 105, INC**<br>**7000 CARDINAL PL**<br>**DUBLIN, OH 43017** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**   Case number (if known): **23-80016**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE PART D PROGRAM REBATE AGREEMENT | CAREMARKPCS HEALTH, LLC<br>1 CVS DR<br>LEGAL DEPARTMENT<br>WOONSOCKET, RI 02895 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | REBATE AGREEMENT | CAREMARKSPCS HEALTH, LLC<br>1 CVS DR<br>LEGAL DEPARTMENT<br>WOONSOCKET, RI 02895 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | PHARMACY DISTRIBUTION AGREEMENT | CAREPOINT HEALTHCARE LLC<br>9 COMMERCE DR<br>SCHAUMBURG, IL 60173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY QUALITY ASSURANCE AGREEMENT | CCG CORPORATE MAILINGS, INC<br>14 HENDERSON DR<br>W CALDWELL, NJ 07006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT | CCG MARKETING SOLUTIONS<br>14 HENDERSON DR W<br>CALDWELL, NJ 07006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT & SOW #1 | CDM CONSULTING LLC<br>25 VIA MARCONI<br>SORBOLO, EMILIA-ROMAGNA 43058<br>ITALY |
| | State the term remaining | 5/27/2024 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | **INVOICE ONLY** | **CDW DIRECT**<br>**200 N MILWAUKEE AVE**<br>**VERNON HILLS, IL 60061** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | **MEDICARE COVERAGE GAP DISCOUNT PROGRAM DATA AGREEMENT (2021 TPA AGREEMENT FOR P1710)** | **CENTERS FOR MEDICARE & MEDICAID SERVICES**<br>**AKA CMS**<br>**C/O CENTER FOR MEDICARE DIVISION OF PART D POLICY**<br>**MAILSTOP C1-26-16**<br>**7500 SECURITY BLVD**<br>**BALTIMORE, MD 21244-1850** |
| | State the term remaining | | |
| | List the contract number of any government contract | P1710 | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | **CERTARA USA, INC MASTER SERVICES AGREEMENT** | **CERTARA USA, INC**<br>**100 OVERLOOK CTR, STE 101**<br>**PRINCETON, NJ 08540** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | **INVOICE ONLY** | **CFI WORKSPACE**<br>**7001 N PARK DR**<br>**PENNSAUKEN TOWNSHIP, NJ 08109** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMS CERTIFICATIONS, INDEMNITY AGREEMENT AND COLLATERAL POLICY** | **CH ROBINSON WORLDWIDE, INC**<br>**14701 CHARLSON RD**<br>**EDEN PRAIRIE, MN 55347** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **CHARLES RIVER LABORATORIES, INC**<br>**251 BALLARDVALE ST**<br>**WILMINGTON, MA 01887** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name **Impel Pharmaceuticals Inc.** Case number (if known): **23-80016**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT & SOW #1 | CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)<br>3401 CIVIC CENTER BLVD<br>PHILADELPHIA, PA 19104 |
| | State the term remaining<br>List the contract number of any government contract | 7/24/2026 | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | CITELINE<br>52 VANDERBILT AVE<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT & SOW #1 | CLARK NUBER PS<br>10900 NE 4TH ST, STE 1400<br>BELLEVUE, WA 98004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AGREEMENT | CLEAN EARTH INC<br>933 1ST AVE, STE 200<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | LAST STATEMENT OF WORK AS OF 7/22/22 | CLINIGEN CSM, INC<br>300 TECHNOLOGY DR<br>MALVERN, PA 19355 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | CLOSE CONSULTING LLC<br>9899 ZIG ZAG RD<br>CINCINNATI, OH 45242 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                          Case number (if known): **23-80016**

| ■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | CMTJ & ASSOCIATES LLC<br>117 SPUR LN<br>W CHESTER, PA 19382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | COBBLESTONE SOFTWARE HOSTED SOFTWARE LICENSE AGREEMENT | COBBLESTONE SYSTEMS CORP<br>428 S WHITE HORSE PIKE<br>LINDENWOLD, NJ 08021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | COMCAST BUSINESS SERVICE ORDER | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | CONNOR GROUP GLOBAL SERVICES, LLC | CONNOR GROUP GLOBAL SERVICES, LLC<br>60 E 42ND ST, STE 920<br>NEW YORK, NY 10165 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT | COOK SPRING CO<br>233 SARASOTA CENTER BLVD<br>SARASOTA, FL 34240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | ANNUAL COPYRIGHT LICENSE AGREEMENT | COPYRIGHT CLEARANCE CENTER, INC<br>222 ROSEWOOD DR<br>DANVERS, MA 01923 |
| | State the term remaining | 4/28/2024 | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                              Case number (if known): **23-80016**

