SIDLEY AUSTIN LLP
Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:   (213) 896-6000
Facsimile:   (213) 896-6600
Email:       sam.newman@sidley.com

SIDLEY AUSTIN LLP
Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036
Email:       jgarvey@sidley.com

SIDLEY AUSTIN LLP
Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:       rpatel@sidley.com
             nelner@sidley.com
             parker.embry@sidley.com
             cmcmanus@sidley.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>IMPEL PHARMACEUTICALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-80016 (SGJ)<br><br>(Jointly Administered) |

**NOTICE OF DEBTORS' CHANGE OF ADDRESS**

**TO ALL PARTIES, PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have changed their mailing address and all future mailings should be directed to the following address:

**Impel Pharmaceuticals Inc.**
280 Park Avenue
New York, New York 10017
Attn: Brandon D. Smith, Chief Restructuring Officer

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 280 Park Avenue, New York, New York 10017.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, but also includes, without limitation, all objections, orders, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telefax or otherwise.

Dated: February 29, 2024
Dallas, Texas

**SIDLEY AUSTIN LLP**

/s/ *Rakhee V. Patel*
Samuel A. Newman (admitted *pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:    (213) 896-6000
Facsimile:    (213) 896-6600
Email:    sam.newman@sidley.com

Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    rpatel@sidley.com
    nelner@sidley.com
    parker.embry@sidley.com
    cmcmanus@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:    jgarvey@sidley.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on February 29, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Rakhee V. Patel*
Rakhee V. Patel