SIDLEY AUSTIN LLP
Samuel A. Newman (admitted *pro hac vice*)
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone:   (310) 595-9500
Facsimile:   (310) 595-9501
Email:   sam.newman@sidley.com

SIDLEY AUSTIN LLP
Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036
Email:   jgarvey@sidley.com

SIDLEY AUSTIN LLP
Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   rpatel@sidley.com
   nelner@sidley.com
   parker.embry@sidley.com
   cmcmanus@sidley.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS, INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF REVISED FIRST AMENDED PLAN**

**PLEASE TAKE NOTICE** that on, February 12, 2024, the Debtors filed the *Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd* [Docket No. 225] with the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2024, the Debtors filed the *Notice of Filing of Amended Plan* [Docket No. 244], which attached the Debtors' *First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd* (the "First Amended Plan") as Exhibit A. The Debtors subsequently filed a revised form of the First Amended Plan on February 26, 2024 [Docket No. 253]

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a further revised version of the First Amended Plan (the "Revised First Amended Plan"), attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 280 Park Avenue New York, New York 10017.

**PLEASE TAKE FURTHER NOTICE** that, for convenience of the Court and parties in interest, a redline reflecting the changes made in the Revised First Amended Plan from the First Amended Plan is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Revised First Amended Plan the ("Confirmation Hearing") will be held on April 1, 2024 at 9:30 a.m. (prevailing Central Time) in Courtroom #1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Suite 1254, Dallas, Texas, 75242 before the Honorable Stacey G. C. Jernigan.

**PLEASE TAKE FURTHER NOTICE** parties may participate in the Confirmation Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. Parties may access the facility at 1.650.479.3207. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Jernigan's home page. The meeting code is 479 393 582. Click the settings icon in the upper right corner and enter your name under the personal information setting.

*[Remainder of page intentionally left blank]*

Dated: March 27, 2024
Dallas, Texas

**SIDLEY AUSTIN LLP**

/s/ *Rakhee V. Patel*
_____
Samuel A. Newman (admitted *pro hac vice*)
1999 Avenue of the Stars
Los Angeles, California 90013
Telephone:   (310) 595-9500
Facsimile:    (310) 595-9501
Email:         sam.newman@sidley.com

Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:    (214) 981-3400
Email:         rpatel@sidley.com
                 nelner@sidley.com
                 parker.embry@sidley.com
                 cmcmanus@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036
Email:         jgarvey@sidley.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on March 27, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                                                        */s/ Rakhee V. Patel*
                                                                                        Rakhee V. Patel