SIDLEY AUSTIN LLP
Samuel A. Newman (admitted *pro hac vice*)
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone:     (310) 595-9500
Facsimile:     (310) 595-9501
Email:         sam.newman@sidley.com

SIDLEY AUSTIN LLP
Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:     (312) 853-7000
Facsimile:     (312) 853-7036
Email:         jgarvey@sidley.com

SIDLEY AUSTIN LLP
Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         rpatel@sidley.com
               nelner@sidley.com
               parker.embry@sidley.com
               cmcmanus@sidley.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPEL PHARMACEUTICALS INC., *et al.*[1] | Case No. 23-80016 (SGJ) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED
FOR APRIL 1, 2024 AT 9:30 A.M.
(PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this amended agenda for matters set for hearing on **April 1, 2024 at 9:30 a.m. (prevailing Central Time)**, before the Honorable Chief Judge Stacey G. C. Jernigan at the United

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are: Impel Pharmaceuticals Inc. (8238); and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 280 Park Avenue New York, New York 10017.

States Bankruptcy Court for the Northern District of Texas, at Courtroom 1, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

**AGENDA MATTERS**

1. *Debtors' Motion for An Order (I) Amending the Case Caption to Reflect Change of Debtor Name, and (II) Granting Related Relief* [Docket No. 273]

    **Related Documents:**

    a. *Notice of Hearing for April 1, 2024 Setting* [Docket No. 280]

    b. *Debtors' Witness and Exhibit List* [Docket No. 299]

    c. *Debtors' Amended Witness and Exhibit List* [Docket No. 304]

    **Status:** **This matter is going forward on an uncontested basis.**

2. *Disclosure Statement for Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel Neuropharma Australia Pty Ltd.* [Docket No. 223]

    **Related Documents:**

    a. *Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (II) Conditionally Approving the Disclosure Statement, (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IV) Approving the Solicitation Procedures; (V) Approving the Combined Notice; and (VI) Granting Related Relief* [Docket No. 224]

    b. *Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (II) Conditionally Approving the Disclosure Statement, (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IV) Approving the Solicitation Procedures; (V) Approving the Combined Notice; and (VI) Granting Related Relief* [Docket No. 260]

    c. *Disclosure Statement for Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd* [Docket No. 223]

    d. *First Amended Disclosure Statement for Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd.* [Docket No. 245-1]

    e. Solicitation Version of *First Amended Disclosure Statement for Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd*. [Docket No. 254]

    f. *Proposed Confirmation Order* [Docket No. 298-1]

    g. *Debtors' Witness and Exhibit List* [Docket No. 299]

    h. *Declaration of Brandon D. Smith in Support of Confirmation of the First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd*. [Docket No. 303]

    i. *Debtors' Amended Witness and Exhibit List* [Docket No. 304]

    **Status:** **This matter is going forward on an uncontested basis.**

3. *Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd* [Docket No. 225]

    **Related Documents:**

    a. *Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (II) Conditionally Approving the Disclosure Statement, (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IV) Approving the Solicitation Procedures; (V) Approving the Combined Notice; and (VI) Granting Related Relief* [Docket No. 224]

3

b. *Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (II) Conditionally Approving the Disclosure Statement, (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IV) Approving the Solicitation Procedures; (V) Approving the Combined Notice; and (VI) Granting Related Relief* [Docket No. 260]

c. *Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd.* [Docket No. 225]

d. *First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd.* [Docket No. 244-1]

e. Solicitation Version of *First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd.* [Docket No. 253-1]

f. *Notice of Filing of Plan Supplement* [Docket No. 286]

g. *United States Trustee's Limited Objection to the Debtors' First Amended Chapter 11 Plan and Plan Supplement* [Docket No. 295]

h. *Revised First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd* [Docket No. 297-1]

i. *Proposed Confirmation Order* [Docket No. 298-1]

j. *Debtors' Witness and Exhibit List* [Docket No. 299]

k. *Declaration of Jeriad R. Paul of Omni Agent Solutions, Inc. Regarding the Solicitation of Votes and Tabulation of Ballots Case on the First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd* [Docket No. 301]

4

l.  *Declaration of Brandon D. Smith in Support of Confirmation of the First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd*. [Docket No. 303]

m.  *Debtors' Amended Witness and Exhibit List* [Docket No. 304]

**Status:  This matter is going forward on a contested basis.**

[*Remainder of the page intentionally left blank.*]

Dated: March 29, 2024
Dallas, Texas

**SIDLEY AUSTIN LLP**

*/s/ Rakhee V. Patel*
Samuel A. Newman (admitted *pro hac vice*)
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone:    (310) 595-9500
Facsimile:    (310) 595-9500
Email:    sam.newman@sidley.com

Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner ( admitted *pro hac vice* )
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    rpatel@sidley.com
    nelner@sidley.com
    parker.embry@sidley.com
    cmcmanus@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:    jgarvey@sidley.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on March 29, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

          */s/ Rakhee V. Patel*
          Rakhee V. Patel