**23-80016-sgj11 Impel Pharmaceuticals Inc. Appearances for April 1, 2024 at 9:30 hearings**

| ID | Name: | Firm: | Party you represent: |
|---|---|---|---|
| 1 | Jeriad Paul | Omni | Omni |
| 2 | Brandon Smith | Teneo | CRO of the Debtors |
| 3 | Jackson Garvey | Sidley | Sidley |
| 4 | Rakhee Patel | Sidley | Sidley |
| 5 | Sam Newman | Sidley | Sidley |
| 6 | Nate Elner | Sidley | Sidley |
| 7 | Chelsea McManus | Sidley | Debtors |
| 8 | Parker Embry | Sidley | Debtors |
| 9 | Benjamin Beller | Sullivan & Cromwell LLP | Oaktree Fund Administration |
| 10 | Jonathan Lozano | Bracewell LLP | Oaktree Fund Administration |
| 11 | Benjamin Beller | Sullivan & Cromwell LLP | Oaktree Fund Administration |