| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Samuel A. Newman (admitted *pro hac vice*)<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone:    (310) 595-9500<br>Facsimile:    (310) 595-9501<br>Email:    sam.newman@sidley.com<br><br>SIDLEY AUSTIN LLP<br>Jackson T. Garvey (admitted *pro hac vice*)<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:    (312) 853-7000<br>Facsimile:    (312) 853-7036<br>Email:    jgarvey@sidley.com | SIDLEY AUSTIN LLP<br>Rakhee V. Patel (TX Bar No. 00797213)<br>Nathan C. Elner (admitted *pro hac vice*)<br>Parker G. Embry (TX Bar No. 24126826)<br>Chelsea M. McManus (TX Bar No. 24131499)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:    (214) 981-3300<br>Facsimile:    (214) 981-3400<br>Email:    rpatel@sidley.com<br>    nelner@sidley.com<br>    parker.embry@sidley.com<br>    cmcmanus@sidley.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>IPI Legacy Liquidation Co, *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-80016 (SGJ)<br><br>(Jointly Administered) |

**NOTICE OF (I) ENTRY OF
ORDER APPROVING THE DEBTORS'
AMENDED DISCLOSURE STATEMENT AND CONFIRMING
THE REVISED FIRST AMENDED JOINT PLAN OF LIQUIDATION
OF IMPEL PHARMACEUTICALS INC. AND IMPEL NEUROPHARMA
AUSTRALIA PTY LTD; AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on April 2, 2024, the United States Bankruptcy Court for the Northern District of Texas (the "Court") entered the *Order Approving the Debtors' Amended Disclosure Statement and Confirming the Revised First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel Neuropharma Australia Pty Ltd* [Docket No. 321] (the "Confirmation Order") approving the *Disclosure Statement for Joint Plan of Liquidation of Impel*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: IPI Legacy Liquidation Co (8238) and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 280 Park Avenue, New York, New York 10017.

*Pharmaceuticals Inc. and Impel Neuropharma Australia Pty Ltd.* [Docket No. 254-1] on a final basis and confirming the *Revised First Amended Joint Plan of Liquidation of Impel Pharmaceuticals Inc. and Impel NeuroPharma Australia Pty Ltd* [Docket No. 318] (as may be altered, amended, modified, or supplemented from time to time, including all exhibits and schedules thereafter, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on April 5, 2024, the Effective Date of the Plan occurred and the Debtors emerged from their chapter 11 cases. Each of the conditions precedent to consummation of the Plan enumerated in Article VIII of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved certain release, exculpation, injunction, and related provisions in Article IX of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or Confirmation Order, the terms of the Plan are immediately effective and enforceable and deemed binding upon the Debtors, the Plan Administrator, and any and all Holders of Claims and Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan or the Confirmation Order, and any and all non-Debtor parties to Executory Contracts and/or Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Administrative Claims arising after December 19, 2023, through and including the Effective Date, other than Professional Compensation Claims, is **thirty (30) days after the Effective Date**. The deadline for filing requests for payment of Professional Compensation Claims is **forty-five (45 days after the Effective Date**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, except as otherwise provided in the Plan or Confirmation Order and specifically excepting the provisions in the Plan regarding the Indemnification Obligations, the Insurance Policies (including the D&O Liability Insurance Policies), and the Employment Agreements, or as otherwise identified on the Schedule of Assumed Executory Contracts and Unexpired Leases, each Executory Contract and Unexpired Lease shall be deemed automatically rejected pursuant to sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease: (a) has been previously assumed, assumed and assigned, or rejected pursuant to a Bankruptcy Court order or (b) is the subject of a motion to assume, assume and assign, or reject such Executory Contract or Unexpired Lease that is pending on the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all Proofs of Claim with respect to any Claims arising from the rejection of the Executory Contracts or Unexpired Leases which are rejected pursuant to the Plan or the Confirmation Order (and which are not subject to any separate

---

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan.

2

Court order authorizing the rejection of such Executory Contracts or Unexpired Leases), if any, must be Filed with the Bankruptcy Court within thirty (30) days of the Effective Date.  **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan and Confirmation Order that are not timely Filed within thirty (30) days of the Effective Date will be disallowed automatically, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Estates, the Plan Administrator, or any of their respective assets and properties.**  All Allowed Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with Article V of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Confirmation Order, the Disclosure Statement, the Plan, the Plan Supplement, or related documents, free of charge, you may: (a) access the Debtors' restructuring website at https://omniagentsolutions.com/Impel; (b) write to Impel Ballot Processing, c/o Omni Agent Solutions, Inc., 5955 De Soto Ave., Suite 100 Woodland Hills, CA 91367; (c) call (888) 202-6183 (toll free) or (747) 288-6396 (international); or (d) email ImpelInquiries@omniagnt.com.  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at https://ecf.txsb.uscourts.gov/.

> **THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY.  IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT THE NOTICE AND CLAIMS AGENT.**

Dated: April 5, 2024
Dallas, Texas

**SIDLEY AUSTIN LLP**

/s/ *Rakhee V. Patel*
Samuel A. Newman (admitted *pro hac vice*)
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone:   (310) 595-9500
Facsimile:    (310) 595-9501
Email:         sam.newman@sidley.com

Rakhee V. Patel (TX Bar No. 00797213)
Nathan C. Elner (admitted *pro hac vice*)
Parker G. Embry (TX Bar No. 24126826)
Chelsea M. McManus (TX Bar No. 24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:    (214) 981-3400
Email:         rpatel@sidley.com
               nelner@sidley.com
               parker.embry@sidley.com
               cmcmanus@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036
Email:         jgarvey@sidley.com

*Counsel to the Debtors and Debtors in Possession*