IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>IPI Legacy Liquidation Co, et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-80016 (SGJ)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

      I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 21, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Plan Administator's Motion for Entry of Final Decree and Order Closing the Debtors' Chapter 11 Cases [Docket No. 456]**

Dated: February 28, 2025

                                                          /s/ Randy Lowry
                                                          Randy Lowry
                                                          Omni Agent Solutions, Inc.
                                                          5955 De Soto Avenue, Suite 100

{State of California    }       Woodland Hills, CA 91367
{                               } ss.  818-906-8300
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 28th day of February, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: IPI Legacy Liquidation Co (8238) and Impel NeuroPharma Australia Pty Ltd (N/A). The Debtors' service address is 280 Park Avenue, New York, New York 10017.

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Oaktree Fund Administration, LLC in its Capacity as Administrative Agent | Bracewell LLP | William A (Trey) Wood III<br>711 Louisiana St, Ste 2300<br>Houston, TX 77002 | trey.wood@bracewell.com | Email |
| Taxing Authority | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel to the Plan Administrator and WindDown Debtors | Liechty, McGinnis, Berryman & Bowen, LLP | Attn: Daniel Denny<br>11910 Greenville Ave, Ste 400<br>Dallas, TX 75243 | DDenny@lmlawyers.com | Email |
| Counsel for secured lenders | Oaktree Fund Administration, LLC | as Administrative Agent<br>333 S Grand Ave<br>Los Angeles, CA 90071-1504 | | First Class Mail |
| Counsel to the Secured Lenders | Oaktree Fund Administration, LLC | c/o Sullivan and Cromwell LLP<br>Attn: Benjamin Beller<br>535 Madison Ave<br>New York, NY 10022 | bellerb@sullcrom.com | Email |
| Governmental Authority | Office of the Attorney General | Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Ken Paxton<br>P.O. Box 12548, Capitol Stn<br>Austin, TX 78711-2548 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Governmental Authority | Office of the US Trustee | 1100 Commerce St, Ste 976<br>Dallas, TX 75242 | | First Class Mail |
| Governmental Authority | SEC Fort Worth Regional Office | 801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| *NOA - TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Governmental Authority | US Attorney's Office | 1100 Commerce St, 3rd Fl<br>Dallas, TX 75242 | | First Class Mail |
| Governmental Authority | US Food & Drug Administration | 10903 New Hampshire Ave<br>Silver Spring, MD 20993-0002 | | First Class Mail |

Impel Pharmaceuticals Inc., et al. (Case No. 23-80016)