�@ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL SERVICES AGREEMENT | CPA GLOBAL LTD<br>2318 MILL RD, 12TH FL<br>ALEXANDRIA, VA 22314 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | CRISP THINKING (UK) LTD<br>CENTRAL SQUARE<br>29 WELLINGTON ST, STE 1<br>LEEDS, W YORKSHIRE LS1 4DL<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | CT ASSURANCE AGREEMENT | CT CORP SYSTEM<br>28 LIBERTY ST<br>NEW YORK, NY 10005 |
| | State the term remaining | 2/28/2025 | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | OCCUPANCY LICENSE AGREEMENT | CUBEWORKS<br>900 TURNBULL CANYON RD<br>CITY OF INDUSTRY, CA 91745 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | CULT HEALTH LLC<br>261 5TH AVE, STE 1002<br>NEW YORK, NY 10016 |
| | State the term remaining | 4/7/2024 | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT | CURIA ITALY SRL<br>VIA VOLTURNO, 41/43<br>20089, ROZZANO<br>ITALY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Impel Pharmaceuticals Inc.**                                  Case number (if known): **23-80016**

| | | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | REBATE AGREEMENT | CVS CAREMARK PART D SERVICES, LLC<br>1 CVS DR<br>LEGAL DEPARTMENT<br>WOONSOCKET, RI 02895 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | INTERIOR DESIGN SERVICES PROPOSAL FOR IMPEL NEUROPHARMA | D2 GROUPS, LLC<br>2540 RENAISSANCE BLVD<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT & SOW #1 | DE NOTARISTEFANI<br>33 DEVONSHIRE LN<br>MENDHAM, NJ 07945 |
| | State the term remaining<br>List the contract number of any government contract | 6/7/2026 | |
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | TWO STATEMENTS OF WORK AS OF 3/14/23 AND 9/11/23 | DEERFIELD AGENCY, LLC<br>555 E NORTH LN, BLDG D, STE 5020<br>W LOBBY CONSHOHOCKEN, PA 19428 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | INVOICE ONLY | DIGITAL MEDIA (INTRADO)<br>770 N HALSTED ST, STE 6S<br>CHICAGO, IL 60642 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | REBATE AGREEMENT | DIVIDEND GROUP, LLC<br>330 N BRAND BLVD, STE 700<br>GLENDALE, CA 91203 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | | Case number (if known): **23-80016** |

<table>
<tr><td colspan="3">■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION ORDER FORM** | DONNELLEY FINANCIAL SOLUTIONS<br>35 W WACKER DR<br>CHICAGO, IL 60601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | DRAGONFLY AGENCY CORP<br>623 RIVER RD<br>FAIR HAVEN, NJ 07704 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICE AGREEMENT & SOW #1** | DRURY DESIGN DYNAMICS, INC<br>275 7TH AVE<br>NEW YORK, NY 10011 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | **US CORPORATE TRAVEL SERVICES AGREEMENT** | EGENCIA LLC<br>1111 EXPEDIA GROUP WY W<br>SEATTLE, WA 98119 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | **2023 PUBLIC RELATIONS SCOPE OF WORK & ESTIMATED BUDGET** | ELIXIR HEALTH PUBLIC RELATIONS INC<br>379 W BROADWAY<br>NEW YORK, NY 10012 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | **LANDLORD CONSENT TO SUBLEASE** | ELLIOTT SEATTLE REAL ESTATE HOLDING INC<br>200 W MERCER ST, STE 106<br>SEATTLE, WA 98119 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | | Case number (if known): **23-80016** |

| | ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS OF ASSIGNMENT | EMERALD SEARCH PARTNERS LLC<br>600 UNIVERSITY ST, STE 1625<br>SEATTLE, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LEASE AGREEMENT | EMKAY, INC<br>805 W THORNDALE AVE<br>ITASCA, IL 60143-7400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | 2ND EXCESS DIRECTORS & OFFICERS LIABILITY | ENDURANCE AMERICAN INSURANCE CO<br>FOUR MANHATTANVILLE RD, 3RD FL<br>PURCHASE, NY 10577 |
| | State the term remaining | 4/23/2024 | |
| | List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT LIABILITY | ENDURANCE AMERICAN SPECIALTY INSURANCE CO<br>FOUR MANHATTANVILLE RD, 3RD FL<br>PURCHASE, NY 10577 |
| | State the term remaining | 11/01/2024 | |
| | List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | EPL PATHOLOGY ARCHIVES, LLC<br>435 TOLBERT LN SE<br>LEESBURG, VA 20175 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGENCY AND REGISTRAR SERVICES AGREEMENT | EQUINITI TRUST CO, LLC<br>6201 15TH AVE<br>BROOKLYN, NY 11219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | EUROFINS PANLABS, INC 6 RESEARCH PARK DR ST CHARLES, MO 63304 |
|---|---|---|---|
| | State the term remaining | 6/11/2025 | |
| | List the contract number of any government contract | | |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | EXPERIC, LLC 2 CLARKE DR CRANBURY, NJ 08512 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE PART D INFLATION AGREEMENT | EXPRESS SCRIPTS SENIOR CARE HOLDINGS, INC 1 EXPRESS WAY ST LOUIS, MO 63121 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | INFLATION AGREEMENT | EXPRESS SCRIPTS, INC 1 EXPRESS WAY ST LOUIS, MO 63121 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT | FARMACIENCIA SA 40 LAKE DR E WINDSOR, NJ 08520 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE ONLY | FISHER & PHILLIPS LLP 1230 PEACHTREE ST, STE 3300 NE ATLANTA, GA 30309 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**   Case number (if known): **23-80016**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING SERVICES AGREEMENT | FREUDENBERG MEDICAL LLC<br>40 SAM FONZO DR<br>BEVERLY, MA 01915 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE ONLY | FRONTIERS MEDIA SA<br>AVE DU TRIBUNAL FÉDÉRAL 34<br>1005 LAUSANNE<br>SWITZERLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE ONLY | FUTURE MEDICINE<br>54 CHANGUP-RO SUJEONG-GU<br>SEONGNAM-SI, GYEONGGI-DO<br>S KOREA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | LAST STATEMENT OF WORK AS OF 9/21/23 | GOOD APPLE<br>5-9 UNION SQ W, 4TH FL<br>NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | YEARLY SUBSCRIPTION | GREATLAND<br>2480 WALKER AVE NW<br>GRAND RAPIDS, MI 49544 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | GS1 US<br>300 CHARLES EWING BLVD<br>EWING TOWNSHIP, NJ 08628 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                          Case number (if known): **23-80016**

█████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.96** State what the contract or lease is for and the nature of the debtor's interest — **MASTER SERVICE AGREEMENT** | **HEALTHCARE ALLIANCE GROUP**<br>**101 LAUREL RD, STE 100**<br>**VOORHEES, NJ 08043** |
| State the term remaining<br>List the contract number of any government contract | |
| **2.97** State what the contract or lease is for and the nature of the debtor's interest — **STATEMENT OF WORK #13** | **HEALTHCARE ALLIANCE GROUP, LLC**<br>**101 LAUREL RD, STE 100**<br>**VOORHEES, NJ 08043** |
| State the term remaining — 12/31/2023<br>List the contract number of any government contract | |
| **2.98** State what the contract or lease is for and the nature of the debtor's interest — **SPECIAL CONTINGENCY** | **HISCOX INSURANCE CO INC**<br>**104 S MICHIGAN AVE, STE 600**<br>**CHICAGO, IL 60603** |
| State the term remaining — 11/01/2024<br>List the contract number of any government contract | |
| **2.99** State what the contract or lease is for and the nature of the debtor's interest — **CRIME** | **HISCOX INSURANCE CO INC**<br>**104 S MICHIGAN AVE, STE 600**<br>**CHICAGO, IL 60603** |
| State the term remaining — 6/01/2024<br>List the contract number of any government contract | |
| **2.100** State what the contract or lease is for and the nature of the debtor's interest — **WORK ORDER #13** | **HOVIONE LTD**<br>**40 LAKE DR**<br>**E WINDSOR, NJ 08520** |
| State the term remaining — 12/31/2023<br>List the contract number of any government contract | |
| **2.101** State what the contract or lease is for and the nature of the debtor's interest — **1ST EXCESS DIRECTORS & OFFICERS LIABILITY** | **HUDSON INSURANCE CO**<br>**100 WILLIAM ST, 5TH FL**<br>**NEW YORK, NY 10038** |
| State the term remaining — 4/23/2024<br>List the contract number of any government contract | |

Debtor Name   **Impel Pharmaceuticals Inc.**                              Case number (if known): **23-80016**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | **POLLUTION LIABILITY** | **ILLINOIS UNION INSURANCE CO**<br>**436 WALNUT ST**<br>**PHILADELPHIA, PA 19106** |
| | State the term remaining | 11/01/2025 | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | **STATEMENT OF WORK** | **IMPRINT PUBLICATION SCIENCE**<br>**3 COLUMBUS CIR, 8TH FL**<br>**NEW YORK CITY, NY 10019** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | **KEAP BUSINESS ASSOCIATE AGREEMENT** | **INSIGHTSOFTWARE**<br>**8529 SIX FORKS RD**<br>**RALEIGH, NC 27615** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **INTEGRICHAIN, INC**<br>**8 PENN CENTER 1628 JFK BLVD, STE 300**<br>**PHILADELPHIA, PA 19103** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **INTERACTIVE FORUMS, INC**<br>**375 E ELM ST, STE 200**<br>**CONSHOHOCKEN, PA 19428** |
| | State the term remaining | 4/8/2024 | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | **PROJECT PROPOSAL INP105 DPI DRUG DELIVERY DEVICE OLANZAPINE - POD FOR ACUTE AGITATION HUMAN FACTORS PROGRAM** | **INTERFACE ANALYSIS ASSOCIATES**<br>**1821 SARATOGA AVE, STE 200**<br>**SARATOGA, CA 95070** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

| ███ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1** | **IPG HEALTH MEDICAL COMMUNICATIONS INC**<br>**100 W 33RD ST**<br>**NEW YORK, NY 10001** |
| | State the term remaining | 10/26/2025 | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | **USER-CUSTOMER AGREEMENT FOR AMA PHYSICIAN PROFESSIONAL DATA** | **IQVIA, INC**<br>**2400 ELLIS RD**<br>**DURHAM, NC 27703** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | **STATEMENT OF WORK** | **JENNASON LLC**<br>**18450 RUTLEDGE RD**<br>**WAYZATA, MN 55391** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICE AGREEMENT** | **JUICE PHARMA WORLDWIDE, LLC**<br>**132 W 31ST ST**<br>**NEW YORK, NY 10001** |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT** | **KAISER PERMANENTE**<br>**1 KAISER PLZ**<br>**OAKLAND, CA 94612** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | **INVOICE ONLY** | **KBF CPAS LLP**<br>**601 UNION ST**<br>**SEATTLE, WA  98101** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                              Case number (if known): **23-80016**

| | | |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | ANALYTICAL RESEARCH AGREEMENT | LACHMAN INSTITUTE FOR PHARMACEUTICAL ANALYSIS AT LONG ISLAND UNIVERSITY<br>1 UNIVERSITY PLZ<br>BROOKLYN, NY 11201 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | TERMS OF ENGAGEMENT FOR LEGAL SERVICES | LIFE SCIENCE LEGAL LLC<br>750 17TH ST NW<br>WASHINGTON, DC 20006 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | CORE PLUS MASTER RENTAL AGREEMENT | LIFE STORAGE LP<br>6467 MAIN ST<br>WILLIAMSVILLE, NY 14221 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #1 | LIPPE TAYLOR, LLC<br>140 BROADWAY, 28TH FL<br>NEW YORK, NY 10005 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #1 CO #2 | LMK CLINICAL RESEARCH CONSULTING, LLC<br>1743 CONNECTICUT AVE NW, STE 200<br>WASHINGTON, DC 20009 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH SERVICE AGREEMENT | MAINEHEALTH<br>1 DANA CT<br>WESTBROOK, ME 04092 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER AGREEMENT** | **MANAGED MARKETS INSIGHT & TECHNOLOGY, LLC**<br>**290 W MT PLEASANT AVE, STE 2210**<br>**LIVINGSTON, NJ 07039** |
| | State the term remaining | 1/13/2024 | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT & SOW #1** | **MARKETING AUTOMATION CANADA**<br>**2333 DUNDAS ST W, STE 403**<br>**TORONTO, ON M6R 3A6**<br>**CANADA** |
| | State the term remaining | 1/25/2025 | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | **BUSINESS ASSOCIATE ADDENDUM** | **MARKETO, INC**<br>**901 MARINERS ISLAND BLVD, STE 200**<br>**SAN MATEO, CA 94404** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | **MASTERCONTROL SAAS SERVICE LEVEL TERMS** | **MASTERCONTROL, INC**<br>**6350 S 3000 E**<br>**SALT LAKE CITY, UT 84121** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | **STATEMENT OF WORK #2** | **MCCANN SYSTEMS**<br>**68 S TURNPIKE RD**<br>**WALLINGFORD, CT 06492** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **MED COMMUNICATIONS, INC**<br>**5100 POPLAR AVE, STE 450**<br>**MEMPHIS, TN 38137** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | MEDICAL MARKETING ECONOMICS, LLC<br>1200 JEFFERSION AVE, STE 200<br>OXFORD, MS 38655 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MEDISTRY, LLC<br>3029 PROSPECT AVE<br>CLEVELAND, OH 44115 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE ONLY | METROPOLITAN BUILDING MAINTENANCE<br>3829 AURORA AVE N<br>SEATTLE, WA 98103-8702 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT | MINIVALVE INTERNATION BV<br>21 LUCBECKSTRAAT<br>OLDENZAAL 7575EE<br>THE NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT FOR MANUFACTURING AND CONTROL OF MEDICINAL PRODUCTS | MIPHARM SPA<br>VIA B QUARANTA<br>12 - 20141 MILANO<br>ITALY |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | #5 DAYS SUPPORT TO TRIAL ACTIVITIES + #3 TECH BATCHES DEC 20199 OFFER N 1830 REV 1 | MIPHARM SPA<br>VIA BERNARDO QUARANTA<br>12, 20139 MILANO MI<br>ITALY |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT SA-IPL-2017-01 | MONTRIUM HOSTED SOLUTIONS, INC 507 PL D'ARMES, STE 1500 MONTREAL, QC H2Y 2W8 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT | MTD MICRO MOLDING 15 TROLLEY CROSSING RD CHARLTON, MA 01507 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT & SOW #1 INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #2 INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT & SOW #1 INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | 1/17/2028 | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING/SCIENTIFIC ADVISORY BOARD AGREEMENT INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | 2/28/2026 | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

<div style="background:black">⬛</div> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER CONSULTING AGREEMENT**<br>**INDIVIDUAL** | NAME REDACTED<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 9/4/2025 | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | **ARNP**<br>**INDIVIDUAL** | NAME REDACTED<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 6/22/2024 | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1**<br>**INDIVIDUAL** | NAME REDACTED<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 6/23/2024 | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT FOR SPEAKER**<br>**PROGRAM SERVICES**<br>**INDIVIDUAL** | NAME REDACTED<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 4/23/2024 | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1**<br>**INDIVIDUAL** | NAME REDACTED<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 4/18/2024 | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1**<br>**INDIVIDUAL** | NAME REDACTED<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 5/25/2024 | |

Debtor Name    **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

| ▇ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.144** | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1** **INDIVIDUAL** |
| | | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | 12/31/2023 |
| | List the contract number of any government contract | |
| **2.145** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE** **INDIVIDUAL** |
| | | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE** **INDIVIDUAL** |
| | | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE** **INDIVIDUAL** |
| | | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE** **INDIVIDUAL** |
| | | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE** **INDIVIDUAL** |
| | | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor Name   **Impel Pharmaceuticals Inc.**                              Case number (if known): **23-80016**

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name     **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

███████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                           whom the debtor has an executory contract or unexpired
                                                           lease

| | | | |
|---|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Impel Pharmaceuticals Inc.**    Case number (if known): **23-80016**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

| ████ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED**<br>**ADDRESS REDACTED** |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED**<br>**ADDRESS REDACTED** |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED**<br>**ADDRESS REDACTED** |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED**<br>**ADDRESS REDACTED** |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED**<br>**ADDRESS REDACTED** |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED**<br>**ADDRESS REDACTED** |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |

| | | |
|---|---|---|
| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.180** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.181** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.182** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.183** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.184** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.185** | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

<div style="background:black"> </div> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Impel Pharmaceuticals Inc.**    Case number (if known): **23-80016**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Impel Pharmaceuticals Inc.**                          Case number (if known): **23-80016**

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | **INTERNAL EMPLOYEE INDIVIDUAL** | **NAME REDACTED ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

| ███ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | INTERNAL EMPLOYEE INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE ONLY INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                          Case number (if known): **23-80016**

| ▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
| --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT & SOW #1 INDIVIDUAL | NAME REDACTED ADDRESS REDACTED |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER SERVICES AGREEMENT & ORDER FORM | NAVEX GLOBAL, INC 5500 MEADOWS RD, STE 500 LAKE OSWEGO, OR 97035 |
| | State the term remaining | 8/27/2024 | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | NAVIA BENEFIT SOLUTIONS ADMINISTRATIVE SERVICES AGREEMENT (V. 2020) | NAVIA BENEFIT SOLUTIONS 600 NACHES AVE SW RENTON, WA 98057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | TEST PROCEDURE RELEASE AGREEMENT | NELSON LABS INC 6280 S REDWOOD RD SALT LAKE CITY, UT 84123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT | NEMERA CORP 20 AV DE LA GARE 38290 LA VERPILLIÈRE FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | NEMERA LA VERPILLIERE SAS 20 AV DE LA GARE 38290 LA VERPILLIÈRE FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Impel Pharmaceuticals Inc. | Case number (if known): **23-80016** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | **LETTER AGREEMENT** | **NOVEAYR RESPIRATORY**<br>**9 ARKWRIGHT RD**<br>**RUNCORN, WA7 1NU**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | **CLIENT AGREEMENT** | **NUWEST GROUP HOLDINGS LLC**<br>**325 118TH AVE SE, STE 300**<br>**BELLEVUE, WA 98005** |
| | State the term remaining<br>List the contract number of any government contract | 8/25/2024 | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | **5TH EXCESS DIRECTORS & OFFICERS LIABILITY** | **OLD REPUBLIC INSURANCE CO**<br>**631 EXCEL DR, STE 200**<br>**MOUNT PLEASANT, PA 15666** |
| | State the term remaining<br>List the contract number of any government contract | 4/23/2024 | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SOFTWARE** | **OPTEL GROUP USA, INC**<br>**55 MADISON AVE, STE 400**<br>**MORRISTOWN, NJ 07960** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT** | **PACIFIC NORTHWEST STATISTICAL CONSULTING, INC**<br>**18133 154TH AVE NE**<br>**WOODINVILLE, WA 98072** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER AGREEMENT** | **PACIFIC OFFICE AUTOMATION**<br>**14747 NW GREENBRIER PKWY**<br>**BEAVERTON, OR 97006** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1** | PHARMA MANUFACTURING & SUPPLY CHAIN CONSULTING, LLC<br>4585 CAMINITO SAN SEBASTIAN<br>DEL APR, CA 92014 |
| | State the term remaining | 6/1/2026 | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | PHARMACEUTICAL DATA SERVICES<br>3000 WHITNEY AVE, BOX 138<br>HAMDEN, CT 06518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT DTD 6/15 2017; STATEMENT OF WORK DTD 7/7/2017; STATEMENT OF WORK NUMBER 2 DTD 9/25/2017; STATEMENT OF WORK NUMBER 3 DTD 9/25/2017; GMP AGREEMENT DTD 4/27/2016, & 5/10/2016;  LETTER OF INTENT, DTD 4/18/2017** | PHARMACEUTICAL PACKAGING PROFESSIONALS PTY LTD AKA A PCI PHARMA SERVICES CO<br>C/O MILLER NASH LLP<br>ATTN: JOHN R KNAPP, JR<br>605 5TH AVE S, STE 900<br>SEATTLE, WA 98104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT MANUFACTURING AGREEMENT - MARKETING AUTHORISATION HELD BY CUSTOMER** | PHARMASERVE NORTH WEST LTD<br>AYRTON HOUSE<br>PARLIAMENT BUSINESS PARK<br>COMMERCE WAY<br>LIVERPOOL, LS 7BA<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | **QUALITY AGREEMENT FOR PROPELLANT CANISTER HFA 134A** | PHARMASERVE NORTH WEST, LTD<br>AYRTON HOUSE<br>PARLIAMENT BUSINESS PARK<br>COMMERCE WAY<br>LIVERPOOL, LS 7BA<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1** | PHARMGIRL HELP LLC<br>1749 OTTAWA BEACH RD, UNIT 6<br>HOLLAND, MI 49424 |
| | State the term remaining | 1/31/2024 | |
| | List the contract number of any government contract | | |

Debtor Name    **Impel Pharmaceuticals Inc.**    Case number (if known): **23-80016**

| ▮ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | PHARMACY DISTRIBUTION AGREEMENT | PHIL, INC 2443 FILLMORE ST, STE 380-1423 SAN FRANCISCO, CA 94115 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | DOMESTIC, GENERAL LIABILITY, AND EMPLOYEE BENEFITS | PHOENIX INSURANCE CO ONE TOWER SQUARE HARTFORD, CT 06183 |
| | State the term remaining | 5/01/2024 | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | POREX FAIRBURN STANDARD QUALITY AGREEMENT | POREX CORP 500 BOHANNON RD FAIRBURN, GA 30213 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSIGNMENT AGREEMENT | PPD DEVELOPMENT, LP 8551 RESEARCH WAY, STE 90 MIDDLETON, WI 53562 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AUTHORIZATION | PPD INVESTIGATOR SERVICES, LLC 929 N FRONT ST, 6TH FL WILMINGTON, NC 28401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | PRECISIONHEOR, LLC 11100 SANTA MONICA BLVD, STE 500 LOS ANGELES, CA 90025 |
| | State the term remaining | 12/8/2024 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

▉ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.240** | State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT | PREMIER RESEARCH CONSULTING, LLC<br>111 FOUNDERS PLZ, 6TH FL<br>E HARTFORD, CT 06108 |
| | State the term remaining — 10/28/2024<br>List the contract number of any government contract | |
| **2.241** | State what the contract or lease is for and the nature of the debtor's interest — ACCOUNTING AND TAXATION SERVICES | PRIME ACCOUNTING & BUSINESS ADVISORY PTY LTD<br>HWT TOWER, LEVEL 17<br>40 CITY RD, SOUTHBANK<br>VICTORIA, 3006<br>AUSTRALIA |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.242** | State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT | PSKW, LLC<br>200 JEFFERSON PARK<br>WHIPPANY, NJ 07981 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.243** | State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT | PYXANT LABS INC<br>4720 FORGE RD, STE 108<br>COLORADO SPRING, CO 80907 |
| | State the term remaining — 6/30/2027<br>List the contract number of any government contract | |
| **2.244** | State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT | QPHARMA, INC<br>22 SOUTH ST<br>MORRISTOWN, NJ 07960 |
| | State the term remaining — 10/31/2024<br>List the contract number of any government contract | |
| **2.245** | State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK FOR LEASE ACCOUNTING SERVICES | RESOURCES CONNECTION, LLC<br>17101 ARMSTRONG AVE, STE 100<br>IRVINE, CA 92614 |
| | State the term remaining — 12/31/2023<br>List the contract number of any government contract | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1** | **RJ KESSLER CONSULTING LLC**<br>**1991 CROCKER RD, STE 600A**<br>**WESTLAKE, OH 44145** |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | **LETTER OF ASSIGNMENT AND GENERAL CONDITIONS AGREEMENT** | **ROBERT HALF INTERNATIONAL INC**<br>**2884 SAND HILL RD, STE 200**<br>**MENLO PARK, CA 94025** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT AND MICROSOFT PRODUCT RIDER** | **RSM US LLP**<br>**1 S WACKER DR, STE 800**<br>**CHICAGO, IL 60606** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **SACKS & CO, INC**<br>**119 W 57TH ST PENTHOUSE N**<br>**NEW YORK, NY 10019** |
| | State the term remaining | 5/1/2024 | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | **BACKGROUND CHECK SERVICES AGREEMENT** | **SCOUTLOGIC SCREENING, INC**<br>**111 BARCLAY BLVD, STE 212**<br>**LINCOLNSHIRE, IL 60069** |
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT & SOW #1** | **SEATTLE CHILDREN'S HOSPITAL**<br>**4800 SAND POINT WAY NE**<br>**SEATTLE, WA 98105** |
| | State the term remaining | 8/30/2024 | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                              Case number (if known): **23-80016**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.252** | State what the contract or lease is for and the nature of the debtor's interest | **MEDICARE COVERAGE GAP DISCOUNT PROGRAM AGREEMENT (2021 CGDP AGREEMENT P1710)** | SECRETARY OF HEALTH AND HUMAN SERVICES C/O CENTER FOR MEDICARE DIVISION OF PART D POLICY MAILSTOP C1-26-16 7500 SECURITY BLVD BALTIMORE, MD 21244-1850 |
| | State the term remaining | | |
| | List the contract number of any government contract | P1710 | |
| **2.253** | State what the contract or lease is for and the nature of the debtor's interest | **NATIONAL DRUG REBATE AGREEMENT** | SECRETARY OF HEALTH AND HUMAN SERVICES C/O CENTERS FOR MEDICAID AND CHIP SERVICES DISABLED C/O ELDERLY HEALTH PROGRAMS GROUP DIV OF PHARMACY MAIL STOP S2-14-26 7500 SECURITY BLVD BALTIMORE, MD 21244 |
| | State the term remaining | | |
| | List the contract number of any government contract | 77530 | |
| **2.254** | State what the contract or lease is for and the nature of the debtor's interest | **SECUREDOCS ORDER FORM AND TERMS AND CONDITIONS** | SECUREDOCS, INC 6500 HOLLISTER AVE, STE 110 GOLETA, CA 93117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.255** | State what the contract or lease is for and the nature of the debtor's interest | **SEDULO - 2023 MONTHLY MONITORING SOW** | SEDULO GROUP, LLC 1902 CAMPUS PL, STE 9A LOUISVILLE, KY 40299 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| **2.256** | State what the contract or lease is for and the nature of the debtor's interest | **INVOICE ONLY** | SENECA CONSTRUCTION MANAGEMENT CORP 12587 RTE 438 IRVING, NY 14081 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.257** | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | SHOP-PR LLC 140 BROADWAY, 28TH FL NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                   Case number (if known): **23-80016**

| | |
|---|---|
| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | USER AGREEMENT FOR THE USE OF THE AMERICAN ACADEMY OF PHYSICIAN ASSISTANTS DATA FILE ROYALTY AGREEMENT | SOURCE HEALTHCARE ANALYTICS LLC<br>731 ARBOR WAY, STE 100<br>BLUE BELL, PA 19422-1987 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #4 | SPHERIX GLOBAL INSIGHTS US, INC<br>760 CONSTITUTION DR<br>EXTON, PA 19341 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE ONLY | SPRINGER NATURE GROUP<br>1 NEW YORK PLZ, STE 4600<br>NEW YORK, NY 10004 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | SDC CHANGE ORDER #2_ 22-5284 | STATISTICS & DATA CORP (SDC)<br>63 S ROCKFORD DR, STE 240<br>TEMPE, AZ 85288 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT FOR WASHINGTON STATE CUSTOMERS ONLY | STERICYCLE ENVIORNMENTAL SOLUTIONS, INC<br>2355 WAUKEGAN RD<br>BANNOCKBURN, IL 60015 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #34 | SUDLER & HENNESSEY, LLC<br>230 PARK AVE S, STE 8<br>NEW YORK, NY 10003 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | | Case number (if known): **23-80016** |

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT 2023 & SOW #1** | **SYFT INC**<br>**5701 E HILLSBOROUGH AVE, STE 2327**<br>**TAMPA, FL 33610** |
| | State the term remaining | 1/6/2026 | |
| | List the contract number of any government contract | | |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **SYMPHONY HEALTH SOLUTIONS CORP**<br>**4130 PARKLAKE AVE, STE 400**<br>**RALEIGH, NC 27612** |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | **PRODUCT PURCHASE AGREEMENT** | **THIES LOMBARD PHARMACY, INC**<br>**805 S MAIN ST, STE C**<br>**LOMBARD, IL 60148-3300** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | **ENTERPRISE AGREEMENT** | **TRACELINK, INC**<br>**200 BALLARDVALE ST, BLDG 1, STE 100**<br>**WILMINGTON, MA 01887** |
| | State the term remaining | 3/25/2024 | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | **ERISA BOND** | **TRAVELERS CASUALTY AND SURETY CO OF AMERICA**<br>**ONE TOWER SQUARE**<br>**HARTFORD, CT 06183** |
| | State the term remaining | 4/30/2024 | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL AUTOMOBILE** | **TRAVELERS INDEMNITY CO OF AMERICA**<br>**ONE TOWER SQUARE**<br>**HARTFORD, CT 06183** |
| | State the term remaining | 5/01/2024 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** | Case number (if known): **23-80016** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | **WORKERS COMPENSATION** | **TRAVELERS PROP CASUALTY CO OF AMERICA**<br>**ONE TOWER SQUARE**<br>**HARTFORD, CT 06183** |
| | State the term remaining | 5/01/2024 | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | **UMBRELLA** | **TRAVELERS PROP CASUALTY CO OF AMERICA**<br>**ONE TOWER SQUARE**<br>**HARTFORD, CT 06183** |
| | State the term remaining | 5/01/2024 | |
| | List the contract number of any government contract | | |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **TRNDIGITAL, LLC**<br>**200 PORTLAND ST, 5TH FL**<br>**BOSTON, MA 02114** |
| | State the term remaining | 2/28/2024 | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **TWO LABS HOLDINGS LLC**<br>**110 RIVERBEND AVE, STE 100**<br>**POWELL, OH 43065** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER LICENSE AND SERVICE AGREEMENT** | **UL VERIFICATION SERVICES, INC**<br>**333 PFINGSTEN RD**<br>**NORTHBROOK, IL 60062** |
| | State the term remaining | 5/18/2024 | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | **PRODUCT & CLINICAL TRIAL LIABILITY** | **UNDERWRITERS AT LLOYD, LONDON (BEAZLEY)**<br>**22 BISHOPSGATE**<br>**LONDON EC2N 4BQ**<br>**UNITED KINGDOM** |
| | State the term remaining | 5/01/2024 | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                        Case number (if known): **23-80016**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | CARGO | UNDERWRITERS AT LLOYD, LONDON (FALVEY)<br>22 BISHOPSGATE<br>LONDON EC2N 4BQ<br>UNITED KINGDOM |
| | State the term remaining | 5/01/2024 | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | CYBER | UNDERWRITERS AT LLOYD, LONDON (FALVEY)<br>22 BISHOPSGATE<br>LONDON EC2N 4BQ<br>UNITED KINGDOM |
| | State the term remaining | 5/01/2024 | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | UNIFORM MATERIAL TRANSFER AGREEMENT | UNIVERSITY OF WASHINGTON<br>4311 ELEVENTH AVENUE NE, STE 500<br>SEATTLE, WA 98105-4608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE PATENT LICENSE AGREEMENT AND AMENDMENT | UNIVERSITY OF WASHINGTON<br>4311 11TH AVE NE, STE 500<br>SEATTLE, WA 98105-4608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING | UNIVERSITY OF WASHINGTON<br>4311 11TH AVE NE, STE 500<br>SEATTLE, WA 98105-4608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL MATERIAL USE AGREEMENT | UNIVERSITY OF WASHINGTON<br>4333 BROOKLYN AVE NE<br>SEATTLE, WA 98195 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                                    Case number (if known): **23-80016**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | CONTENT LICENSE AGREEMENT | UP TO DATE INC<br>230 CITYPOINT<br>230 3RD AVE<br>WALTHAM, MA 02451 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | UPPSALA MONITORING CENTRE<br>BREDGRÄND 7<br>753 20 UPPSALA<br>SWEDEN |
| | State the term remaining<br>List the contract number of any government contract | 9/19/2024 | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | VEEVA MASTER SUBSCRIPTION AGREEMENT | VEEVA SYSTEMS INC<br>4280 HACIENDA DR<br>PLEASANTON, CA 94588 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #5 | VEEVA SYSTEMS, INC<br>1375 BROADWAY, 3RD FL<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | 1/31/2024 | |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | VELOCITA CONSULTING, LLC<br>55 W 39TH ST, STE 14N<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE ONLY | WESTERN EXTERMINATOR CO<br>305 N CRESCENT WAY<br>ANAHEIM, CA 92801 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Impel Pharmaceuticals Inc.**                    Case number (if known): **23-80016**

■  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.288** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT | WESTERN WELLNESS SOLUTIONS, LLC<br>1555 DOOLITTLE DR, STE 170<br>SAN LEANDRO, CA 94577-2239 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.289** | State what the contract or lease is for and the nature of the debtor's interest | EXCESS LIABILITY | WESTFIELD SPECIALTY INSURANCE CO<br>ONE PARK CIR<br>WESTFIELD CENTER, OH 44251 |
| | State the term remaining<br>List the contract number of any government contract | 5/01/2024 | |
| **2.290** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | WIRB - COPERNICUS GROUP, INC (WCG)<br>212 CARNEGIE CENTER DR, STE 301<br>PRINCETON, NJ 08540 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.291** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | XENOTECH, LLC<br>1101 W CAMBRIDGE CIRCLE DR<br>KANSAS CITY, KS 66103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.292** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL REBATE AGREEMENT | ZINC HEALTH SERVICES, LLC<br>1 CVS DR MC 1160<br>WOONSOCKET, RI 02895 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Impel Pharmaceuticals Inc.** |
|---|---|

**United States Bankruptcy Court for the Northern District of Texas**

| Case number (if known): | **23-80016** |
|---|---|

<div style="text-align:right">☒ Check if this is an amended filing</div>

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**   Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| **NONE** | | | |

| Debtor Name | Impel Pharmaceuticals Inc. |
|---|---|
| United States Bankruptcy Court for the Northern District of Texas | |
| Case Number: 23-80016 | |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

███████   Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*   (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*   (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*   (Official Form 206 G)

☑ *Schedule H: Codebtors*   (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*   (Official Form 206Sum)

☑ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Impel Pharmaceuticals Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 218 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  2/29/2024          Signature _____
           MM / DD / YYYY

                                   Brandon D. Smith
                        Printed Name _____

                                Chief Restructuring Officer
                        Title _____